# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FREEDOM WIRELESS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

### v.

VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED, GOLDEN STATE CELLULAR (CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP), ILLINOIS VALLEY CELLULAR, NTELOS HOLDING CORPORATION, INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, and SMITH BAGLEY, INC.

CV 08     0112

JL

TO: (Name and address of defendant)

See attached list

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH F. COYNE, JR.
GREGORY P. BARBEE
BETHANY L. HENGSBACH
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE  1-7-08

(BY) DEPUTY CLERK

ANNA SPRINKLES

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:


☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left:


☐    Returned unexecuted:


☐    Other *(specify):*


## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                              *Date*                                                      *Signature of Server*


                                                                _____
                                                                    *Address of Server*


(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

## ATTACHMENT TO SUMMONS – DEFENDANTS NAMES AND ADDRESSES

1.    VeriSign, Inc. - 487 East Middlefield Road, Mountain View, California 94043

2.    MetroPCS Communications, Inc. - 8144 Walnut Hill Lane, Suite 800, Dallas, Texas 75231

3.    Cellular South, Inc. - 125 S. Congress Street, Jackson, Mississippi 39201

4.    Brown County MSA Cellular Limited (d/b/a Cellcom) - 1580 Mid Valley Drive, De Pere, Wisconsin 54115

5.    Golden State Cellular - 49260 Chapel Hill Drive, Oakhurst, California 93644

6.    Illinois Valley Cellular - 200 Riverfront Drive, Marseilles, Illinois 61341

7.    NTelos Holding Corporation - 401 Spring Lane, Suite 300, Waynesboro, Virginia 22980

8.    Inland Cellular Telephone Company - 103 S. 2nd Street, Roslyn, Washington 98941

9.    Carolina West Wireless, Inc. - 1307 Curtis Bridge Road, Wilkesboro, North Carolina 28697

10.    Edge Wireless - 650 SW Columbia, Suite 7200, Bend, Oregon 97702

11.    Smith Bagley, Inc. (d/b/a/ Cellular One) - 1500 S. White Mountain Road, Show Low, Arizona 85901

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOSEPH F. COYNE, JR., Cal. Bar No. 93707
JCoyne@sheppardmullin.com
GREGORY P. BARBEE, Cal. Bar No. 185156
GBarbee@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT E. HENNIGH, Cal. Bar No. 184413
shennigh@sheppardmullin.com
MEREDITH A. JONES, Cal. Bar No. 233301
MaJones@sheppardmullin.com
JAMES G. HIGGINS, Cal. Bar No. 238188
JHiggins@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Plaintiff
FREEDOM WIRELESS, INC.

FILED

JAN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FREEDOM WIRELESS, INC. CV 08

                    Plaintiff,

        v.

VERISIGN, INC., METROPCS
COMMUNICATIONS, INC., CELLULAR
SOUTH, INC., BROWN COUNTY MSA
CELLULAR LIMITED PARTNERSHIP,
CALIFORNIA RSA NO. 3 LIMITED
PARTNERSHIP, ILLINOIS VALLEY
CELLULAR, NTELOS HOLDINGS
CORP., INLAND CELLULAR
TELEPHONE COMPANY, CAROLINA
WEST WIRELESS, INC., EDGE
WIRELESS, LLC and SMITH BAGLEY,
INC.,

                    Defendants.

Civil Action No. 0112

COMPLAINT FOR PATENT
INFRINGEMENT

DEMAND FOR JURY TRIAL

-1-

Freedom Wireless, Inc. ("Freedom Wireless") is a development and technology company based in Phoenix, Arizona that owns patents on systems and methods for providing prepaid wireless telephone services. As the term suggests, a subscriber of prepaid services pays in advance for a pre-determined amount of cellular use, whereas post-paid subscribers are billed periodically, typically monthly, for prior use. Prepaid services have made cellular services available to millions of people with credit ratings too low to qualify for post-paid services or who cannot afford to pay substantial pre-installation cash deposits, as well as millions of people who want or must control telephone use expenditures, such as teenagers and college students, and business and government employees. Freedom Wireless' patents claim a novel cellular system that enables prepaid services subscribers to both place and receive cellular calls without dialing access codes or using modified telephones. As a result, prepaid services subscribers can now enjoy all the user-friendly services available to post-paid services subscribers.

Patents enjoy the same fundamental protections as real property. Freedom Wireless, like any property owner, is entitled to insist that others respect its property and to demand payment from those who take Freedom Wireless' property for their own use. Despite this fundamental principle, defendants have provided their prepaid wireless telephone systems using Freedom Wireless' patents, knowing that their systems are covered by and infringing Freedom Wireless' patents. This action seeks to stop defendants' taking of Freedom Wireless' property without payment. Freedom Wireless brings this action seeking legal and equitable relief for defendants' past and continuing infringement of Freedom Wireless' patents.

## PARTIES

1.       Plaintiff Freedom Wireless, Inc. ("Freedom Wireless") is a Nevada corporation with a principal place of business at 132 South Central Avenue, Phoenix, Arizona 85004.

-2-

2.      Upon information and belief, defendant VeriSign, Inc. ("VeriSign") is a Delaware corporation with its principal place of business at 487 East Middlefield Road, Mountain View, California 94043.

3.      Upon information and belief, defendant MetroPCS Communications, Inc. ("Metro PCS") is a Delaware corporation with its principal place of business at 8144 Walnut Hill Lane, Suite 800, Dallas, Texas 75231.

4.      Upon information and belief, defendant Cellular South, Inc. ("Cellular South") is a Mississippi corporation with its principal place of business at 125 S. Congress Street, Jackson, Mississippi 39201.

5.      Upon information and belief, defendant Brown County MSA Cellular Limited Partnership (d/b/a Cellcom) ("Cellcom") is a Wisconsin limited partnership with its principal place of business at 1580 Mid Valley Drive, De Pere, Wisconsin 54115.

6.      Upon information and belief, defendant California RSA No. 3 Limited Partnership (d/b/a Golden State Cellular) ("Golden State") is a California limited partnership, with its principal place of business at 49150 Crane Valley Road, Oakhurst, California 93644.

7.      Upon information and belief, defendant Illinois Valley Cellular ("IVC") is an Illinois corporation with its principal place of business at 200 Riverfront Drive, Marseilles, Illinois 61341.

8.      Upon information and belief, defendant NTelos Holdings Corp. ("NTelos") is a Delaware corporation with its principal place of business at 401 Spring Lane, Suite 300, Waynesboro, Virginia 22980.

9.      Upon information and belief, defendant Inland Cellular Telephone Company ("ICTC") is a Washington corporation with its principal place of business at 103 S. 2nd Street, Roslyn, Washington 98941.

Complaint for Patent Infringement; Jury Demand

10.    Upon information and belief, defendant Carolina West Wireless, Inc. ("Carolina West") is a North Carolina corporation with its principal place of business at 1307 Curtis Bridge Road, Wilkesboro, North Carolina 28697.

11.    Upon information and belief, defendant Edge Wireless, LLC ("Edge") is an Oregon limited liability company with its principal place of business at 650 SW Columbia, Suite 7200, Bend, Oregon 97702.

12.    Upon information and belief, defendant Smith Bagley, Inc. (d/b/a/ Cellular One) ("Smith") is a District of Columbia corporation with its principal place of business at 1500 S. White Mountain Road, Show Low, Arizona 85901.

## JURISDICTION AND VENUE

13.    This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.*, and, accordingly, subject matter jurisdiction of this Court exists under 28 U.S.C. §§ 1331 and 1338(a).

14.    Venue is proper within this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## FACTS

15.    Douglas Fougnies, Chief Executive Officer of Freedom Wireless, and Larry L. Day, President of Freedom Wireless, are pioneers in the wireless telephone industry. In 1987, Mr. Fougnies founded Cellexis International, Inc. ("Cellexis") which marketed, sold and distributed cellular telephone services and equipment to commercial and private markets. Cellexis quickly became the top cellular sales and service company in the Southwest and the top agent in cellular airtime sales for Bell Atlantic Mobile. After years of development and testing, Cellexis introduced a novel prepaid cellular service that enabled customers to purchase increments of airtime for any cellular telephone. The prepaid system was the brainchild of Mr. Fougnies and Dan Harned. Mr. Fougnies was named *Inc. Magazine* 1995 Entrepreneur of the Year for Arizona, in part, because of his conception of this novel prepaid system. Working with Mr. Harned, Mr. Fougnies solved

-4-

Complaint for Patent Infringement; Jury Demand

1  the problems then confronting the nascent wireless telephone services industry. The

2  solutions were described in the three (3) patents discussed in paragraph (16) below.

3  Cellexis implemented and commercialized an embodiment of this invention, initially

4  providing services to over twenty thousand (20,000) subscribers. Subsequently, Mr.

5  Fougnies founded Freedom Wireless. Freedom Wireless has been exploring and

6  developing technologies in the wireless telephone industry in collaboration with other

7  companies and entrepreneurs.

8          16.    Freedom Wireless is the assignee of the following issued United

9  States Patents: United States Patent No. 5,722,067 (" '067 Patent"), entitled "Security

10  Cellular Telecommunications System," which was duly issued by the U. S. Patent and

11  Trademark Office ("Patent Office") on February 24, 1998 (a true and correct copy of

12  which is attached hereto as Exhibit "A"); United States Patent No. 6,157,823 (" '823

13  Patent"), entitled "Security Cellular Telecommunications System," which was duly issued

14  by the Patent Office on December 5, 2000 (a true and correct copy of which is attached

15  hereto as Exhibit "B"); and United States Patent No. 6,236,851 (" '851 Patent"), entitled

16  "Prepaid Security Cellular Telecommunications System," which was duly issued by the

17  Patent Office on May 22, 2001 (a true and correct copy of which is attached hereto as

18  Exhibit "C"). The claims of the '067, '823 and '851 Patents are presumed valid under 35

19  U.S.C. § 282.

20

21          17.    Upon information and belief, Metro PCS makes, uses, offers to sell, or

22  sells within the United States (including its territories or possessions) or supplies or causes

23  to be supplied in or from the United States, products, methods or services relating to

24  prepaid wireless telephone services to subscribers. Metro PCS' platform for supplying

25  these products, methods or services is based on systems or services supplied to Metro PCS

26  by prepaid service providers, including, but not limited to, VeriSign.

27          18.    Upon information and belief, Cellular South makes, uses, offers to

28  sell, or sells within the United States (including its territories or possessions) or supplies or

-5-

1  causes to be supplied in or from the United States, products, methods or services relating

2  to prepaid wireless telephone services to subscribers. Cellular South's platform for

3  supplying these products, methods or services is based on systems or services supplied to

4  Cellular South by prepaid service providers, including, but not limited to, VeriSign.

5          19.    Upon information and belief, Cellcom makes, uses, offers to sell, or

6  sells within the United States (including its territories or possessions) or supplies or causes

7  to be supplied in or from the United States, products, methods or services relating to

8  prepaid wireless telephone services to subscribers. Cellcom's platform for supplying these

9  products, methods or services is based on systems or services supplied to Cellcom by

10  prepaid service providers, including, but not limited to, VeriSign.

11         20.    Upon information and belief, Golden State makes, uses, offers to sell,

12  or sells within the United States (including its territories or possessions) or supplies or

13  causes to be supplied in or from the United States, products, methods or services relating

14  to prepaid wireless telephone services to subscribers. Golden State's platform for

15  supplying these products, methods or services is based on systems or services supplied to

16  Golden State by prepaid service providers, including, but not limited to, VeriSign.

17         21.    Upon information and belief, IVC makes, uses, offers to sell, or sells

18  within the United States (including its territories or possessions) or supplies or causes to be

19  supplied in or from the United States, products, methods or services relating to prepaid

20  wireless telephone services to subscribers. IVC's platform for supplying these products,

21  methods or services is based on systems or services supplied to IVC by prepaid service

22  providers, including, but not limited to, VeriSign.

23         22.    Upon information and belief, NTelos makes, uses, offers to sell, or

24  sells within the United States (including its territories or possessions) or supplies or causes

25  to be supplied in or from the United States, products, methods or services relating to

26  prepaid wireless telephone services to subscribers. NTelos' platform for supplying these

27

28

-6-

1  products, methods or services is based on systems or services supplied to NTelos by

2  prepaid service providers, including, but not limited to, VeriSign.

3       23.    Upon information and belief, ICTC makes, uses, offers to sell, or sells

4  within the United States (including its territories or possessions) or supplies or causes to be

5  supplied in or from the United States, products, methods or services relating to prepaid

6  wireless telephone services to subscribers. ICTC's platform for supplying these products,

7  methods or services is based on systems or services supplied to ICTC by prepaid service

8  providers, including, but not limited to, VeriSign.

9       24.    Upon information and belief, Carolina West makes, uses, offers to

10  sell, or sells within the United States (including its territories or possessions) or supplies or

11  causes to be supplied in or from the United States, products, methods or services relating

12  to prepaid wireless telephone services to subscribers. Carolina West's platform for

13  supplying these products, methods or services is based on systems or services supplied to

14  Carolina West by prepaid service providers, including, but not limited to, VeriSign.

15       25.    Upon information and belief, Edge makes, uses, offers to sell, or sells

16  within the United States (including its territories or possessions) or supplies or causes to be

17  supplied in or from the United States, products, methods or services relating to prepaid

18  wireless telephone services to subscribers. Edge's platform for supplying these products,

19  methods or services is based on systems or services supplied to Edge by prepaid service

20  providers, including, but not limited to, VeriSign.

21       26.    Upon information and belief, Smith makes, uses, offers to sell, or sells

22  within the United States (including its territories or possessions) or supplies or causes to be

23  supplied in or from the United States, products, methods or services relating to prepaid

24  wireless telephone services to subscribers. Smith's platform for supplying these products,

25  methods or services is based on systems or services supplied to Smith by prepaid service

26  providers, including, but not limited to, VeriSign.

27

28

Complaint for Patent Infringement; Jury Demand

27.    Upon information and belief, VeriSign makes, uses, offers to sell, or sells within the United States (including its territories or possessions) or supplies or causes to be supplied in or from the United States, products, methods or services relating to supplying prepaid wireless telephone services to telecommunications companies, including, but not limited to, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith.

## CLAIM I:  INFRINGEMENT OF THE '067 PATENT

### (Against All Defendants)

28.    Freedom Wireless incorporates and realleges the allegations contained in paragraphs (1) through (27) of its Complaint as though fully set forth herein.

29.    Upon information and belief, the individual and/or joint activities of VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith with respect to at least products, methods, services and/or systems described in paragraphs (15) through (27) of this Complaint have infringed and continue to infringe the '067 Patent under any of 35 U.S.C. §§ 271(a), (b) or (c), either directly or by the doctrine of equivalents.

30.    Upon information and belief, the infringing acts by VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith of manufacturing, using, selling, importing, and/or offering for sale, at least the products, methods, services and/or systems described in paragraphs (15) through (27) of this Complaint, and claimed in the '067 Patent, have occurred throughout the United States, including within this judicial district.

31.    Upon information and belief, VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith will continue to infringe the '067 Patent unless enjoined by this Court.

W02-WEST:1GPB1\400650581.2                              Complaint for Patent Infringement; Jury Demand

32.    Upon information and belief, VeriSign's infringement of the '067 Patent is, has been, and continues to be willful and deliberate, and without regard for Freedom Wireless' property rights in the '067 Patent.

33.    As a direct and proximate result of VeriSign's willful infringement of the '067 Patent, Freedom Wireless has been damaged to an extent not yet determined.

34.    Freedom Wireless is entitled to monetary damages adequate to compensate it for the infringement; increased damages under 35 U.S.C. § 284, together with interest, costs and attorneys' fees; and is entitled to injunctive relief enjoining VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith from further infringement of the '067 Patent.

## CLAIM II:  INFRINGEMENT OF THE '823 PATENT
### (Against All Defendants)

35.    Freedom Wireless incorporates and realleges the allegations contained in paragraphs (1) through (34) of its Complaint as though fully set forth herein.

36.    Upon information and belief, the individual and/or joint activities of VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith with respect to at least products, methods, services and/or systems described in paragraphs (15) through (27) of this Complaint have infringed and continue to infringe the '823 Patent under any of 35 U.S.C. §§ 271(a), (b) or (c), either directly or by the doctrine of equivalents.

37.    Upon information and belief, the infringing acts by VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith of manufacturing, using, selling, importing, and/or offering for sale, at least the products, methods, services and/or systems described in paragraphs (15) through (27) of this Complaint, and claimed in the '823 Patent, have occurred throughout the United States, including within this judicial district.

38.    Upon information and belief, VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith will continue to infringe the '823 Patent unless enjoined by this Court.

39.    Upon information and belief, VeriSign's infringement of the '823 Patent is, has been, and continues to be willful and deliberate, and without regard for Freedom Wireless' property rights in the '823 Patent.

40.    As a direct and proximate result of VeriSign's willful infringement of the '823 Patent, Freedom Wireless has been damaged to an extent not yet determined.

41.    Freedom Wireless is entitled to monetary damages adequate to compensate it for the infringement; increased damages under 35 U.S.C. § 284, together with interest, costs and attorneys' fees; and is entitled to injunctive relief enjoining VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith from further infringement of the '823 Patent.

## CLAIM III:  INFRINGEMENT OF THE '851 PATENT

### (Against All Defendants)

42.    Freedom Wireless incorporates and realleges the allegations contained in paragraphs (1) through (41) of its Complaint as though fully set forth herein.

43.    Upon information and belief, the individual and/or joint activities of VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith with respect to at least products, methods, services and/or systems described in paragraphs (15) through (27) of this Complaint have infringed and continue to infringe the '851 Patent under any of 35 U.S.C. §§ 271(a), (b) or (c), either directly or by the doctrine of equivalents.

44.    Upon information and belief, the infringing acts by VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith of manufacturing, using, selling, importing, and/or offering for sale, at least the products, methods, services and/or systems described in paragraphs (15) through (27) of

W02-WEST:1GPB1\400650581.2                    Complaint for Patent Infringement; Jury Demand

1  this Complaint, and claimed in the '851 Patent, have occurred throughout the United

2  States, including within this judicial district.

3          45.    Upon information and belief, VeriSign, Metro PCS, Cellular South,

4  Cellcom, Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith will continue

5  to infringe the '851 Patent unless enjoined by this Court.

6          46.    Upon information and belief, VeriSign's infringement of the '851

7  Patent is, has been, and continues to be willful and deliberate, and without regard for

8  Freedom Wireless' property rights in the '851 Patent.

9          47.    As a direct and proximate result of VeriSign's willful infringement of

10  the '851 Patent, Freedom Wireless has been damaged to an extent not yet determined.

11         48.    Freedom Wireless is entitled to monetary damages adequate to

12  compensate it for the infringement; increased damages under 35 U.S.C. § 284, together

13  with interest, costs and attorneys' fees; and is entitled to injunctive relief enjoining

14  VeriSign, Metro PCS, Cellular South, Cellcom, Golden State, IVC, NTelos, ICTC,

15  Carolina West, Edge and Smith from further infringement of the '851 Patent.

16                              **PRAYER FOR RELIEF**

17         49.    WHEREFORE, Freedom Wireless requests all legal and equitable

18  relief as may be recoverable for the foregoing offenses, including:

19

20      (a)    a judgment that VeriSign, Metro PCS, Cellular South, Cellcom, Golden

21             State, IVC, NTelos, ICTC, Carolina West, Edge and Smith individually

22             and/or jointly, infringe the claims of the '067, '823 and/or '851 Patents;

23      (b)    an injunction enjoining VeriSign, Metro PCS, Cellular South, Cellcom,

24             Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith and those

25             in active concert or participation with them, from individually and/or jointly

26             infringing the '067, '823 and/or '851 Patents;

27      (c)    an accounting for damages arising from the infringement of the '067, '823

28             and/or '851 Patents by VeriSign, Metro PCS, Cellular South, Cellcom,

-11-

1    Golden State, IVC, NTelos, ICTC, Carolina West, Edge and Smith and those

2    in privity with them;

3    (d)    an award of damages adequate to compensate for the infringement of the

4    '067, '823 and/or '851 Patents, in no event less than a reasonable royalty,

5    together with prejudgment and post-judgment interest thereon, and costs

6    fixed by the Court, as provided by 35 U.S.C. § 284;

7    (e)    a judgment that the infringement of the '067, '823 and/or '851 Patents was

8    and is willful, and an award to Freedom Wireless of increased damages in

9    accordance with 35 U.S.C. § 284;

10    (f)    a declaration that this is an exceptional case and that Freedom Wireless be

11    granted its reasonable attorneys' fees in accordance with 28 U.S.C. § 285;

12    and

13    (g)    a grant to Freedom Wireless of any such other relief as the Court may deem

14    just, equitable or proper.

15    Dated:  January 7, 2008

16

17

18    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19

20    By    _____

21    SCOTT E. HENNIGH
     Attorneys for Plaintiff
     FREEDOM WIRELESS, INC.

22

23

24

25

26

27

28

-12-

1                           DEMAND FOR JURY TRIAL

2

3          Plaintiffs hereby demand a jury trial as provided by Rule 38 of the Federal

4 Rules of Civil Procedure.

5

6 Dated:  January 7, 2008

7

8                     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10               By

11                        SCOTT E. HENNIGH
                          Attorneys for Plaintiff

12                           FREEDOM WIRELESS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                     Complaint for Patent Infringement; Jury Demand

US005722067A

# United States Patent [19]

## Fougnies et al.

[11] Patent Number: 5,722,067

[45] Date of Patent: Feb. 24, 1998

[54] SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM

[75] Inventors: Douglas V. Fougnies; Dan B. Harned, both of Tempe, Ariz.

[73] Assignee: Freedom Wireless, Inc., Las Vegas, Nev.

[21] Appl. No.: 364,479

[22] Filed: Dec. 23, 1994

[51] Int. Cl.$^6$ ...................................... H04Q 7/20

[52] U.S. Cl. ...................... 455/406; 455/408; 455/415; 379/114; 379/127

[58] Field of Search ............................... 379/58, 59, 60, 379/33.2, 144, 114, 115, 127; 455/33.1, 33.2, 406–411, 414, 415

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,756,020 | 7/1988 | Fodale | 379/112 |
| 4,852,149 | 7/1989 | Zwick et al. | 379/67 |
| 4,860,341 | 8/1989 | D'Avello et al. | 379/91 |
| 5,046,088 | 9/1991 | Margulies | 379/211 |
| 5,127,040 | 6/1992 | D'Avello et al. | 379/58 |
| 5,233,642 | 8/1993 | Renton | 379/59 |
| 5,265,155 | 11/1993 | Castro | 379/112 |
| 5,274,802 | 12/1993 | Altine | 395/600 |
| 5,291,543 | 3/1994 | Freese et al. | 379/59 |
| 5,297,189 | 3/1994 | Chabernaud | 379/58 |
| 5,309,501 | 5/1994 | Kozik et al. | 379/58 |
| 5,321,735 | 6/1994 | Breeden | 379/58 |
| 5,327,144 | 7/1994 | Stilp et al. | 342/387 |
| 5,341,414 | 8/1994 | Popke | 379/142 |
| 5,353,335 | 10/1994 | D'Urso | 379/67 |
| 5,359,642 | 10/1994 | Castro | 379/121 |
| 5,440,621 | 8/1995 | Castro | 379/112 |
| 5,592,535 | 1/1997 | Klotz | 379/58 |

### OTHER PUBLICATIONS

*AT&T Technical Journal*, Summer 1991; pp. 11–25, 44–57, and 72–84.
*Proceedings of the IEEE*, vol. 79, No. 1, Jan. 1991; pp. 7–20.

Primary Examiner—Dwayne Bost
Assistant Examiner—Nay Maung
Attorney, Agent, or Firm—Cahill, Sutton & Thomas P.L.C.

[57]                     ABSTRACT

A cellular telecommunications system having a security feature which allows only pre-authorized users no complete cellular telephone calls. The system and method recognizes a cellular radiotelephone's pre-programmed a pre-selected telephone number and a automated number identification code (ANI). The pre-selected telephone number is reserved to the pre-paid cellular telecommunications system. The cellular radiotelephone transmits the ANI and a dialed number identification system code (DNIS) to a cellular switch, which contacts a host computer for call validation the pre-paid service provider.

21 Claims, 6 Drawing Sheets





FIG. 1



FIG. 2 (PRIOR ART)



FIG. 3

FIG. 4



FIG. 5



FIG. 6

FIG. 7



**FIG. 8A**



**FIG. 8B**

5,722,067

1

## SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM

### BACKGROUND OF THE INVENTION

The present invention relates generally to a cellular telecommunications system having a security feature which allows only pre-authorized users to complete cellular telephone calls. More particularly, the cellular telecommunications system of the present invention permits cellular telecommunications providers to obtain pre-paid subscribers and eliminate credit-risk problems. In addition, the present invention provides anti-fraud protection for cellular service providers by allowing subscribers to designate protection codes which must be dialed before a telecommunications event will be completed.

Conventional cellular telecommunications systems require the cellular provider to undertake credit screening and certify credit-worthy subscribers before enabling a user to access the cellular telecommunications system. Customarily, a potential subscriber will apply to the cellular service provider, who then undertakes a verification process to determine whether the potential subscriber is creditworthy. If the potential subscriber has a positive credit rating, the subscriber is given access to the cellular system and is able to initiate or receive unlimited cellular telecommunications events during a certain period of time or during a certain number of billing cycles. If the subscriber regularly pays invoices for the telecommunications services, the subscriber's access to the telecommunications system continues unfettered. If the subscriber fails to pay invoices as they become due, the cellular service provider has the ability to discontinue the subscriber's access until the invoice is paid. Thus, pre-paid telecommunications access is a desirable feature to prevent fraudulent use of the telecommunications system. Additionally, the present invention provides anti-fraud capabilities by requiring that a pass-code or personal identification number (PIN) be dialed along with the called number before a telecommunications event will be completed.

Up to now, the cellular service provider had no means available to offer cellular telecommunications services on a pre-paid basis, monitor the subscriber's cellular telecommunications usage in real time and discontinue access to the cellular telecommunications services immediately upon exhaustion of a pre-paid account balance. Additionally, up to now, cellular service providers had no means available to prevent cellular theft by unscrupulous persons retrieving equipment serial numbers from cellular signal transmissions and "cloning" or reprogramming other cellular equipment to replicate a subscriber's telecommunications profile.

### DESCRIPTION OF THE PRIOR ART

Land-based telecommunications systems have devised a method for allowing pre-paid telephone usage and limiting telecommunications to only a period of time equivalent to the pre-paid value. Perhaps the best example of such a land-based telecommunications system is found in U.S. Pat. No. 5,353,335 issued Oct. 4, 1994, to D'Urso (hereinafter the "D'Urso" patent).

The D'Urso patent discloses a public switched telephone network (PSTN) which operates on a pre-payment system and has multilingual capabilities. A telephone user purchases a predetermined quantum of service, i.e., telecommunications time before access and is provided a card imprinted with a unique account number. The user is also given a series of toll free, commonly Known as "1-800" number which

2

allows the user to access the prepaid telephone system. Activation of each of the toll free numbers causes the system described in the D'Urso patent to interact with the user in the user's native language or in a language which the user desires to interact with the telecommunications system. Upon dialing an appropriate toll free telephone number at a PSTN node, the user is connected through a switching system with a host computer. The host computer prompts the user, typically by digital voice commands, to enter the user's account number, using the PSTN node keypad, imprinted on the user's account card. The authenticity of the entered account number and the available amount of credit is determined by the host computer. Account authentication and credit balance checking is accomplished by local area network connection with a service management computer which manages a card database containing account information for each outstanding account card. If the account valid and an available balance is verified, the host computer prompts the user to enter a speed dialing alias or destination telephone number. The user is given a pre-set number of attempts to enter a valid alias or destination number. The system performs editing checks on the alias or destination number. Improper entry of a speed dialing alias or destination for the pre-set number of attempts will cause the host computer to disconnect the user. Upon proper entry of a speed dialing alias or destination number, the host computer compares the available card balance against the balance required to make a one minute phone call to the desired destination. If the available balance is greater than or equal to the balance required to make that one minute call, a voice response unit (VRU) plays an announcement in the user's chosen language informing the user that the call is being processed. The VRU computer uses a stored call rate associated with the caller's destination number and the available credit balance to determine the available call duration. A call duration timer is set in response to the determination of the available call duration.

The VRU computer is then directed to outpulse the digits of the destination number to a network node. When the host computer detects an off-hook condition from the destination, the call duration timer is started and the available call balance is depleted while the call is in progress. When the host computer detects that the available call balance is close to depletion, the VRU computer is bridged onto the call and plays a pending disconnect announcement in the users chosen language. Upon exhaustion of the call balance, the VRU plays a disconnect announcement, the call is disconnected and the host computer sends a message to the service management computer and database that the balance on the card is depleted.

Alternatively, if an on-hook condition at the destination occurs before the card balance is depleted, the host computer calculates the remaining available balance based upon the condition of the call timer and compares the computed balance to the minimum credit threshold. The host computer then causes a VRU computer to notify the caller, in the chosen language, whether the remaining balance exceeds the minimum credit threshold, and the value of the available balance and then disconnects the calling party. The host computer then sends an update message to the service management computer and the database, notifying them of the calculated remaining balance. The service management computer then overwrites the present balance in the database with the calculated balance sent by the host computer.

While the D'Urso telecommunications system allows for pre-paid telecommunications activity, it is wholly dependent upon user first calling a toll free number, inputting account

5,722,067

| 3 | 4 |

information, waiting for account validation, inputting the called destination, waiting for destination validation and then either being connected or not. The D'Urso system requires a plurality of input events by the user before a call can be passed to the destination. Moreover, the D'Urso system lacks direct interface with the remote database for real time account balance adjustment during a telecommunications event. Rather, in the D'Urso system a host computer queries a remote management server database to determine an available credit balance. The host computer then looks up a telecommunications rate for the destination number called, calculates a time value corresponding to the credit balance for the destination number and either authorizes or rejects the attempted call on the basis of the calculated time value. If the attempted call is authorized, a calculated tame value timer is set. Upon occurrence of an off-hook condition at the destination called, the calculate time value timer at the host computer is decremented until a pre-determined threshold value. As the threshold value is reached, a voice message is bridged onto the call to advise the user of the remaining calculated time value. Upon expiration of the calculated time value, the call is disconnected. After disconnection due to either 1) expiration of the calculated time value, or 2) an on-hook condition at the called desalination, the host computer re-calculates the credit balance from the remaining time value and sends an update record to the management server and database and overwrites the previous credit balance information stored at the database. In this manner, the database is not actively updated as the telecommunications activity is occurring.

Those skilled in the art will understand and appreciate that the prepaid land-based telecommunications system described in the D'Urso patent is fundamentally different from the cellular-based telecommunications system of the present invention.

## SUMMARY OF THE INVENTION

A need has been recognized for a cellular telecommunications system which permits access by pre-paid users, without the need for modifying the cellular radiotelephones commonly in use. The present invention provides a system and method which recognizes cellular radiotelephones pre-programmed with a pre-selected telephone number and an automated number identification code (ANI). The pre-selected telephone number is reserved to the pre-paid cellular telecommunications system. The user merely enters the destination telephone number and activates an off-hook condition, typically by depressing a "send" button on the keypad of the cellular radiotelephone. The cellular radiotelephone then transmits the ANI and a dialed number identification system code (DNIS). Because all cellular systems operate on the basis of discrete cell sites, which re-transmit the received signal to a central cellular service organization cellular switch, both the ANI and the DNIS are transmitted to the cellular switch. At the cellular switch, the ANI is recognized as one reserved to the pre-paid cellular system and is re-directed, along with the DNIS, to the pre-paid cellular system switch via T1 land lines or via cellular re-transmission.

At the pre-paid cellular system switch, a host computer authenticates both the ANI and DNIS. Upon recognition of a valid ANI, the host computer establishes communications via either a local area network (LAN) or wide-area network (WAN) with a remote computer database server. At the remote computer database server, a database is maintained with pre-paid subscriber information. The pre-paid subscriber database contains records of each pre-paid sub-

scriber. Each subscriber record in the database includes, at least the ANI assigned to that pre-paid subscriber, a pre-paid account balance and a time rate for telecommunications charges. The host computer validates the received ANI by comparison to the ANI information in the database. Upon validation of the received ANI, account balance information for the account associated with the received ANI is queried to determine if there is a positive credit balance. Upon verification that the account has a positive credit balance, the host computer outpulses the dialed destination telephone number to a local exchange carrier, such as one of the Regional Bell Operating Companies.

During the call progress, tile account balance information at the computer database server is decremented based upon elapse of pre-determined time periods at the predetermined time value for cellular telecommunications. It is important to note the time value is deducted from the account balance at regular intervals of time while the call is in progress.

The present invention allows a pre-paid user to access the cellular telecommunication system and have authentication and accounting occur transparently without any preliminary input by the user. The present invention accomplishes this by using the ANI as the file link to identify and authenticate the cellular telephone against the database. Thus, cellular telephone users are freed of the need to carry and use cards, are freed of the need to enter account information as a first step in the authentication process and the possibility of fraud on the cellular service providers is minimized.

These and other objects, features, and advantages of the present invention will become more apparent to those skilled in the art from the following more detailed description of the present invention when taken with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatic view of a typical cellular telecommunications system interfaced with the cellular telecommunications system of the present invention.

FIG. 2 is a diagrammatic call flow of the prior art pre-paid land-based telecommunications system.

FIG. 3 is a call flow diagram from a typical cellular radiotelephone.

FIG. 4 is a call flow diagram at a cellular switch in accordance with the present invention.

FIG. 5 is a flow diagram illustrating call validation processing at a host computer in accordance with the present invention.

FIG. 6 is a flow diagram illustrating call processing at the central office in accordance with the present invention.

FIG. 7 is a flow diagram illustrating call accounting processing at a host computer in accordance with the present invention.

FIG. 8A is a flow diagram illustrating a first embodiment of incoming call processing in accordance with the present invention.

FIG. 8B is a flow diagram illustrating a second embodiment of incoming call processing in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The prepaid cellular telecommunications system of the present invention is best illustrated with reference to the accompanying drawings in which FIGS. 1 and 3 through 8B

5,722,067

5

generally describe the system of the present invention and FIG. 2 depicts the prior art system described in the D'Urso patent.

With particular reference to FIG. 1, the pre-paid cellular system 10 of the present invention is illustrated. The pre-paid cellular telecommunications system 10 interfaces with a conventional cellular telecommunications switched network 2. Conventional cellular telecommunications switched network 2 is a network consisting of a plurality of cellular antenna, such as antenna 4, capable of receiving cellular band RF signals 5, with each antenna being located in a discrete cell site, such as site 6. Each antenna is electrically linked to cellular switch 8 which governs the operation of the cellular telecommunications switched network 2 and links the network 2 to local exchange carrier 20 via T1 land line 12.

In accordance with the present invention, a cellular service provider 14 is linked to the cellular telecommunications switched network 2 cellular switch 8 via T1 land lines 15. The cellular service provider 14 has a plurality of cellular telephone numbers reserved to it for pre-paid subscribers. Each reserved cellular telephone number has a unique automated number identifier (ANI) associated with the reserved telephone number. These reserved cellular telephone numbers are stored in a switch computer resident at switch 8. The cellular service provider 14 is electrically linked to the local exchange carrier 20 via T1 land lines 17 to communicate cellular telephone calls from the service provider 14 to the local exchange carrier's regular network.

The service provider 14 has host computer 16 which is preferably networked through either a local area network (LAN) or wide area network (WAN) 21 to a remote server computer 18. In this manner a plurality of service providers may, within a single cellular service, operate from the same remote server computer 18. The remote server computer 18 has an associated database 19 of pre-paid subscribers, which is independently accessible by each of the service providers.

The host computer is preferably based upon a multi-processor platform such as those made by Intel Corporation and based upon the 486 or PENTIUM microprocessor, with each host computer having a plurality of modems and network interface circuit boards capable of simultaneous bi-directional processing of telecommunications data between the T1 land lines 15 and the modems and between the host computer and the remote server. The remote server is also preferably a multi-processor based platform capable of distributed load processing, and fitted with a plurality of network interface circuit boards. The database is preferably stored across a plurality of hard disk drives configured as a redundant array of independent drives (RAID).

In the foregoing manner, a cellular transmission 5 received by an antenna 4 within a cell size 6 is received at switch 8. If the ANI and DNIS transmitted with the cellular transmission 5 is one of the reserved pre-paid cellular telephone numbers, the switch 8 re-directs the transmission 5 to the service provider via the T1 land line 15. The transmission 5 is communicated to the service provider's host computer 16, which then authenticates the ANI and DNIS by accessing the server computer 18 and database 19. Upon valid authentication of the ANI and DNIS, the subscriber identity is validated. The database 19 will have records indicative of the subscriber's account balance. A check of the subscriber's account balance in the database 19 is made to validate the presence of a pre-paid balance sufficient to supply a pre-determined quantum of telecommunications, e.g., one minute, at a predetermined telecommunications charge rate associated with both the

6

dialed number and the time of day in which the call is placed. Upon account balance validation, the host computer 16 validates the call and passes it to the local exchange carrier 20 via the T1 land lines 17.

A pre-payment telecommunications system 30 of the prior art is illustrated with reference to FIG. 2. The system 30 requires that a pre-paid user first dial a toll free access number at block 32. Upon connection with the toll free access number, the user must enter an assigned account number imprinted on a card at block 34. After the card account number is validated at block 3G, a counter is set at block 44 and a check is made at block 46 to determine whether a call on the entered account is in progress. A negative validation at block 36 will cause an invalid card flag to be initiated at block 38 and an appropriate voice message from a voice response unit (VRU) announced at block 40. If an affirmative response is elicited from the check at block 46, the VRU prompts the user to enter a destination telephone number at block 48. A validation check is made at block 58 of the dialed number entered in response to the VRU prompt at block 48. If the validation check at block 50 is affirmative, a database associated with a management computer is called at block 54 and the account's records are retrieved for credit balance determination. A check is made of the credit associated with the card account to determine whether the user's account has any available credit at block 56 and whether the available credit exceeds a pre-determined minimum threshold at block 52. An additional check is made to determine whether sufficient credit in the user's account balance to pay for a threshold time value of a call, e.g., one minute, based upon a time value rate for the destination being called is determined at block 58. If the determinations made at blocks 52, 56 and 58 are affirmative the call is passed by outpulsing the dialed number at block 50. If a negative determination at any of blocks 52, 56 or 58 is made, an appropriate voice message is played by the VRU at block 40 and the user is disconnected at block 42.

Upon connection with the destination number, an off-hook condition of the destination is sensed at block 62. If an off-hook condition exists at the destination, a timer is started at block 64 which continues until an on-hook condition exists at the destination and the timer is stopped at block 66. Upon a stop timer condition at block 66, the management computer is called and updated by overwriting the user's account record with updated information based upon the elapsed time of the call and the time value of the call at block 68. The VRU then issues an appropriate voice message 40 to advise the user of the revised account balance and the user is disconnected at block 42.

As will be understood by those skilled in the art, the foregoing description of the pre-paid telecommunications system of the prior art 30 requires the user to first access a toll-free number to be linked to a host computer, and then must enter an account code and wait for validation and then enter a destination number, and wait for validation before the call is passed. The present invention operates advantageously with a cellular telecommunications system to eliminate the need for a toll free host computer to interact directly with the user, and eliminate the need for the pre-paid user to make multiple keypad entries. Rather, as will be more apparent from the following description of the preferred embodiment, the user only enters the destination number and all call processing is handled by the host computer in conjunction with the cellular switch.

Turning now to FIGS. 3–3B, call flow in the pre-paid cellular telecommunications system of the present invention is illustrated. It is important to note that the cellular radio-

5,722,067

7

telephones used by pre-paid subscribers are of a conventional type, without special circuitry, modification or programming. Rather, each cellular radiotelephone used by pre-paid subscribers is programmed, in the normal manner, with a pre-defined cellular telephone number reserved to the pre-paid cellular telecommunications system 10.

FIG. 3 illustrates call initiation by a pro-paid cellular telecommunications subscriber. The subscriber initiates a cellular call at block 72 by entering the destination number directly at the keypad of the cellular radiotelephone. After the subscriber enters the called number, the subscriber sends the destination number (DNIS) by activating a send key on the keypad of the cellular radiotelephone at block 74. The cellular radiotelephone then transmits the DNIS and an ANI unique to the transmitting cellular radiotelephone at block 76 as cellular signals 5 to the nearest antenna within the cell site.

FIG. 4 illustrates call processing by the cellular switch 8. The cellular switch 8 is constantly in a wait condition for receipt of cellular transmissions from a plurality of subscribers within the coverage area of the cellular switch. The cellular switch receives the transmitted DNIS at block 78 and the transmitted ANI at block 79. Upon recognition of the ANI as a unique ANI identifying a subscriber in the inventive pre-paid cellular system, the cellular switch routes the cellular call through a direct line to a host computer of the inventive cellular system at block 80 and goes off-hook to the host computer at block 82. The cellular switch then waits for receipt of a wink signal at block 84. Upon receipt of a first wink signal at block 84, the cellular switch sends the DNIS to the host computer at block 86. Upon receipt of a second wink signal at block 84, the cellular switch sends the ANI to the host computer at block 88. Those skilled in the art will understand that the sequential order of sending the DNIS and ANI may be reversed. After sending the DNIS and ANI, the cellular switch waits for an off-hook condition from the host computer to connect the call. If the host computer fails to go off-hook within a pre-determined period of time, the cellular switch drops the caller.

Call processing at the host computer is illustrated in FIG. 5. The host computer's initiated zero state is to wait for a cellular switch off-hook condition to the host. Upon receipt of an off-hook condition from the cellular switch, the host computer sends a first wink signal to the cellular switch at block 102 which tells the cellular switch to send the DNIS. The host computer then receives the DNIS 103 from the cellular switch at block 104. After receiving the DNIS at block 104, the host computer sends a second wink signal to the cellular switch at block 106 which tells the cellular switch to send the ANI. The host computer then receives the ANI 107 from the cellular switch at block 108. The host computer accesses the subscriber database from the remote server 11 and loads the database record corresponding to the received ANI to memory at block 109. The received ANI is validated against the database record in memory as one belonging to a pre-paid subscriber at block 110. Upon ANI validation at block 110, the host computer then validates the subscriber's pre-paid balance based upon the DNIS and time of day rate, e.g., peak or off-peak time rates, at block 112.

Those skilled in the art will understand and appreciate that the processing of the DNIS and ANI signals may occur in reverse order, and that different cellular service providers may use alternative signals to represent the dialed number and the subscriber's cellular radiotelephone. For example, the cellular radiotelephone's electronic serial number (ESN) may be transmitted instead of the ANI. The ANI is referenced, herein only by way of example.

8

Upon balance validation at block 112, the host computer goes off-hook to the cellular provider at block 113 and a pre-determined minimum time rate is decremented from the subscriber's balance in memory at block 114 and then the call accounting loop is initiated at block D. While at present time, it is preferable to use memory, those skilled in the art will understand that future improvements in LAN and WAN communication speeds and database read-write speeds may obviate the desirability of loading the account balance to memory to facilitate subsequent call accounting processing. The host computer then outpulses the DNIS, or another host computer-qualified signal including the called telephone number, such as a pass-code or PIN number, or the DNIS stripped of the area code, to the local exchange carrier for connection at block 98 to obtain a central office (CO) line.

Turning now to FIG. 6, the CO is in a zero state waiting for an off-hook from the host computer at block 118. Upon an off-hook condition from the host computer at block 118, the CO goes off hook to the host computer and presents a dial tone at block 120. After the T1 land line has been seized, the DNIS or a host-computer modified DNIS, is received and routed over the T1 land line to the number dialed out by the host computer at block 122. The CO then waits for an off-hook condition at the called telephone number at block 124 and connects the call.

Immediately upon occurrence of an off-hook condition at the called number, the call accounting flow illustrated in FIG. 7 is executed. While the CO negotiates and seizes a T1 line from the local exchange carrier, the host computer waits at block 126 for an off-hook condition at the called number. Immediately upon occurrence of an off-hook condition at the called number, the account balance in memory is decremented by a predetermined value, corresponding to a minimum time rate based upon the DNIS and the time of day rate, e.g., $0.02 for each six seconds of telecommunications time at an off-peak, i.e., after 7:00 p.m. local time. Thus, for example, immediately upon occurrence of an off-hook condition at the destination number, a minimum time value of one minute is decremented from the account balance resident in memory.

In accordance with the preferred embodiment of the present invention, the account balance read into memory is translated to a time value based upon the called number (DNIS) and the time of day rate applicable. In this manner, the account balance is converted to a time value, e.g., number of seconds or number of minutes, and the time value is decremented based upon elapse of pre-determined time periods while either the subscriber's cellular telephone or the called number are off-hook.

After the elapse of a time period equal to the pre-determined minimum time value, the account balance is queried at block 132 to determine if there is a sufficient account balance for an additional quantum of the minimum time value. If a sufficient account balance is determined to exist at block 132, the process loops back 133 and decrements the account balance by the pre-determined minimum time value at block 128. Process loop 133 continues to execute until either the subscriber or the called number are on-hook at block 130 or until a negative response issues to the account balance validation at block 132. If either an on-hook condition at the subscriber or the called party at block 130 or the account balance is not validated at block 132, a disconnection occurs, accounting ceases and the call, including the DNIS and the elapsed time of the call are logged to the database resident at the remote server (not shown) and the remaining account balance is written to the database at block 134. The system then bridges to a voice

5,722,067

9                                                    10

response unit and issues a voice message to the subscriber advising the subscriber of the remaining account balance at block 136. Where it is technically feasible to decrement the account balance directly from the database, without loading the account balance to memory at the host computer, those skilled in the art will understand that the step of writing the adjusted account balance to the database may not be a necessary step.

The foregoing describes the call handling process for outgoing calls from a cellular subscriber. In those cellular service areas where the cellular service is offered only on a "calling party pays" basis, there is no need to monitor or control telecommunications events incoming to the subscriber. However, in those cellular service areas where cellular service is offered on the basis that the subscriber pays telecommunication charges irrespective of whether the subscriber is originating or receiving a call, the present system provides a method for monitoring and controlling incomming cellular telephone calls to the pro-paid subscriber and adjusting the pre-paid subscriber's account balance for incomming calls.

FIGS. 8A and 8B illustrate alternative embodiments of the system adapted to monitor and control incoming calls to a pre-paid cellular service provider. It must be understood that the operation and construction of the cellular swatch, host computer, CO and local exchange carrier are identical to that for outgoing calls made by the pre-paid subscriber. The principal difference is, however, in the sequence of events which occur to activate the call accounting and control functions of the inventive cellular telecommunications system.

We turn now specifically to FIG. 8A which illustrates a first embodiment of the inventive pre-paid cellular telecommunications system. In FIG. 8A, an originating party initiates a land line telephone call at block 150. The initiated call consists of the pre-paid subscriber's telephone number unique to the pre-paid cellular system. The call is handed to a co at block 152 and redirected to the host computer based upon the dialed number matching a pre-paid subscriber's telephone number. The host computer is initialized in a wait for CO off-hook state and waits for an incomming off-hook signal from the CO at block 154. Upon receiving an incoming call at block 154, the host computer validates the dialed number against the pre-paid subscriber database and determines whether a sufficient account balance exists for the pre-determined minimum time value for a telecommunications event, as described above with reference to FIG. 7. Upon validation of the dialed number and the available account balance, the host computer outpulses the dialed number to the cellular switch 156 which routes the call to the cellular subscriber at block 158. Upon occurrence of an off-hook condition at the cellular subscriber at block 158, the cellular switch returns 157 the off-hook condition to the host computer and call accounting as described above with reference to FIG. 7 occurs.

In accordance with a second embodiment for incoming call handling in accordance with the present invention, and as illustrated in FIG. 8B, the originating party at block 160 and the CO at block 162 function identically as described above with reference to FIG. 8A. However, in this second embodiment, the CO outpulses the mobile identifier directly to the cellular switch at block 164, and the cellular switch passes 165 the mobile identifier to the host computer at block 166 to enable the host computer to validate both the mobile identifier and the available balance. Upon such validation, the host computer at block 166 directs the cellular switch to pass the call to the subscriber at block 168.

Again, upon occurrence of an off-hook condition at the subscriber, the, host computer executes call accounting as previously described with reference to FIG. 7.

Thus, in the present invention, the disadvantages of the prior art are overcome, particularly as those disadvantages would affect a cellular user. By eliminating the need for the user to make unnecessary dialing entries and limit the user's dialing entry only to the destination number the present invention represents a valuable and needed advance in the art. Additionally, by using the ANI to identify the subscriber, rather than the situs of the call, the present invention provides for transparent call processing for the end-user and achieves a fraud tolerance level not presently available to service providers.

While the invention has been described with reference to its preferred embodiments, those skilled in the art will understand and appreciate from the foregoing that variations in equipment, operating conditions and configuration may be made and still fall within the spirit and scope of the present invention which is to be limited only by the claims appended hereto.

What is claimed is:

1. A method of cellular telecommunications, comprising the steps of:

(a) establishing a pre-paid subscriber account balance linked to a pre-determined cellular telephone number assigned to a subscriber;

(b) writing the established pre-paid subscriber account balance to a database;

(c) initiating a cellular telecommunications event, by a subscriber, by the subscriber entering a dialed call destination number and transmitting the dialed call destination number as a dialed number identification system (DNIS) code and transmitting an automated number identification code (ANI) uniquely identified with a subscriber's cellular radiotelephone;

(d) receiving the DNIS and ANI at a cellular switch, the cellular switch recognizing the ANI as belonging to a pre-paid subscriber;

(e) sending an off-hook signal from the cellular switch to a host computer;

(f) the host computer serially sending a first signal to the cellular switch to obtain the DNIS signal therefrom, receiving the first signal, sending a second signal to the cellular switch to obtain the ANI signal therefrom, and receiving the second signal at the host computer;

(g) establishing communication between the host computer and a remote server computer, the remote server computer being in communication with the subscriber database, and validating the ANI received from the cellular switch as belonging to a subscriber;

(h) validating existence of a pre-determined subscriber account balance in the subscriber database based upon the DNIS and the time of day of the telecommunications event;

(i) establishing communications between the host computer and a local exchange carrier to obtain an available telecommunications line and sending the DNIS only if an affirmative validation at step (h) occurs;

(j) checking for an off-hook condition at the DNIS destination and, upon occurrence thereof, decrementing the subscriber account balance at regular intervals during the telecommunications event until an on-hook condition exists as the DNIS destination; and

(k) disconnecting the telecommunications event at the host server upon occurrence of a negative validation at step (h) or an on-hook condition exists at step (j).

5,722,067

| 11 | 12 |

2. A cellular telecommunications system for pre-paid subscribers, said system comprising:

(a) a plurality of cellular telephones, each cellular telephone being capable of transmitting an automated number identification code (ANI);

(b) a cellular switch in communication with said plurality of cellular telephones;

(c) a local exchange carrier;

(d) a pre-paid service provider including

(1) a host computer for providing pre-paid cellular service, said host computer being coupled to said local exchange carrier via switched lines and being coupled to said cellular switch via unswitched lines;

(2) a server computer coupled to and remote from said host computer, said server computer including a database containing a plurality of records identified by ANI and representing the accounts of pre-paid subscribers, each of which accounts contains information on the balance in the account; and

(3) means in said host computer for receiving a signal indicative of a pending call from said cellular switch and for forwarding the call to the local exchange carrier after confirming that the balance in the account corresponding to the ANI is greater than a predetermined minimum.

whereby said cellular switch forwards calls from the pre-paid subscribers to said pre-paid service provider via said unswitched lines.

3. The cellular telecommunications system of claim 2, wherein said host computer communicates with said local exchange carrier and said cellular switch over land-lines.

4. The cellular telecommunications system of claim 2 wherein said server computer and said host computer communicate over a local area network.

5. The cellular telecommunications system of claim 2, wherein said server computer and said host computer communicate over a wide area network.

6. The cellular telecommunications system of claim 2, wherein said database is contained in a redundant array of mass storage devices.

7. The cellular telecommunications system of claim 2, wherein said host computer includes a memory for storing subscriber account information from the database and wherein said host computer includes means revising the subscriber account information during call after connection with a dialed number.

8. The cellular telecommunications system of claim 7, wherein said host computer includes means for sending revised subscriber account information from said memory to said server computer and wherein said server computer updates the database after receipt of the revised subscriber account information.

9. The cellular telecommunications system of claim 2, wherein

said receiving and forwarding means in said host computer terminates a call when the balance in the account corresponding to the ANI is not greater than the predetermined minimum.

10. A method for pre-paid cellular telephone service, said method comprising the steps of:

forwarding to a pre-paid switching system a dialed number identification system code (DNIS) and an automated number identification code (ANI) representing a call from a cellular telephone;

at the pre-paid switching system, verifying a positive balance in an account identified by the ANI;

forwarding the call to an LEC; and

decrementing the balance in the account at regular intervals during the call until the call is terminated or until the balance is no longer positive, whichever occurs first.

11. The method as set forth in claim 10 wherein said verifying step includes the steps of:

finding the ANI; and

retrieving a balance associated with the ANI.

12. The method as set forth in claim 11 including a database of ANIs remote from the pre-paid switching system and said finding step includes the step of:

accessing the database via a remote server.

13. The method as set forth in claim 12 wherein said accessing step includes the step of:

sharing access to the database with other pre-paid switching systems.

14. The method as set forth in claim 10 and including the step of:

terminating the call when the balance in the account becomes zero.

15. A method for pre-paid cellular telephone service, said method comprising the steps of:

receiving an automated number identification code (ANI) representing a call at a cellular switch;

at the cellular switch checking the ANI against each stored reserved pre-paid cellular telephone number identifying a pre-paid subscriber; and

if the ANI is found in the stored reserved pre-paid cellular telephone numbers, then forwarding the call directly to a pre-paid service provider.

16. A method as set forth in claim 15 and further including the steps

at the pre-paid service provider, verifying a positive balance in an account associated with the ANI that was received from the cellular switch;

forwarding the call to a telecommunication service provider; and

decrementing the balance in the account at regular intervals during the call until the call is terminated.

17. The method as set forth in claim 16 wherein said decrementing step continues until the call is terminated or until the balance in the account becomes zero.

18. The method as set forth in claim 16 and including the step of:

terminating the call when the balance in the account becomes zero.

19. The method as set forth in claim 16 wherein said verifying step includes the steps of:

validating the existence of the ANI against the reserved pre-paid cellular telephone numbers; and

retrieving a balance in an account associated with the stored ANI.

20. The method as set forth in claim 19 wherein the reserved pre-paid cellular telephone numbers are stored in a database remote from the pre-paid service provider and said checking step is preceded by the step of:

accessing the database via a remote server.

21. The method as set forth in claim 20 wherein said accessing step includes the step of:

sharing access to the database with other pre-paid service providers.

* * * * *

US006157823A

# United States Patent [19]

## Fougnies et al.

[11] Patent Number: 6,157,823

[45] Date of Patent: *Dec. 5, 2000

[54] **SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM**

[75] Inventors: **Douglas V. Fougnies; Dan B. Harned,** both of Tempe, Ariz.

[73] Assignee: **Freedom Wireless, Inc.,** Las Vegas, Nev.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/009,199**

[22] Filed: **Jan. 20, 1998**

### Related U.S. Application Data

[63] Continuation of application No. 08/364,479, Dec. 23, 1994, Pat. No. 5,722,067.

[51] Int. Cl.7 ............................................ **H04M 11/00**
[52] U.S. Cl. ...................... **455/406;** 455/408; 455/415; 379/114; 379/127
[58] Field of Search ...................................... 455/403, 405, 455/406, 407, 408, 409, 410, 411, 426; 379/112, 113, 114, 120, 121, 127, 128, 144, 130; 380/247, 248, 271; 235/380, 382, 382.5

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,706,275 | 11/1987 | Kamil . |
| 4,756,020 | 7/1988 | Fodale ..................................... 379/112 |
| 4,776,000 | 10/1988 | Parienti . |
| 4,776,003 | 10/1988 | Harris . |
| 4,831,647 | 5/1989 | D'Avello et al. . |
| 4,845,740 | 7/1989 | Tokuyama et al. . |
| 4,852,149 | 7/1989 | Zwick et al. ........................... 379/67 |
| 4,860,341 | 8/1989 | D'Avello et al. ....................... 379/91 |
| 5,046,088 | 9/1991 | Margulies ............................. 379/211 |
| 5,127,040 | 6/1992 | D'Avello et al. ....................... 379/58 |
| 5,138,650 | 8/1992 | Stahl et al. . |
| 5,144,649 | 9/1992 | Zicker et al. . |
| 5,233,642 | 8/1993 | Renton ..................................... 379/59 |
| 5,265,155 | 11/1993 | Castro ..................................... 379/112 |
| 5,274,802 | 12/1993 | Altine ..................................... 395/600 |

| | | |
|---|---|---|
| 5,291,543 | 3/1994 | Freese et al. . |
| 5,297,189 | 3/1994 | Chabernaud .............................. 379/58 |
| 5,301,223 | 4/1994 | Amadon et al. . |

(List continued on next page.)

### OTHER PUBLICATIONS

*AT&T Technical Journal,* Summer 1991; pp. 11–25, 44–57, and 72–84.
*Proceedings of the IEEE,* vol. 79, No. 1, Jan. 1991; pp. 7–20.
Bond, "Cellular Carriers Use Prepaid Programs to Reach Untapped Markets," Billing World, Mar. 1997, pp. 14–17.
Freedom Wireless, "The Freedom to Choose! Get Pre–Pay Cellular," sales pamphlet, undated.
MultiMedia Publishing Corp., "Prepaid Cellular and Prepaid Wireless Market Report and Forecast 1997–2002," sales literature, undated.
NEXTLINK, "Introducing a New Prepaid Telephone Service from NEXTLINK," sales literature, undated.
Open Development Corp., "openMEDIA Cellular Prepaid," sales literature, undated.
Tecore, Inc., "Pre–Paid Cellular", sales literature, Mar. 25, 1997, pp. 1–4.
"Testimony of Scott Silvey, CAL PUC Docket 1.88–11–040" (Aug. 30, 1991).
CSI Switch to Radio–Based Cellular Carriers, LEC & IXC Interconnections (undated).

*Primary Examiner*—Nay Maung
*Attorney, Agent, or Firm*—Fish & Richardson PC

[57] **ABSTRACT**

A cellular telecommunications system having a security feature which allows only pre-authorized users to complete cellular telephone calls. The system and method recognizes a cellular radiotelephone's pre-programmed a pre-selected telephone number and a automated number identification code (ANI). The pre-selected telephone number is reserved to the pre-paid cellular telecommunications system. The cellular radiotelephone transmits the ANI and a dialed number identification system code (DNIS) to a cellular switch, which contacts a host computer for call validation by the pre-paid service provider.

**59 Claims, 6 Drawing Sheets**



**6,157,823**
Page 2

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,301,234 | 4/1994 | Mazziotto et al. . | |
| 5,309,501 | 5/1994 | Kozik et al. | 379/58 |
| 5,321,735 | 6/1994 | Breeden | 379/58 |
| 5,327,144 | 7/1994 | Stilp et al. | 342/387 |
| 5,341,414 | 8/1994 | Popke | 379/142 |
| 5,353,335 | 10/1994 | D'Urso | 379/67 |
| 5,359,182 | 10/1994 | Schilling . | |
| 5,359,642 | 10/1994 | Castro | 379/121 |
| 5,440,621 | 8/1995 | Castro | 379/112 |
| 5,469,497 | 11/1995 | Pierce et al. . | |
| 5,509,056 | 4/1996 | Ericsson et al. . | |
| 5,517,555 | 5/1996 | Amadon et al. . | |
| 5,517,559 | 5/1996 | Hayashi et al. . | |
| 5,579,376 | 11/1996 | Kennedy, III et al. . | |
| 5,592,535 | 1/1997 | Klotz . | |
| 5,722,067 | 2/1998 | Fougnies et al. . | |
| 5,732,346 | 3/1998 | Lazaridis et al. | 455/406 |
| 5,778,313 | 7/1998 | Fougnies . | |
| 5,790,636 | 8/1998 | Marshall . | |
| 5,826,185 | 10/1998 | Wise et al. . | |
| 5,854,975 | 12/1998 | Fougnies et al. | 455/408 |
| 5,940,755 | 8/1999 | Scott | 455/426 |
| 6,029,062 | 2/2000 | Hanson | 455/408 |



FIG. 1



FIG. 2 (PRIOR ART)



FIG. 3

FIG. 4



FIG. 5



*118*

WAIT FOR HOST
COMPUTER
OFF-HOOK

*120*

GO OFF-HOOK TO
HOST COMPUTER,
PRESENT DIAL TONE

*122*

RECEIVE DIALED
DIGITS AND ROUTE
DIALED NUMBER

*124*

WAIT FOR OFF-HOOK
AT CALLED NUMBER

**FIG. 6**

*126*

D → WAIT FOR OFF-HOOK
AT CALLED NUMBER

*128*

DECREMENT ACCOUNT
BALANCE 1 MINUTE

*130*

SUBSCRIBER OR
CALLED NUMBER
ON-HOOK?

YES

NO

*133*

*135*

*132*

ACCOUNT
BALANCE
VALID FOR 1 MORE
MINUTE?

YES

NO

*134*

LOG CALL TO
DATABASE

**FIG. 7**

*136*

ISSUE VOICE
MESSAGE TO
SUBSCRIBER



**FIG. 8A**



**FIG. 8B**

6,157,823

1

## SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM

This is a continuation of application Ser. No. 08/364,479, filed Dec. 23, 1994, now US. Pat. No. 5,722,067 of DOUGLAS V. FOUGNIES and DAN B. HARNED, for a "SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM".

### BACKGROUND OF THE INVENTION

The present invention relates generally to a cellular telecommunications system having a security feature which allows only pre-authorized users to complete cellular telephone calls. More particularly, the cellular telecommunications system of the present invention permits cellular telecommunications providers to obtain pre-paid subscribers and eliminate credit-risk problems. In addition, the present invention provides anti-fraud protection for cellular service providers by allowing subscribers to designate protection codes which must be dialed before a telecommunications event will be completed.

Conventional cellular telecommunications systems require the cellular provider to undertake credit screening and certify credit-worthy subscribers before enabling a user to access the cellular telecommunications system. Customarily, a potential subscriber will apply to the cellular service provider, who then undertakes a verification process to determine whether the potential subscriber is creditworthy. If the potential subscriber has a positive credit rating, the subscriber is given access to the cellular system and is able to initiate or receive unlimited cellular telecommunications events during a certain period of time or during a certain number of billing cycles. If the subscriber regularly pays invoices for the telecommunications services, the subscriber's access to the telecommunications system continues unfettered. If the subscriber fails to pay invoices as they become due, the cellular service provider has the ability to discontinue the subscriber's access until the invoice is paid. Thus, pre-paid telecommunications access is a desirable feature to prevent fraudulent use of the telecommunications system. Additionally, the present invention provides antifraud capabilities by requiring that a pass-code or personal identification number (PIN) be dialed along with the called number before a telecommunications event will be completed.

Up to now, the cellular service provider had no means available to offer cellular telecommunications services on a pre-paid basis, monitor the subscriber's cellular telecommunications usage in real time and discontinue access to the cellular telecommunications services immediately upon exhaustion of a pre-paid account balance. Additionally, up to now, cellular service providers had no means available to prevent cellular theft by unscrupulous persons retrieving equipment serial numbers from cellular signal transmissions and "cloning" or reprogramming other cellular equipment to replicate a subscriber's telecommunications profile.

### DESCRIPTION OF THE PRIOR ART

Land-based telecommunication systems have devised a method for allowing pre-paid telephone usage and limiting telecommunications usage to only a period of time equivalent to the pre-paid value. Perhaps the best example of such a land-based telecommunications system is found in U.S. Pat. No. 5,353,335 issued Oct. 4, 1994 to D'Urso (hereinafter the "D'Urso" patent).

The D'Urso patent discloses a public switched telephone network (PTSN) which operates on a pre-payment system

2

and has multilingual capabilities. A telephone user purchases a pre-determined quantum of service, i.e., telecommunications time before access and is provided a card imprinted with a unique account number. The user is also given a series of toll free numbers, commonly known as "1–800" numbers which allows the user to access the prepaid telephone system. Activation of each of the toll free numbers causes the system described in the D'Urso patent to interact wit the user in the user's native language or in a language which the user desires to interact with the telecommunications system. Upon dialing an appropriate toll free telephone number at a PTSN node, the user is connected through a switching system with a host computer. The host computer prompts the user, typically by digital voice commands, to enter the user's account number, using the PTSN node keypad, imprinted on the user's account card. The authenticity of the entered account number and the available amount of credit is determined by the host computer. Account authentication and credit balance checking is accomplished by local area network connection with a service management computer which manages a card database containing account information for each outstanding account card. If the account card is valid and an available balance is verified, the host computer prompts the user to enter a speed dialing alias or destination telephone number. The user is given a pre-set number of attempts to enter a valid alias or destination number. The system performs editing checks on the alias or destination number. Improper entry of a speed dialing alias or destination for the pre-set number of attempts will cause the host computer to disconnect the user. Upon proper entry of a speed dialing alias or destination number, the host computer compares the available card balance against the balance required to make a one minute phone call to the desired destination. If the available balance is greater than or equal to the balance required to make that one minute call, a voice response unit (VRU) plays an announcement in the user's chosen language informing the user that the call is being processed. The VRU computer uses a stored call rate associated with the caller's destination number and the available credit balance to determine the available call duration. A call duration timer is set in response to the determination of the available call duration.

The VRU computer is then directed to outpulse the digits of the destination number to a network node. When the host computer detects an off-hook condition from the destination, the call duration timer is started and the available call balance is depleted while the call is in progress. When the host computer detects that the available call balance is close to depletion, the VRU computer is bridged onto the call and plays a pending disconnect announcement in the users chosen language. Upon exhaustion of the call balance, the VRU plays a disconnect announcement, the call is disconnected and the host computer sends a message to the service management computer and database that the balance on the card is depleted.

Alternatively, if an on-hook condition at the destination occurs before the card balance is depleted, the host computer calculates the remaining available balance based upon the condition of the call timer and compares the computed balance to the minimum credit threshold. The host computer then causes a VRU computer to notify the caller, in the chosen language, whether the remaining balance exceeds the minimum credit threshold, and the value of the available balance and then disconnects the calling party. The host computer then sends an update message to the service management computer and the database, notifying them of the calculated remaining balance. The service management

6,157,823

3

computer then overwrites the present balance in the database with the calculated balance sent by the host computer.

While the D'Urso telecommunications system allows for pre-paid telecommunications activity, it is wholly dependent upon user first calling a toll free number, inputting account information, waiting for account validation, inputting the called destination, waiting for destination validation and then either being connected or not. The D'Urso system requires a plurality of input events by the user before a call can be passed to the destination. Moreover, the D'Urso system lacks direct interface with the remote database for real time account balance adjustment during a telecommunications event. Rather, in the D'Urso system a host computer queries a remote management server database to determine an available credit balance. The host computer then looks up a telecommunications rate for the destination number called, calculates a time value corresponding to the credit balance for the destination number and either authorizes or rejects the attempted call on the basis of the calculated time value. If the attempted call is authorized, a calculated time value timer is set. Upon occurrence of an off-hook condition at the destination called, the calculate time value timer at the host computer is decremented until a pre-determined threshold value. As the threshold value is reached, a voice message is bridged onto the call to advise the user of the remaining calculated time value. Upon expiration of the calculated time value, the call is disconnected. After disconnection due to either 1) expiration of the calculated time value, or 2) an on-hook condition at the called destination, the host computer re-calculates the credit balance from the remaining time value and sends an update record to the management server and database and overwrites the previous credit balance information stored at the database. In this manner, the database is not actively updated as the telecommunications activity is occurring.

Those skilled in the art will understand and appreciate that the prepaid land-based telecommunications system described in the D'Urso patent is fundamentally different from the cellular-based telecommunications system of the present invention.

## SUMMARY OF THE INVENTION

A need has been recognized for a cellular telecommunications system which permits access by pre-paid users, without the need for modifying the cellular radiotelephones commonly in use. The present invention provides a system and method which recognizes cellular radiotelephones pre-programmed with a pre-selected telephone number and a automated number identification code (ANI). The pre-selected telephone number is reserved to the pre-paid cellular telecommunications system. The user merely enters the destination telephone number and activates an off-hook condition, typically by depressing a "send" button on the keypad of the cellular radiotelephone. The cellular radio-telephone then transmits the ANI and a dialed number identification system code (DNIS). Because all cellular systems operate on the basis of discrete cell sites, which re-transmit the received signal to a central cellular service organization cellular switch, both the ANI and the DNIS are transmitted to the cellular switch. At the cellular switch, the ANI is recognized as one reserved to the pre-paid cellular system and is re-directed, along with the DNIS, to the pre-paid cellular system switch via T1 land lines or via cellular re-transmission.

At the pre-paid cellular system switch, a host computer authenticates both the ANI and DNIS. Upon recognition of

4

a valid ANI, the host computer establishes communications via either a local area network (LAN) or wide-area network (WAN) with a remote computer database server. At the remote computer database server, a database is maintained with pre-paid subscriber information. The pre-paid subscriber database contains records of each pre-paid subscriber. Each subscriber record in the database includes, at least the ANI assigned to that pre-paid subscriber, a pre-paid account balance and a time rate for telecommunications charges.

The host computer validates the received ANI by comparison to the ANI information in the database. Upon validation of the received ANI, account balance information for the account associated with the received ANI is queried to determine if there is a positive credit balance. Upon verification that the account has a positive credit balance, the host computer outpulses the dialed destination telephone number to a local exchange carrier, such as one of the Regional Bell Operating Companies.

During the call progress, the account balance information at the computer database server is decremented based upon elapse of pre-determined time periods at the predetermined time value for cellular telecommunications. It is important to note the time value is deducted from the account balance at regular intervals of time while the call is in progress.

The present invention allows a pre-paid user to access the cellular telecommunication system and have authentication and accounting occur transparently without any preliminary input by the user. The present invention accomplishes this by using the ANI as the file link to identify and authenticate the cellular telephone against the database. Thus, cellular telephone users are freed of the need to carry and use cards, are freed of the need to enter account information as a first step in the authentication process and the possibility of fraud on the cellular service providers is minimized.

These and other objects, features, and advantages of the present invention will become more apparent to those skilled in the art from the following more detailed description of the present invention when taken with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatic view of a typical cellular telecommunications system interfaced with the cellular telecommunications system of the present invention.

FIG. 2 is a diagrammatic call flow of the prior art pre-paid land-based telecommunications system.

FIG. 3 is a call flow diagram from a typical cellular radiotelephone.

FIG. 4 is a call flow diagram at a cellular switch in accordance with the present invention.

FIG. 5 is a flow diagram illustrating call validation processing at a host computer in accordance with the present invention.

FIG. 6 is a flow diagram illustrating call processing at the central office in accordance with the present invention.

FIG. 7 is a flow diagram illustrating call accounting processing at a host computer in accordance with the present invention.

FIG. 8A is a flow diagram illustrating a first embodiment of incoming call processing in accordance with the present invention.

FIG. 8B is a flow diagram illustrating a second embodiment of incoming call processing in accordance with the present invention.

6,157,823

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The prepaid cellular telecommunications system of the present invention is best illustrated with reference to the accompanying drawings in which FIGS. 1 and 3 through 8B generally describe the system of the present invention and FIG. 2 depicts the prior art system described in the D'Urso patent.

With particular reference to FIG. 1, the pre-paid cellular system 10 of the present invention is illustrated. The pre-paid cellular system 10 interfaces with a conventional cellular telecommunications switched network 2. Conventional cellular telecommunications switched network 2 is a network consisting of a plurality of cellular antennae 4 capable of receiving cellular band RF signals 5, with each of the plurality cellular antennae 4 being associated with a discrete cell site 6. Each of the plurality of cellular antennae 4 is electrically linked to a cellular switch 8 which governs the operation of the cellular telecommunications switched network 2 and links the network 2 to a local exchange carrier 20 via T1 land line 12.

In accordance with the present invention, a cellular service provider 14 is linked to the cellular telecommunications switched network 2 cellular switch 8 via T1 land line 15. The cellular service provider 14 has a plurality of cellular telephone numbers reserved to it for pre-paid subscribers. Each reserved cellular telephone number has a unique automated number identifier (ANI) associated with the reserved telephone number. These reserved cellular telephone numbers are stored in a switch computer resident at switch 8. The cellular service provider 14 is electrically linked to the local exchange carrier 20 via T1 land line 17 to communicate cellular telephone calls from the service provider 14 to the local exchange carrier's regular network.

The service provider 14 has host computer 16 which is preferably networked through either a local area network (LAN) or wide area network (WAN) 21 to a remote server computer 18. In this manner a plurality of service providers may, within a single cellular service, operate from the same remote server computer 18. The remote server computer 18 has an associated database 19 of pre-paid subscribers, which is independently accessible by each of the service providers.

The host computer is preferable based upon a multi-processor platform such as those made by Intel Corporation and based upon the 486 of PENTIUM microprocessor, with each host computer having a plurality of modem's and network interface circuit boards capable of simultaneous bi-directional processing of telecommunications data between the T1 land line 15 and the modems and between the host computer and the remote server. The remote server is also preferably a multi-processor based platform capable of distributed load processing, and fitted with a plurality of network interface circuit boards. The database is preferably stored across a plurality of hard disk drives configured as a redundant array of independent drives (RAID).

In the foregoing manner, a cellular transmission 5 received by an antenna 4 within a cell size 6 is received at switch 8. If the ANI and DNIS transmitted with the cellular transmission 5 is one of the reserved pre-paid cellular telephone numbers, the switch 8 re-directs the transmission 5 to the service provider via the T1 land line 15. The transmission 5 is communicated to the service provider's host computer 16, which then authenticates the ANI and DNIS by accessing the server computer 18 and database 19. Upon valid authentication of the ANI and DNIS, the subscriber identity is validated. The database 19 will have

records indicative of the subscriber's account balance. A check of the subscriber's account balance in the database 19 is made to validate the presence of a pre-paid balance sufficient to supply a pre-determined quantum of telecommunications, e.g., one minute, at a predetermined telecommunications charge rate associated with both the dialed number and the time of day in which the call is placed. Upon account balance validation, the host computer 16 validates the call and passes it to the local exchange carrier 20 via the T1 land line 7.

A pre-payment telecommunications system 30 of the prior art is illustrated with reference to FIG. 2. The system 30 requires that a pre-paid user first dial a toll free access number at block 32. Upon connection with the toll free access number, the user must enter an assigned account number imprinted on a card at block 34. After the card account number is validated at block 36, a counter is set at block 44 and a check is made at block 46 to determine whether a call on the entered account is in progress. A negative validation at block 36 will cause an invalid card flag to be initiated at block 38 and an appropriate voice message from a voice response unit (VRU) announced at block 40. If an affirmative response is elicited from the check at block 46, the VRU prompts the user to enter a destination telephone number at block 48. A validation check is made at block 50 of the dialed number entered in response to the VRU prompt at block 48. If the validation check at block 50 is affirmative, a database associated with a management computer is called at block 54 and the account's records are retrieved for credit balance determination. A check is made of the credit associated with the card account to determine whether the user's account has any available credit at block 56 and whether the available credit exceeds a pre-determined minimum threshold at block 52. An additional check is made to determine whether sufficient credit in the user's account balance to pay for a threshold time value of a call, e.g., one minute, based upon a time value rate for the destination being called is determined at block 58. If the determinations made at blocks 52, 56 and 58 are affirmative the call is passed by outpulsing the dialed number at block 60. If a negative determination at any of blocks 52, 56 or 58 is made, an appropriate voice message is played by the VRU at block 40 and the user is disconnected at block 42.

Upon connection with the destination number, an off-hook condition of the destination is sensed at block 62. If an off-hook condition exists at the destination, a timer is started at block 64 which continues until an on-hook condition exists at the destination and the timer is stopped at block 66. Upon a stop timer condition at block 66, the management computer is called and updated by overwriting the user's account record with updated information based upon the elapsed time of the call and the time value of the call at block 68. The VRU then issues an appropriate voice message 40 to advise the user of the revised account balance and the user is disconnected at block 42.

As will be understood by those skilled in the art, the foregoing description of he pre-paid telecommunications system of the prior art 30 requires the user to first access a toll-free number to be linked to a host computer, and then must enter an account code and wait for validation and then enter a destination number, and wait for validation before the call is passed. The present invention operates advantageously with a cellular telecommunications system to eliminate the need for a toll free host computer to interact directly with the user, and eliminate the need for the pre-paid user to make multiple keypad entries. Rather, as will be more apparent from the following description of the preferred

6,157,823

7

embodiment, the user only enters the destination number and all call processing is handled by the host computer in conjunction with the cellular switch.

Turning now to FIGS. 3–8B, call flow in the pre-paid cellular telecommunications system of the present invention is illustrated. It is important to note that the cellular radiotelephones used by pre-paid subscribers are of a conventional type, without special circuitry, modification or programming. Rather, each cellular radiotelephone used by pre-paid subscribers is programmed, in the normal manner, with a pre-defined cellular telephone number reserved to the pre-paid cellular telecommunications system 10.

FIG. 3 illustrates call initiation by a pre-paid cellular telecommunications subscriber. The subscriber initiates a cellular call at block 72 by entering the destination number directly at the keypad of the cellular radiotelephone. After the subscriber enters the called number, the subscriber sends the destination number (DNIS) by activating a send key on the keypad of he cellular radiotelephone at block 74. The cellular radiotelephone then transmits the DNIS and an ANI unique to the transmitting cellular radiotelephone at block 76 as cellular signals 5 to the nearest antenna within the cell site.

FIG. 4 illustrates call processing by the cellular switch 8. The cellular switch 8 is constantly in a wait condition for receipt of cellular transmissions from a plurality of subscribers within the coverage area of the cellular switch. The cellular switch receives the transmitted DNIS at block 78 and the transmitted ANI at block 79. Upon recognition of the ANI as a unique ANI identifying a subscriber in the inventive pre-paid cellular system, the cellular switch routes the cellular call through a direct line to a host computer of the inventive cellular system at block 80 and goes off-hook to the host computer at block 82. The cellular switch then waits for receipt of a wink signal at block 84. Upon receipt of a first wink signal at block 84, the cellular switch sends the DNIS to the host computer at block 86. Upon receipt of a second wink signal at block 84, the cellular switch sends the ANI to the host computer at block 88. Those skilled in the art will under stand that the sequential order of sending the DNIS and ANI may be reversed. After sending the DNIS and ANI, the cellular switch waits for an off-hook condition from the host computer to connect the call. If the host computer fails to go off-hook within a pre-determined period of time, the cellular switch drops the caller.

Call processing at the host computer is illustrated in FIG. 5. The host computer's initiated zero state is to wait for a cellular switch off-hook condition to the host computer. Upon receipt of an off-hook condition from the cellular switch, the host computer sends a first wink signal to the cellular switch at block 102 which tells the cellular switch to send the DNIS. The host computer then receives the DNIS 103 from the cellular switch at block 104. After receiving the DNIS at block 104, the host computer sends a second wink signal to the cellular switch at block 106 which tells the cellular switch to send the ANI. The host computer then receives the ANI 107 from the cellular switch at block 108. The host computer accesses the subscriber database from the remote server 11 and loads the database record corresponding to the received ANI to memory at block 109. The received ANI is validated against the database record in memory as one belonging to a pre-paid subscriber at block 110. Upon ANI validation at block 110, the host computer then validates the subscriber's pre-paid balance based upon the DNIS and time of day rate, e.g., peak or off-peak time rates, at block 112.

Those skilled in the art will understand and appreciate that the processing of the DNIS and ANI signals may occur in

8

reverse order, and that different cellular service providers may use alternative signals to represent the dialed number and the subscriber's cellular radiotelephone. For example, the cellular radiotelephone's electronic serial number (ESN) may be transmitted instead of the ANI. The ANI is referenced, herein only by way of example.

Upon balance validation at block 112, the host computer goes off-hook to the cellular provider at block 113 and a pre-determined minimum time rate is decremented from the subscriber's balance in memory at block 114 and then the call accounting loop is initiated at block D. While at present time, it is preferable to use memory, those skilled in the art will understand that future improvements in LAN and WAN communication speeds and database rad-write speeds may obviate the desirability of loading the account balance to memory to facilitate subsequent call accounting processing. The host computer then outpulses the DNIS, or another host computer-modified signal including the called telephone number, such as a pass-code or PIN number, or the DNIS stripped of the area code, to the local exchange carrier for connection to obtain a central office (CO) line at block 116.

Turning now to FIG. 6, the CO is in a zero state waiting for an off-hook from the host computer at block 118. Upon an off-hook condition from the host computer at block 118, the CO goes off hook to the host computer and presents a dialtone, at block 120. After the T1 land line has been seized, the DNIS or a host-computer modified DNIS, is received and routed over the T1 land line to the number dialed out by the host computer at block 122. The CO then waits for an off-hook condition at the called telephone number at block 124 and connects the call.

Immediately upon occurrence of an off-hook condition at the called number, the call accounting flow illustrated in FIG. 7 is executed. While the CO negotiates and seizes a T1 line from the local exchange carrier, the host computer waits at block 126 for an off-hook condition at the called number. Immediately upon occurrence of an off-hook condition at the called number, the account balance in memory is decremented by a predetermined value, corresponding to a minimum time rate base upon the DNIS and the time of day rate, e.g., $0.02 for each six seconds of telecommunications time at an off-peak, i.e., after 7:00 p.m. local time. Thus, for example, immediately upon occurrence of an off-hook condition at the destination number, a minimum time value of one minute is decremented from the account balance resident in memory.

In accordance with the preferred embodiment of the present invention, the account balance read into memory is translated to a time value based upon the called number (DNIS) and the time of day rate applicable. In this manner, the account balance is converted to a time value e.g., number of seconds or number of minutes, and the time value is decremented based upon elapse of pre-determined time periods while either the subscriber's cellular telephone or the called number are off-hook.

After the elapse of a time period equal to the pre-determined minimum time value, the account balance is queried at block 132 to determine if there is a sufficient account balance for an additional quantum of the minimum time value. If a sufficient account balance is determined to exist at block 132, the process loops back 133 and decrements the account balance by the pre-determined minimum time value at block 128. Process loop 133 continues to execute until either the subscriber or the called number are on-hook at block 130 or until a negative response issues to the account balance validation at block 132. If either an

6,157,823

**9**

on-hook condition at the subscriber or the called party at block 130 or the account balance is not validated at block 132, a disconnection occurs, accounting ceases and the call, including the DNIS and the elapsed time of the call are logged to the database resident at the remote server (not shown) and the remaining account balance is written to the database at block 134. The system then bridges to a voice response unit and issues a voice message to the subscriber advising the subscriber of the remaining account balance at block 136. Where it is technically feasible to decrement the account balance directly from the database, without loading the account balance to memory at the host computer, those skilled in the art will understand that the step of writing the adjusted account balance to the database may not be a necessary step.

The foregoing describes the call handling process for outgoing calls from a cellular subscriber. In those cellular service areas where the cellular service is offered only on a "calling party pays" basis, there is no need to monitor or control telecommunications events incoming to the subscriber. However, in those cellular service areas where cellular service is offered on the basis that the subscriber pays telecommunication charges irrespective of whether the subscriber is originating or receiving a call, the present system provides a method for monitoring and controlling incomming cellular telephone calls to the pre-paid subscriber and adjusting the pre-paid subscriber's account balance for incomming calls.

FIGS. 8A and 8B illustrate alternative embodiments of the system adapted to monitor and control incomming calls to a pre-paid cellular service provider. It must be understood that the operation and construction of the cellular switch, host computer, CO and local exchange carrier are identical to that for outgoing calls made by the pre-paid subscriber. The principal difference is, however, in the sequence of events which occur to activate the call accounting and control functions of the inventive cellular telecommunications system.

We turn now specifically to FIG. 8A which illustrates a first embodiment of the inventive pre-paid cellular telecommunications system. In FIG. 8A, an originating party initiates a land line telephone call at block 150. The initiated call consists of the pre-paid subscriber's telephone number unique to the pre-paid cellular system. The call is handed to a CO at block 152 and redirected to the host computer based upon the dialed number matching a pre-paid subscriber's telephone number. The host computer is initialized in a wait for CO off-hook state and waits for an incomming off-hook signal from the CO at block 154. Upon receiving an incomming call at block 154, the host computer validates the dialed number against the pre-paid subscriber database and determines whether a sufficient account balance exists for the pre-determined minimum time value for a telecommunications event, as described above with reference to FIG. 7. Upon validation of the dialed number and the available account balance, the host computer outpulses the dialed number to the cellular switch 156 which routes the call to the cellular subscriber at block 158. Upon occurrence of an off-hook condition at the cellular subscriber at block 158, the cellular switch returns 157 the off-hook condition to the host computer and call accounting as described above with reference to FIG. 7 occurs.

In accordance with a second embodiment for incomming call handling in accordance with the present invention, and as illustrated in FIG. 8B, the originating party at block 160 and the CO at block 162 function identically as described above with reference to FIG. 8A. However, in this second

**10**

embodiment, the CO outpulses the mobile identifier directly to the cellular switch at block 164, and the cellular switch passes 165 the mobile identifier to the host computer at block 166 to enable the host computer to validate both the mobile identifier and the available account balance. Upon such validation, the host computer at block 166 directs the cellular switch to pass the call to the subscriber at block 168. Again, upon occurrence of an off-hook condition at the subscriber, the host computer executes call accounting as previously described with reference to FIG. 7.

Thus, in the present invention, the disadvantages of the prior art are overcome, particularly as those disadvantages would affect a cellular user. By eliminating the need for the user to make unnecessary dialing entries and limit the user's dialing entry only to the destination number the present invention represents a valuable and needed advance in the art. Additionally, by using the ANI to identify the subscriber, rather than the situs of the call, the present invention provides for transparent call processing for the end-user and achieves a fraud tolerance level not presently available to service providers.

While the invention has been described with reference to its preferred embodiments, those skilled in the art will understand and appreciate from the foregoing that variations in equipment, operating conditions and configuration may be made and still fall within the spirit and scope of the present invention which is to be limited only by the claims appended hereto.

What is claimed is:

1. A method of completing pre-paid wireless telephone calls to a subscriber, the subscriber having a prepaid subscriber account balance stored in a database, where the prepaid subscriber account balance is associated with a predetermined wireless telephone number assigned to the subscriber, comprising:

   receiving the subscriber's wireless telephone number at a wireless switch, the telephone number corresponding to a wireless telecommunications event initiated by a party calling the subscriber's wireless telephone number, the wireless switch recognizing the subscriber's wireless telephone number as being associated with the subscriber;

   communicating between a computer with access to the database and the wireless switch;

   validating existence of a pre-determined subscriber account balance in the database; and

   if the validating step is successful, completing a call.

2. The method of claim 1 comprising:

   checking for a connection with the subscriber's wireless telephone, and periodically validating a call based on the balance associated with the account during the telecommunications event until the call is terminated.

3. The method of claim 2 wherein the call is terminated due to validation being unsuccessful.

4. The method of claim 2 wherein the call is terminated by a party to the call.

5. The method of claim 1 comprising:

   checking for a connection with the subscriber's wireless telephone; and

   causing the call to be terminated when a time limit based on the account balance is expired.

6. A method of wireless telecommunications with respect to a subscriber, the subscriber having a prepaid subscriber account balance stored in a database, where the prepaid subscriber account balance is associated with a predetermined wireless telephone number assigned to the subscriber, comprising:

6,157,823

<div style="column">

11

receiving an identifier associated with the subscriber at a wireless switch, the wireless switch recognizing the identifier as being associated with a pre-paid subscriber for whom a wireless telecommunications event has been initiated by a party calling the subscriber's wireless telephone number;

communicating between a computer with access to the database and the wireless switch;

attempting to establish a connection between the wireless switch and the subscriber's wireless telephone;

checking for a connection with the subscriber'wireless telephone, and periodically validating a call based on the balance associated with the account during the telecommunications event until the call is terminated.

7. The method of claim 6 wherein the call is terminated due to validation being unsuccessful.

8. The method of claim 6 wherein the call is terminated by a party to the call.

9. A method of completing wireless telephone call requests to a subscriber to a pre-paid wireless telephone service, comprising:

receiving at a wireless switch an identifier corresponding to a pre-paid wireless subscriber to whom a wireless telephone call is directed;

forwarding the identifier to a pre-paid wireless service provider associated with the pre-paid wireless subscriber that validates an account associated with the pre-paid wireless subscriber based on the forwarded identifier, and if the validation is successful, passes the identifier to a wireless switch and causes the call to be completed, performs periodic real-time validation of the account while the call is in progress, and causes the call to be interrupted while the call is in progress if the periodic validation fails.

10. A method of completing wireless telephone call requests to a subscriber to a pre-paid wireless telephone service, comprising:

receiving at a wireless switch an identifier corresponding to a pre-paid wireless subscriber to whom a wireless telephone call is directed;

at a pre-paid wireless service provider associated with a pre-paid wireless subscriber to whom a wireless telephone call is directed, receiving from a telecommunications service an identifier corresponding to the pre-paid wireless subscriber;

validating an account associated with the pre-paid wireless subscriber based on the forwarded identifier;

if the validation is successful, passing the identifier to a wireless switch and causing the call to be completed;

performing periodic real-time validation of the account while the call is in progress; and

causing the call to be interrupted while the call is in progress if the periodic validation fails.

11. A method of wireless telecommunications with respect to a subscriber, the subscriber having a prepaid subscriber account balance stored in a database where the prepaid subscriber account balance is associated with a predetermined wireless telephone number assigned to the subscriber, comprising:

receiving an identifier associated with the subscriber at a wireless switch, the wireless switch recognizing the identifier as being associated with a pre-paid subscriber for whom a wireless telecommunications event has been initiated by a party calling the subscriber's wireless telephone number;

12

communicating between a computer with access to the database and the wireless switch;

attempting to establish a connection between the wireless switch and the subscriber's wireless telephone;

checking for a connection with the subscriber's wireless telephone, and causing a call to be terminated when a time limit based on the account balance is expired.

12. The method of claim 11 comprising:

identifying at least one cost variable associated with the call;

determining a rate associated with a fixed interval of time based on the cost variable; and

converting the account balance to a maximum call length based on the account balance and based on the rate.

13. The method of claim 12 wherein the cost variable is time of day.

14. The method of claim 12 wherein the cost variable is a destination of the pre-paid wireless call.

15. A method of completing wireless telephone call requests to a subscriber to a pre-paid wireless telephone service, comprising:

receiving at a wireless switch an identifier corresponding to a pre-paid wireless subscriber to whom a wireless telephone call is directed;

forwarding the identifier to a pre-paid wireless service provider associated with the pre-paid wireless subscriber that validates an account associated with the pre-paid wireless subscriber based on the forwarded identifier, and if the validation is successful, passes the identifier to a wireless switch, causes the call to be completed, sets a time limit based on the account balance, and causes the call to be terminated when the time limit is expired.

16. A method of completing wireless telephone call requests to a subscriber to a pre-paid wireless telephone service, comprising:

receiving at a wireless switch an identifier corresponding to a pre-paid wireless subscriber to whom a wireless telephone call is directed;

at a pre-paid wireless service provider associated with a pre-paid wireless subscriber to whom a wireless telephone call is directed, receiving from a telecommunications service an identifier corresponding to the pre-paid wireless subscriber;

validating an account associated with the pre-paid wireless subscriber based on the forwarded identifier; and

if the validation is successful, passing the identifier to a wireless switch and causing the call to be completed; and

causing the call to be terminated when a time limit based on the account balance is expired.

17. A system for managing pre-paid wireless communications, comprising:

a wireless switch at which a wireless call request is received; and

a pre-paid wireless service provider, in communication with the wireless switch, that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed;

wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account associated with the identified pre-paid wireless subscriber; and

</div>

6,157,823

13

wherein validation of an account by the pre-paid wireless service provider occurs periodically during a call and the call is caused to be terminated if validation is unsuccessful.

18. A method for managing pre-paid wireless communications, comprising:

receiving a wireless call request at a wireless switch; and

communicating between the wireless switch and a pre-paid wireless service provider that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed; wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account associated with the identified pre-paid wireless subscriber; and wherein validation of an account by the pre-paid wireless service provider occurs periodically during a call and the call is caused to be terminated if validation is unsuccessful.

19. A method for managing pre-paid wireless communications, comprising:

at a pre-paid wireless service provider, communicating with a wireless switch at which a wireless call request is received, and selectively authorizing the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed;

wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account associated with the identified pre-paid wireless subscriber; and

wherein validation of an account by the pre-paid wireless service provider occurs periodically during a call and the call is caused to be terminated if validation is unsuccessful.

20. A system for managing pre-paid wireless communications, comprising:

a wireless switch at which a wireless call request is received; and

a pre-paid wireless service provider, in communication with the wireless switch, that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom to call request is directed;

wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account associated with the identified pre-paid wireless subscriber; and

wherein validation of an account by the pre-paid wireless service provider includes causing a call to be caused to be terminated when a time limit based on a balance in the account is expired.

21. A method for managing pre-paid wireless communications, comprising:

receiving a wireless call request at a wireless switch; and

communicating between the wireless switch and a pre-paid wireless service provider that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed; wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account associated with the identified pre-paid wireless subscriber; and wherein validation of an account by the pre-paid wireless service provider

14

includes causing a call to be terminated when a time limit based on a balance in the account is expired.

22. A method for managing pre-paid wireless communications, comprising:

at a pre-paid wireless service provider, communicating with a wireless switch at which a wireless call request is received, and selectively authorizing the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed;

wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account associated with the identified pre-paid wireless subscriber; and

wherein validation of an account by the pre-paid wireless service provider includes causing a call to be terminated when a time limit based on a balance in the account is expired.

23. A system for managing pre-paid wireless communications, comprising:

a wireless switch at which a wireless call request is received; and

a pre-paid wireless service provider, in communication with the wireless switch, that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the wireless call request is directed;

wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account balance associated with the identified pre-paid wireless subscriber; and

wherein validation of the account balance by the pre-paid wireless service provider occurs prior to a call being authorized.

24. A method for managing pre-paid wireless communications, comprising:

receiving a wireless call request at a wireless switch; and

communicating between the wireless switch and a pre-paid wireless service provider that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed; wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account balance associated with the identified pre-paid wireless subscriber; and wherein validation of the account balance by the pre-paid wireless service provider occurs prior to a call being authorized.

25. A method for managing pre-paid wireless communications, comprising:

at pre-paid wireless service provider, communicating with a wireless switch at which a wireless call request is received, and selectively authorizing the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed;

wherein the pre-paid wireless service provider selectively authorizes the wireless call request by validating in real time an account balance associated with the identified pre-paid wireless subscriber; and

wherein validation of the account balance by the pre-paid wireless service provider occurs prior to a call being authorized.

26. A system for managing pre-paid wireless communications comprising:

6,157,823

a wireless switch at which is received a wireless call request;

a pre-paid wireless service provider, in communication with the wireless switch, that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the wireless call request is directed; and

a database of pre-paid wireless subscribers, comprising account information for the pre-paid wireless subscribers, that is accessed by the pre-paid wireless service provider to decide whether to authorize the wireless call request;

the pre-paid wireless service provider's selective authorization of the wireless call request being based on a real-time validation of an account balance associated with the identified pre-paid wireless subscriber.

27. A method for managing pre-paid wireless communications, comprising:

receiving a wireless call request at a wireless switch; and

communicating between the wireless switch and a pre-paid wireless service provider that selectively authorizes the wireless call request based on information in the wireless call request that identifies a pre-paid wireless subscriber to whom the call request is directed, and that accesses a database of pre-paid wireless subscribers, comprising account information for the pre-paid wireless subscribers, in order to decide whether to authorize the wireless call request, the pre-paid wireless service provider's selective authorization of the wireless call request being based on a real-time validation of an account balance associated with the identified pre-paid wireless subscriber.

28. A method for managing pre-paid wireless communications, comprising:

at a pre-paid wireless service provider, communicating with a wireless switch at which a wireless call request is received, and selectively authorizing the wireless call request based on information in the wireless call request that identifies a subscriber to whom the call request is directed; and

accessing a database of pre-paid wireless subscribers, comprising account information for the pre-paid wireless subscribers, in order to decide whether to authorize the wireless call request, the pre-paid wireless service provider's selective authorization of the wireless call request being based on a real-time validation of an account balance associated with the identified pre-paid wireless subscriber.

29. A method for pre-paid wireless telephone service, the method comprising:

identifying an originator of a wireless telephone call as a subscriber to a pre-paid wireless telephone service;

causing the call to be connected to a pre-paid switching system; and

a wireless switch sending an identifier associated with the destination of the call and an identifier associated with a pre-paid account of the originator of the call to the pre-paid switching system that validates the balance in the account of the originator of the call, causes the call to be connected to the destination, sets a time limit based on the account balance, and causes the call to be terminated when the time limit is expired.

30. A method for pre-paid wireless telephone service, the method comprising:

at a pre-paid switching system, receiving from a wireless switch an identifier associated with a destination of a wireless telephone call, and an identifier associated with a pre-paid account of an originator of the call, the originator of the call being identified as being a subscriber to the pre-paid wireless telephone service;

validating the balance in the account of the originator of the call;

causing the call to be connected to the destination; and

periodically validating the call based on the balance associated with the account and causing the call to be terminated if validation is unsuccessful.

31. A method for pre-paid wireless telephone service, the method comprising:

at a pre-paid switching system, receiving from a wireless switch an identifier associated with a destination of a wireless telephone call, and an identifier associated with a pre-paid account of an originator of the call, the originator of the call being identified as being a subscriber to the pre-paid wireless telephone service;

validating the balance in the account of the originator of the call;

causing the call to be connected to the destination; and

causing the call to be terminated when a time limit based on the balance in the account is expired.

32. A method for pre-paid wireless telephone service, the method comprising:

identifying an originator of a wireless telephone call as a subscriber to a pre-paid wireless telephone service;

causing the call to be connected to a pre-paid switching system; and

sending an identifier associated with the destination of the call and an identifier associated with a pre-paid account of the originator of the call to the pre-paid switching system that validates the balance in the account of the originator of the call, causes the call to be connected to the destination, and periodically validates the call based on the balance associated with the account and terminates the call if validation is unsuccessful;

wherein the identifier associated with the pre-paid account is an electronic serial number.

33. A system for providing pre-paid wireless telephone service, comprising:

(a) a database of information pertaining to subscribers to the pre-paid wireless telephone service;

(b) a computer with access to the database of information pertaining to subscribers to the pre-paid wireless telephone service, which computer receives, from a wireless switch, an identifier associated with a destination of a wireless telephone call, and an identifier associated with a pre-paid account of an originator of the call, the originator of the call being identified as being a subscriber to the pre-paid wireless telephone service;

(c) a computer that receives information from the wireless switch and that:

(i) validates a balance in the pre-paid account of the originator of the call;

(ii) causes the call to be connected to the destination;

(iii) periodically validates the call based on the balance associated with the account; and

(iv) causes the call to be terminated if validation is unsuccessful.

34. A system for providing pre-paid wireless telephone service, comprising:

(a) a database of information pertaining to subscribers to the pre-paid wireless telephone service;

6,157,823

## 17

(b) a computer with access to the database of information pertaining to subscribers to the pre-paid wireless telephone service, which computer receives, from a wireless switch, an identifier associated with a destination of a wireless telephone call, and an identifier associated with a pre-paid account of an originator of the call, the originator of the call being identified as being a subscriber to the pre-paid wireless telephone service;

(c) a computer that receives information from the wireless switch and that:

(i) validates a balance in the pre-paid account of the originator of the call;

(ii) causes the call to be connected to the destination;

(iii) sets a time limit based on the account balance; and

(iv) causes the call to be terminated when the time limit is expired.

35. A method for pre-paid wireless telephone service comprising:

receiving an identifier associated with a pre-paid account of an originator of a call at a wireless switch;

at the wireless switch, determining whether the identifier is associated with a pre-paid account; and

if the identifier is associated with a pre-paid account, communicating with a pre-paid service provider and causing the identifier associated with the pre-paid account and an identifier associated with a destination of the call to be sent to the pre-paid service provider.

36. A method as set forth in claim 35 and including:

at the pre-paid service provider, validating the call based on the balance associated with the account;

causing the call to be completed; and

periodically validating the call based on the balance associated with the account and causing the call to be terminated if validation is unsuccessful.

37. The method as set forth in claim 36 wherein the step of periodically validating the call continues until the call is terminated or the balance in the account reaches a predetermined amount.

38. The method as set forth in claim 36 including terminating the call when the balance in the account reaches a predetermined amount.

39. The method of claim 35 comprising:

at the pre-paid service provider, validating the call based on the balance associated with the account;

causing the call to be completed; and

causing the call to be terminated when a time limit based on the account balance is expired.

40. The method as set forth in claim 35 wherein the step of determining whether the identifier is associated with a pre-paid account comprises accessing a database remote from the pre-paid service provider and comparing the identifier with numbers stored in the database.

41. The method as set forth in claim 40 wherein the accessing step includes sharing access to the database with other pre-paid service providers.

42. A method for pre-paid wireless telephone service, the method comprising:

identifying an originator of a wireless telephone call as a subscriber to a pre-paid wireless telephone service;

causing the call to be connected to a pre-paid switching system; and

a wireless switch sending an identifier associated with the destination of the call and an identifier associated with a pre-paid account of the originator of the call to the pre-paid switching system that validates the balance in

## 18

the account of the originator of the call, causes the call to be connected to the destination, and periodically validates the call based on the balance associated with the account and causes the call to be terminated if validation is unsuccessful.

43. The method as set forth in claim 42 including terminating the call when the balance in the account becomes zero.

44. The method of claim 42 wherein the identifier associated with the pre-paid account is a mobile identifier.

45. The method of claim 42 wherein the identifier associated with the pre-paid account is a telephone number.

46. The method of claim 42 wherein the identifier associated with the pre-paid account is an automated number identifier.

47. The method as set forth in claim 42, 29, 30, or 31 wherein the validating step includes finding the pre-paid account of the originator of the call and retrieving a balance associated with the account.

48. The method as set forth in claim 47 including maintaining a database of identifiers associated with pre-paid wireless telephone accounts, the database being remote from the pre-paid switching system, and the finding step including accessing the database via a remote server.

49. The method as set forth in claim 48 wherein the accessing step includes sharing access to the database with one or more other pre-paid switching systems.

50. The method as set forth in claim 42, 29, 30, or 31 including notifying the originator of the pre-paid wireless telephone call of the status of the account.

51. The method of claim 50 including notifying the originator of the pre-paid wireless telephone call of the remaining balance.

52. The method of claim 42, 29, 30, or 31 wherein the identifier associated with the pre-paid account is an electronic serial number.

53. The method of claim 42, 29, 30, or 31 comprising:

identifying at least one cost variable associated with the call;

determining a rate associated with a fixed interval of time based on the cost variable; and

converting the account balance to a maximum call length based on the account balance and based on the rate.

54. The method of claim 53 wherein the cost variable is time of day.

55. The method of claim 53 wherein the cost variable is a destination of the pre-paid wireless call.

56. The method as set forth in claim 42, 29, 30, or 31 wherein the originator of the wireless telephone call is identified as a subscriber to the pre-paid wireless telephone service at the wireless switch.

57. The method as set forth in claim 42, 29, 30, or 31 wherein the identifier associated with the destination of the call is entered by the subscriber prior to origination of the wireless telephone call, and the identifier associated with the pre-paid account of the originator of the call is transparently sent to the wireless switch upon origination of the wireless telephone call.

58. The system of claim 33 to 34 wherein the computer with access to the database is the computer that receives information from the wireless switch, validates the balance, causes the call to be connected to the destination, periodically validates the call, and causes the call to be terminated if validation is unsuccessful.

59. The system of claim 33 to 34 wherein the computer with access to the database is networked to a server computer with which the database is associated.

*  *  *  *  *

US006236851B1

(12) **United States Patent**                 (10) **Patent No.:**      **US 6,236,851 B1**
Fougnies et al.                               (45) **Date of Patent:**    *****May 22, 2001**

(54) **PREPAID SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM**

(75) Inventors: **Douglas V. Fougnies; Dan B. Harned,** both of Tempe, AZ (US)

(73) Assignee: **Freedom Wireless, Inc.,** Tempe, AZ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/118,378**

(22) Filed: **Jul. 17, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/559,283, filed on Nov. 15, 1995, now Pat. No. 5,854,975, which is a continuation-in-part of application No. 08/364,479, filed on Dec. 23, 1994, now Pat. No. 5,722,067.

(51) Int. Cl.[7] ............................ **H04M 15/00; H04M 17/00**
(52) U.S. Cl. ............................................. **455/408; 379/144**
(58) Field of Search ..................... 455/408, 405–407; 379/111–114, 120, 121, 127, 128, 144, 130

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,399,330 | 8/1983 | Kuenzel | 340/825 |
| 4,706,275 | 11/1987 | Kamil . | |
| 4,725,719 | 2/1988 | Oncken et al. . | |
| 4,756,020 | 7/1988 | Fodale | 379/112 |
| 4,776,000 | 10/1988 | Parienti | 379/144 |
| 4,776,003 | 10/1988 | Harris | 379/91 |
| 4,831,647 | 5/1989 | D'Avello et al. | 379/91 |
| 4,845,740 | 7/1989 | Tokuyama et al. | 379/91 |
| 4,852,149 | 7/1989 | Zwick | 379/67 |
| 4,852,155 | 7/1989 | Barraud | 379/145 |
| 4,860,341 | 8/1989 | D'Avello et al. | 379/91 |

(List continued on next page.)

OTHER PUBLICATIONS

"Testimony of Scott Silvey, CAL PUC Docket I.88–11–040" (Aug. 30, 1991).

CSI Switch to Radio–Based Cellular Carriers LEC & IXC Interconnections (undated).

Bond, "Cellular Carriers Use Prepaid Programs to Reach Untapped Markets," Billing World, Mar. 1997, pp. 14–17.

Freedom Wireless, "The Freedom to Choose! Get Pre–Pay Cellular," sales pamphlet, undated.

MultiMedia Publishing Corp., "Prepaid Cellular and Prepaid Wireless Market Report and Forecast 1997–2002," sales literature, undated.

NEXTLINK, "Introducing a New Prepaid Telephone Service from NEXTLINK," sales literature, undated.

Open Development Corp., "openMedia Cellular Prepaid," sales literature, undated.

Tecore, Inc., "Pre–Paid Cellular", sales literature, Mar. 25, 1997, pp. 1–4.

*Primary Examiner*—Tracy Legree
(74) *Attorney, Agent, or Firm*—Fish & Richardson P.C.

(57) **ABSTRACT**

A cellular telecommunications system having a security feature which allows only pre-authorized users to complete cellular telephone calls. The system and method recognizes a cellular radiotelephone's pre-programmed and pre-selected telephone number and an automated number identification code (ANI). The pre-selected telephone number is reserved to the prepaid cellular telecommunications system. The cellular radiotelephone transmits the ANI and a dialed number identification system code (DNIS) to a cellular switch, which contacts a host computer for call validation by the pre-paid service provider. This system also allows pre-authorized users to receive and pay for incoming calls as well as purchase additional air time and monthly access fees with convenient prepaid cards.

**56 Claims, 10 Drawing Sheets**



US 6,236,851 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,951,308 | 8/1990 | Bishop et al. | 379/144 |
| 5,003,585 | 3/1991 | Richer | 379/144 |
| 5,046,088 | 9/1991 | Margulies | 379/211 |
| 5,127,040 | 6/1992 | D'Avello et al. | 379/58 |
| 5,128,938 | 7/1992 | Borras | 379/311 |
| 5,138,648 | 8/1992 | Palomeque et al. | 379/219 |
| 5,138,650 | 8/1992 | Stahl et al. | 379/61 |
| 5,144,649 | 9/1992 | Zicker et al. | 379/91 |
| 5,220,593 | 6/1993 | Zicker et al. | 379/59 |
| 5,233,642 | 8/1993 | Renton | 379/59 |
| 5,265,155 | 11/1993 | Castro | 379/112 |
| 5,274,802 | 12/1993 | Altine | 395/600 |
| 5,291,543 * | 3/1994 | Freese et al. | 379/59 |
| 5,297,189 | 3/1994 | Chabernaud | 379/58 |
| 5,301,223 | 4/1994 | Amadon et al. | 379/58 |
| 5,301,234 | 4/1994 | Mazziotto et al. | 380/23 |
| 5,309,501 | 5/1994 | Kozik et al. | 379/58 |
| 5,321,735 | 6/1994 | Breeden | 379/58 |
| 5,325,418 | 6/1994 | McGregor et al. | 379/59 |
| 5,327,144 | 7/1994 | Stilp et al. | 342/387 |
| 5,341,414 | 8/1994 | Popke | 379/142 |

| | | | |
|---|---|---|---|
| 5,353,335 | 10/1994 | D'Urso | 379/67 |
| 5,359,182 | 10/1994 | Schilling | 235/380 |
| 5,359,642 | 10/1994 | Castro | 379/121 |
| 5,440,621 | 8/1995 | Castro | 379/112 |
| 5,465,289 | 11/1995 | Kennedy | 379/59 |
| 5,469,497 | 11/1995 | Pierce et al. | |
| 5,509,056 | 4/1996 | Ericsson et al. | |
| 5,517,555 | 5/1996 | Amadon et al. | 455/408 |
| 5,517,559 | 5/1996 | Hayashi et al. | 379/112 |
| 5,570,416 | 10/1996 | Kroll | 379/144 |
| 5,579,376 | 11/1996 | Kennedy, III et al. | |
| 5,586,175 | 12/1996 | Hogan et al. | |
| 5,592,535 | 1/1997 | Klotz | 455/406 |
| 5,640,447 * | 6/1997 | Fonseca | 379/144 |
| 5,722,067 | 2/1998 | Fougnies et al. | |
| 5,778,313 | 7/1998 | Fougnies | |
| 5,790,636 | 8/1998 | Marshall | |
| 5,826,185 | 10/1998 | Wise et al. | |
| 5,854,975 * | 12/1998 | Fougnies et al. | 455/408 |
| 5,983,091 * | 11/1999 | Rodriguez | 455/405 |

* cited by examiner



FIG. 1



PRIOR ART
FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8A



FIG. 8B



FIG. 9



FIG. 10

US 6,236,851 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## PREPAID SECURITY CELLULAR TELECOMMUNICATIONS SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation of U.S. patent application Ser. No. 08/559,283, filed on Nov. 15, 1995, now U.S. Pat. No. 5,854,975 which is a continuation-in-part of U.S. Ser. No. 08/364,479 filed Dec. 23, 1994 U.S. Pat. No. 5,722,067

### BACKGROUND OF THE INVENTION

The present invention relates generally to a cellular telecommunications system having a security feature which allows only pre-authorized users to complete cellular telephone calls. More particularly, the cellular telecommunications system of the present invention permits cellular telecommunications providers to obtain pre-paid subscribers and eliminate credit-risk problems. In addition, the present invention provides anti-fraud protection for cellular service providers by allowing subscribers to designate protection codes which must be dialed before a telecommunications event will be completed. Further, the present invention provides pre-paid calling cards which allow subscriber's to purchase air-time and pay monthly access fees.

Conventional cellular telecommunications systems require the cellular provider to undertake credit screening and certify credit-worthy subscribers before enabling a user to access the cellular telecommunications system. Customarily, a potential subscriber will apply to the cellular service provider, who then undertakes a verification process to determine whether the potential subscriber is credit-worthy. If the potential subscriber has a positive credit rating, the subscriber is given access to the cellular system and is able to initiate or receive unlimited cellular telecommunications events during a certain period of time or during a certain number of billing cycles. If the subscriber regularly pays invoices for the telecommunications services, the subscriber's access to the telecommunications system continues unfettered. If the subscriber fails to pay invoices as they become due, the cellular service provider has the ability to discontinue the subscriber's access until the invoice is paid. Thus, pre-paid telecommunications access is a desirable feature to prevent fraudulent use of the telecommunications system. Additionally, the present invention provides anti-fraud capabilities by requiring that a pass-code or personal identification number (PIN) be dialed along with the called number before a telecommunications event will be completed.

Up to now, the cellular service provider had no means available to offer cellular telecommunications services on a prepaid basis, monitor the subscriber's cellular telecommunications usage in real time and discontinue access to the cellular telecommunications services immediately upon exhaustion of a prepaid account balance. Additionally, up to now, cellular service providers had no means available to prevent cellular theft by unscrupulous persons retrieving equipment serial numbers from cellular signal transmissions and "cloning" or reprogramming other cellular equipment to replicate a subscriber's telecommunications profile.

Also, to date, cellular service providers do not have a means to allow current pre-paid subscribers to purchase additional air time and pay for additional monthly access fees in real time at a purchase point other than a cellular service center in order to provide continued use of the cellular service to the subscriber.

### DESCRIPTION OF THE PRIOR ART

Land-based telecommunication systems have devised a method for allowing pre-paid telephone usage and limiting telecommunications usage to only a period of time equivalent to the pre-paid value. Perhaps the best example of such a land-based telecommunications system is found in U.S. Pat. No. 5,353,335 issued Oct. 4, 1994 to D'Urso (hereinafter the "D'Urso" patent).

The D'Urso patent discloses a public switched telephone network (PSTN) which operates on a pre-payment system and has multilingual capabilities. A telephone user purchases a predetermined quantum of service, i.e., telecommunications time before access and is provided a card imprinted with a unique account number. The user is also given a series of toll free, commonly known as "1-800" numbers which allows the user to access the prepaid telephone system. Activation of each of the toll free numbers causes the system described in the D'Urso patent to interact with the user in the user's native language or in a language which the user desires to interact with the telecommunications system. Upon dialing an appropriate toll free telephone number at a PSTN node, the user is connected through a switching system with a host computer. The host computer prompts the user, typically by digital voice commands, to enter the user's account number, using the PSTN node keypad, imprinted on the user's account card. The authenticity of the entered account number and the available amount of credit is determined by the host computer. Account authentication and credit balance checking is accomplished by local area network connection with a service management computer which manages a card database containing account information for each outstanding account card. If the account card is valid and an available balance is verified, the host computer prompts the user to enter a speed dialing alias or destination telephone number. The user is given a pre-set number of attempts to enter a valid alias or destination number. The system performs editing checks on the alias or destination number. Improper entry of a speed dialing alias or destination for the pre-set number of attempts will cause the host computer to disconnect the user. Upon proper entry of a speed dialing alias or destination number, the host computer compares the available card balance against the balance required to make a one minute phone call to the desired destination. If the available call balance is greater than or equal to the balance required to make that one minute call, a voice responds unit (VRU) plays an announcement in the user's chosen language informing the user that the call is being processed. The VRU computer uses a stored call rate associated with the caller's destination number and the available credit balance to determine the available call duration. A call duration timer is set in response to the determination of the available call duration.

The VRU computer is then directed to out pulse the digits of the destination number to a network node. When the host computer detects an off-hook condition from the destination, the call duration timer is started and the available call balance is depleted while the call is in progress. When the host computer detects that the available call balance is close to depletion, the VRU computer is bridged onto the call and plays a pending disconnect announcement in the users chosen language. Upon exhaustion of the call balance, the VRU plays a disconnect announcement, the call is disconnected and the host computer sends a message to the service management computer and database that the balance on the card is depleted.

Alternatively, if an on-hook condition at the destination occurs before the card balance is depleted, the host computer calculates the remaining available balance based upon the condition of the call timer and compares the computed balance to the minimum credit threshold. The host computer

<table>
<tr><td>3</td><td>4</td></tr>
</table>

then causes a VRU computer to notify the caller, in the chosen language, whether the remaining balance exceeds the minimum credit threshold, and the value of the available balance and then disconnects the calling party. The host computer then sends an update message to the service management computer and the database, notifying them of the calculated remaining balance. The service management computer then overwrites the present balance on the database with the calculated balance sent by the host computer.

While the D'Urso telecommunications system allows for prepaid telecommunications activity, it is wholly dependent upon user first calling a toll free number, inputting account information, waiting for account validation, inputting the called destination, waiting for destination validation and then either being connected or not. The D'Urso system requires a plurality of input events by the user before a call can be passed to the destination. Moreover, the D'Urso system lacks direct interface with the remote database for real time account balance adjustment during a telecommunications event. Rather, in the D'Urso system a host computer queries a remote management server database to determine an available credit balance. The host computer then looks up a telecommunications rate for the destination number called, calculates a time value corresponding to the credit balance for the destination number and either authorizes or rejects the attempted call on the basis of the calculated time value. If the attempted call is authorized, a calculated time value timer is set. Upon occurrence of an off-hook condition at the destination called, the calculate time value timer at the host computer is decremented until a pre-determined threshold value. As the threshold value is reached, a voice messaging is bridged onto the call to advise the user of the remaining calculated time value. Upon expiration of the calculated time value, the call is disconnected. After disconnection due to either 1) expiration of the calculated time value, or 2) an on hook condition at the called destination, the host computer recalculates the credit balance from the remaining time value and sends an update record to the management server and database and overwrites the previous credit balance information stored at the database. In this manner, the database is not actively updated as the telecommunications activity is occurring.

Those skilled in the art will understand and appreciate that the prepaid land-based telecommunications system described in the D'Urso patent is fundamentally different from the cellular-based telecommunications system of the present invention.

## SUMMARY OF THE INVENTION

A need has been recognized for a cellular telecommunications system which permits access by pre-paid users, without the need for modifying the cellular radiotelephones commonly in use. The present invention provides a system and method which recognizes cellular radiotelephones pre-programmed with a pre-selected telephone number and an automated number identification code (ANI). The pre-selected telephone number is reserved to the prepaid cellular telecommunications system. The user merely enters the destination telephone number and activates an off-hook condition, typically by depressing a "send" button on the keypad of the cellular radiotelephone. The cellular radiotelephone then transmits the ANI and a dialed number identification system code (DNIS). Because all cellular systems operate on the basis of discrete cell sites, which re-transmit the received signal to a central cellular service organization cellular switch, both the ANI and the DNIS are transmitted to the cellular switch. At the cellular switch, the

ANI is recognized as one reserved to the pre-paid cellular system and is re-directed, along with the DNIS, to the pre-paid cellular system switch via T1 land lines or via cellular re-transmission.

At the pre-paid cellular system switch, a host computer authenticates both the ANI and DNIS. Upon recognition of a valid ANI, the host computer establishes communications via either a local area network (LAN) or wide-area network (WAN) with a remote computer database server. At the remote computer database server, a database is maintained with pre-paid subscriber information. The pre-paid subscriber database contains records of each pre-paid subscriber. Each subscriber record in the database includes, at least the ANI assigned to that pre-paid subscriber, a pre-paid account balance and a time rate for telecommunications charges.

The host computer validates the received ANI by comparison to the ANI information in the database. Upon validation of the received ANI, account balance information for the account associated with the received ANI is queried to determine if there is a positive credit balance. Upon verification that the account has a positive credit balance, the host computer out pulses the dialed destination telephone number to a local exchange carrier, such as one of the Regional Bell Operating Companies.

During the call progress, the account balance information at the computer database server is decremented based upon elapse of pre-determined time periods at the predetermined time value for cellular telecommunications. It is important to note the time value is deducted from the account balance at regular intervals of time while the call is in progress.

The present invention allows a pre-paid user to access the cellular telecommunication system and have authentication and accounting occur transparently without any preliminary input by the user. The present invention accomplishes this by using the ANI as the file link to identify and authenticate the cellular telephone against the database. Thus, cellular telephone users are freed of the need to carry and use cards, are freed of the need to enter account information as a first step in the authentication process and the possibility of fraud on the cellular service providers is minimized.

The present invention also allows pre-paid subscribers to accept incoming calls from landline callers and provide a prepaid calling card procedure to subscribers so that the system's subscribers can conveniently purchase additional air time and pay monthly access fees. Finally, the present invention provides a unique interface between the system cellular switch and point-of-sale (POS) so that messages and data packets can be passed back and forth to perform specifically desired transactions.

These and other objects, features, and advantages of the present invention will become more apparent to those skilled in the art from the following more detailed description of the present invention when taken with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatic view of a typical cellular telecommunications system interfaced with the cellular telecommunications system of the present invention.

FIG. 2 is a diagrammatic call flow of the prior art prepaid land-based telecommunications system.

FIG. 3 is a call flow diagram from a typical cellular radiotelephone.

FIG. 4 is a call flow diagram at a cellular switch in accordance with the present invention.

<table>
<tr><td>5</td><td>6</td></tr>
</table>

FIG. 5 is a flow diagram illustrating call validation processing at a host computer in accordance with the present invention.

FIG. 6 is a flow diagram illustrating call processing at the central office in accordance with the present invention.

FIG. 7 is a flow diagram illustrating call accounting processing at a host computer in accordance with the present invention.

FIG. 8A is a flow diagram illustrating incoming call processing in accordance with the present invention.

FIG. 8B is a flow diagram illustrating account validation.

FIG. 9 is a flow diagram illustrating prepaid calling and processing.

FIG. 10 is a flow diagram illustrating interface processing between the system cellular switch and the point-of-sale (POS).

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The prepaid cellular telecommunications system of the present invention is best illustrated with reference to the accompanying drawings in which FIGS. 1 and 3 through 8B generally describe the system of the present invention and FIG. 2 depicts the prior art system described in the D'Urso patent.

With particular reference to FIG. 1, the pre-paid cellular system 10 of the present invention is illustrated. The pre-paid cellular system, 10 interfaces with a conventional cellular telecommunications switched network 2. Conventional cellular telecommunications switched network 2 is a network consisting of a plurality of cellular antennae, such as antenna 4, capable of receiving cellular band RF signals 5, with each antenna being located in a discrete cell site, such as site 6. Each antenna is electrically linked to cellular switch 8 which governs the operation of the cellular telecommunications switched network 2 and links the network 2 to local exchange carrier 20 via T1 land line 12.

In accordance with the present invention, a cellular service provider 14 is linked to the cellular telecommunications switched network 2 cellular switch 8 via T1 land lines 15. The cellular service provider 14 has a plurality of cellular telephone numbers reserved to it for pre-paid subscribers. Each reserved cellular telephone number has a unique automated number identifier (ANI) associated with the reserved telephone number. These reserved cellular telephone numbers are stored in a switch computer resident at switch 8. The cellular service provider 14 is electrically linked to the local exchange carrier 20 via T1 land lines 17 to communicate cellular telephone calls from the service provider 14 to the local exchange carrier's regular network.

The service provider 14 has host computer 16 which is preferably networked through either a local area network (LAN) or wide area network (WAN) 21 to a remote server computer 18. In this manner a plurality of service providers may, within a single cellular service, operate from the same remote server computer 18. The remote server computer 18 has an associated database 19 of pre-paid subscribers, which is independently accessible by each of the service providers.

The host computer is preferably based upon a multi-processor platform such as those made by Intel Corporation and based upon the 486 or PENTIUM microprocessor, with each host computer having a plurality of modems and network interface circuit boards capable of simultaneous bi-directional processing of telecommunications data between the T1 land lines 15 and the modems and between

the host computer and the remote server. The remote server is also preferably a multi-processor based platform capable of distributed load processing, and fitted with a plurality of network interface circuit boards. The database is preferably stored across a plurality of hard disk drives configured as a redundant array of independent drives (RAID).

In the foregoing manner, a cellular transmission 5 received by an antenna 4 within a cell site 6 is received at switch 8. If the ANI and DNIS transmitted with the cellular transmission 5 is one of the reserved pre-paid cellular telephone numbers, the switch 8 re-directs the transmission 5 to the service provider via the T1 and line 15. The transmission 5 is communicated to the service providers' host computer 16, which then authenticates the ANI and DNIS by accessing the server computer 18 and database 19. Upon valid authentication of the ANI and DNIS, the sub-scriber identity is validated. The database 19 will have records indicative of the subscriber's account balance. A check of the subscriber's account balance in the database 19 is made to validate the presence of a pre-paid balance sufficient to supply a pre-determined quantum of telecommunications, e.g., one minute, at a predetermined telecommunications charge rate associated with both the dialed number and the time of day in which the call is placed. Upon account balance validation, the host computer 16 validates the call and passes it to the local exchange carrier 20 via the T1 land line 17.

A pre-payment telecommunications system 30 of the prior art is illustrated with reference to FIG. 2. The system 30 requires that a pre-paid user first dial a toll free access number at block 32. Upon connection with the toll free access number, the user must enter an assigned account number imprinted on a card at block 34. After the card account number is validated at block 36, a counter is set at block 44 and a check is made at block 46 to determine whether a call on the entered account is in progress. A negative validation at block 36 will cause an invalid card flag to be initiated at block 38 and an appropriate voice message from a voice response unit (VRU) announced at block 40. If an affirmative response is not elicited from the check at block 46, the VRU prompts the user to enter a destination telephone number at block 48. A validation check is made at block 50 of the dialed number entered in response to the VRU prompt at block 48. If the validation check at block 50 is affirmative, a database associated with a management computer is called at block 54 and the account's records are retrieved for credit balance determi-nation. A check is made of the credit associated with the card account to determine whether the user's account has any available credit at block 56 and whether the available credit exceeds a pre-determined minimum threshold at block 52. An additional check is made to determine whether sufficient credit in the user's account balance to pay for a threshold time value of a call, e.g., one minute, based upon a time value rate for the destination being called is determined at block 58. If the determinations made at blocks 52, 56 and 58 are negative for block 52 and affirmative for block 56 and 68 the call is passed by out pulsing the dialed number at block 60. If a negative determination at any of blocks 56 or 58 or an affirmative determination at block 52 is made, an appro-priate voice message is played by the VRU at block 40 and the user is disconnected at block 42.

Upon connection with the destination number, an off-hook condition of the destination is sensed at block 62. If an off-hook condition exists at the destination, a timer is started at block 64 which continues until an off-hook condition exists at the destination and the timer is stopped at block 66.

**7**

Upon a stop timer condition at block **66**, the management computer is called and updated by overwriting the user's account record with updated information based upon the elapsed time of the call and the time value of the call at block **68**. The VRU then issues an appropriate voice message **40** to advise the user of the revised account balance and whether the user is disconnected at block **42**.

As will be understood by those skilled in the art, the foregoing description of the pre-paid telecommunications system of the prior art **30** requires the user to first access a toll-free number to be linked to a host computer, and then must enter an account code and wait for validation and then enter a destination number, and wait for validation before the call is passed. The present invention operates advantageously with a cellular telecommunications system to eliminate the need for a toll free host computer to interact directly with the user, and eliminate the need for the pre-paid user to make multiple keypad entries. Rather, as will be more apparent from the following description of the preferred embodiment, the user only enters the destination number and all call processing is handled by the host computer in conjunction with the cellular switch.

Turning now to FIGS. 3–8B, call flow in the pre-paid cellular telecommunications system of the present invention is illustrated. It is important to note that the cellular radiotelephones used by pre-paid subscribers are of a conventional type, without special circuitry, modification or programming. Rather, each cellular radiotelephone used by prepaid subscribers is programmed, in the normal manner, with a predefined cellular telephone number reserved to the pre-paid cellular telecommunications system **10**.

FIG. 3 illustrates call initiation by a pre-paid cellular telecommunications subscriber. The subscriber initiates a cellular call at block **72** by entering the destination number directly at the keypad of the cellular radiotelephone. After the subscriber enters the called number, the subscriber sends the destination number (DNIS) by activating a send key on the keypad of the cellular radiotelephone at block **74**. The cellular radiotelephone then transmits the DNIS and an ANI unique to the transmitting cellular radiotelephone at block **76** as cellular signals **5** to the nearest antenna within the cell site.

FIG. 4 illustrates call processing by the cellular switch **8**. The cellular switch **8** is constantly in a wait condition for receipt of cellular transmission from a plurality of subscribers within the coverage area of the cellular switch. The cellular switch receives the transmitted DNIS at block **78** and the transmitted ANI at block **79**. Upon recognition of the ANI as a unique ANI identifying a subscriber in the inventive pre-paid cellular system, the cellular switch routes the cellular call through a direct line to a host computer of the inventive cellular system at block **80** and goes off-hook to the host computer at block **82**. The cellular switch then waits for receipt of a wink signal at block **84**. Upon receipt of a first wink signal at block **84**, the cellular switch sends the ANI to the host computer at block **88**. Those skilled in the art will understand that the sequential order of sending the DNIS and ANI may be reversed. After sending the DNIS and ANI, the cellular switch waits for an off-hook condition from the host computer to connect the cell. If the host computer fails to go off-hook within a pre-determined period of time, the cellular switch drops the caller.

Call processing at the host computer is illustrated in FIG. 5. The host computer's initiated zero state is to wait for a cellular switch off-hook condition to the host computer. Upon receipt of an off-hook condition from the cellular

**8**

switch, the host computer send a first wink signal to the cellular switch at block **102** which tells the cellular switch to send the DNS. The host computer then receives the DNIS **103** from the cellular switch at block **104**. After receiving the DNIS at block **104**, the host computer sends a second wink signal to the cellular switch at block **106** which tells the cellular switch to send the ANI. The host computer then receives the ANI **107** from the cellular switch at block **108**. The host computer accessses the subscriber database from the remote server **11** and loads the database record corresponding to the received ANI to memory at block **109**. The received ANI is validated against the database record in memory as one belonging to a pre-paid subscriber at block **110**. Upon ANI validation at block **110**, the host computer then validates the subscriber's pre-paid balance based upon the DNIS and time of day rate, e.g., peak or off-peak time rates, at block **112**.

Those skilled in the art will understand and appreciate that the processing of the DNIS and ANI signals may occur in reverse order, and that different cellular service providers may use alternative signals to represent the dialed number and the subscriber's cellular radiotelephone. For example, the cellular radiotelephone's electronic serial number (ESN) may be transmitted instead of the ANI. The ANI is referenced, herein only by way of example.

Upon balance validation at block **112**, the host computer goes off-hook to the cellular provider at block **113** and a predetermined minimum time rate is decremented from the subscriber's balance in memory at block **114** and then the call accounting loop is initiated at block D. While at present time, it is preferable to use memory, those skilled in the art will understand that future improvements in LAN and WAN communication speeds and database read-write speeds may obviate the desirability of loading the accounting processing. The host computer then out pulses the DNIS, or another host computer-modified signal including the called telephone number, such as a pass-code or PIN number, or the DNIS stripped of the area code, to the local exchange carrier for connection to obtain a central office (CO) line at block **116**.

Turning now to FIG. 6, the CO is in a zero state waiting for an off-hook from the host computer at block **118**. Upon an off-hook condition from the host computer at block **118**, the CO goes off hook to the most computer and presents a dialtone at block **120**. After the T1 land line has been seized, the DNIS or a host-computer modified DNIS, is received and routed over the T1 land line to the number dialed out by the host computer at block **122**. The CO then waits for an off-hook condition at the called telephone number at block **124** and connects the call.

Immediately upon occurrence of an off-hook condition at the called number, the call accounting flow illustrated in FIG. 7 is executed. while the CO negotiates and seizes a T1 line from the local exchange carrier, the host computer waits at block **126** for an off-hook condition at the called number. Immediately upon occurrence of an off-hook condition at the called number, the account balance in memory is decremented by a predetermined value, corresponding to a minimum time rate based upon the DNIS and the time of day rate, e.g., $0.02 for each six seconds of telecommunications time at an off-peak, i.e., after 7:00 p.m. local time. Thus, for example, immediately upon occurrence of an off-hook condition at the destination number, a minimum time value of one minute is decremented from the account balance resident in memory.

In accordance with the preferred embodiment of the present invention, the account balance read into memory is

9 10

translated to a time value based upon the caller number (DNIS) and the time of day rate applicable. In this manner, the account balance is converted to a time value, e.g., number of second or number of minutes, and the time value is decremented based upon elapse of pre-determined time periods while either the subscriber's cellular telephone or the called number are off-hook.

After the elapse of a time period equal to the predetermined minimum time value, the account balance is queried at block 132 to determine if there is a sufficient account balance for an additional quantum of the minimum time value. If a sufficient account balance is determined to exist at block 132, the process loops back 133 and decrement the account balance by the predetermined minimum time value at block 128. Process loop 133 continues to execute until either the subscriber or the called number are on-hook at block 130 or until a negative response issues to the account balance validation at block 132. If either an on-hook condition at the subscriber or the called party at block 130 or the account balance is not validated at block 132, a disconnection occurs, accounting ceases and the call, including the DNIS and the elapsed time of the call are logged to the database resident at the remote server (not shown) and the remaining account balance is written to the database at block 134. The system then bridges to a voice response unit and issues a voice message to the subscriber advising the subscriber of the remaining account balance at block 136. Where it is technically feasible to decrement the account balance directly from the database, without loading the account balance to memory at the host computer, those skilled in the art will understand that the step of writing the adjusted account balance to the database may not be a necessary step.

The foregoing describes the call handling process for outgoing calls from a cellular subscriber. In those cellular service areas where the cellular service is offered only a "calling party pay" basis, there is no need to monitor or control telecommunications events incoming to the subscriber. However, in those cellular service areas where a cellular service is offered on the basis that the subscriber pays telecommunication charges irrespective of whether the subscriber is originating or receiving a call, the present system provides a method for monitoring and controlling incoming cellular telephone calls to the pre-paid subscriber and adjusting the prepaid subscriber's account balance for incoming calls.

### Inbound Landline

The security cellular telecommunication system of the present invention also has the ability to accept incoming calls from land-line cellular callers. In general, separate blocks of 10,000 cellular system subscribers' phone numbers are allocated to direct inward dialing (DID) trunks from the local exchange carrier to the cellular system switch. These numbers are the same numbers that are loaded into the mobile telephone service organization (MTSO) or cellular carrier switch as the phone numbers of the system subscribers. If the land-line caller's dialed number matches a phone number dedicated to the inventive cellular system, the call is routed to one of the DID trunks going to the cellular switch. The LEC switch is on a rotation so it will hunt for any available channel at the cellular switch. The signaling on the trunks that pass calls from the LEC to the cellular switch and the cellular switch to the MTSO is a single stage wink-start DID protocol.

FIG. 8A illustrates a flow diagram which depicts the steps to complete the connection of a landline incoming call with a cellular subscriber number in accordance with the present invention. The local exchange carrier (LEC) 200 signals that there is an inbound call from a landline phone attempting to contact a pre-paid subscriber's telephone number unique to the pre-paid cellular telecommunications system of the present invention as shown in Step One 202. The LEC 200 can send signals on any of the available LEC trunk channels. If the signaling for the inbound call is valid, the cellular switch 204 sends a wink signal back to the LEC 200 in Step Two 206 indicating that it is ready to receive digits which relate to the land-line caller's dialed number. In Step Three 208, the LEC 200 sends a multi-frequency digit string comprised of either the last four, seven, or ten digits of the land-line caller's dialed number. The number of digits sent will depend on the direct inward dialing trunk setup. The string of digits is prefaced by a key pulse (KP) digit and flanked by a stop (ST) digit. The land-line caller's dialed number will be a cellular system subscriber's telephone number that the land-line caller is trying to reach. The number of digits sent may be appended to a system configurable default area code and/or prefix depending on the number of digits that are initially sent by the LEC 200. If the LEC 200 fails to send all of the digits within a specified period of time, the error is logged and the system returns to waiting for the LEC 200 to signal that it has an incoming call.

Once the cellular switch 204 receives all of the digits, the cellular switch 204 checks for account validity 210 relating to the dialed digits. The cellular switch 204 which enables access to the host computer for the cellular system allows a check of whether the account is active, whether the account is subject to restrictive dialing (e.g., restricted either by time of day that cellular system is activated or by telephone numbers that cellular system is allowed to connect with), and whether there is sufficient money in the account to pay for a one minute call based on the subscriber's air-time rate table. If the account is determined to be valid for use 212 in relation to the incoming call, the cellular switch 204 signals the cellular carrier (CC) or mobile telephone service organization (MTSO) 214 that there is a call coming. If the account is not valid for use 216, the land-line caller is notified that the cellular system subscriber is unavailable 218. The call is then logged and the system returns to wait for the LEC to signal that it has a new incoming call. The steps involved in checking for account validity are further detailed in FIG. 8B.

FIG. 8B shows a flow diagram for determining account validity. After the cellular switch receives the dialed digits in block 230, the subscriber's data record is retrieved from the host computer database in block 232. Next, the subscriber's basic air-time rate table is extracted in block 234 from the subscriber's data record. The rate table identifies peak and off-peak rates for weekdays, weekends, and holidays. A real-time-clock runs on the cellular system. The real-time-clock is used to identify the current time of day and the per minute air-time rate for that time of day is selected in block 236.

The subscriber's remaining balance is extracted from the subscriber's data record in block 238 and block 240 calculates whether the subscriber's account balance holds an amount of money that is equal to the amount required for at least a one minute call at that time of the day. If there is not an adequate amount in the subscriber account for a one minute call, the land-line caller receives a message in block 242 that the subscriber is unavailable. If there is an adequate amount of money in the subscriber's account, the subscriber's restricted access time is extracted from the subscriber's data record in block 244.

The subscriber record will contain a time-of-day that the subscriber's phone is to be activated and a time-of-day that the subscriber's phone is to be deactivated. The period of time falling outside of these parameters is the subscriber's restricted access time and the time period falling within these parameters is the subscriber's "active window". Block 245 determines whether the current time of day falls within the subscriber's restricted access time. If the current time of day falls within the subscriber's restricted access time, the land-line caller receives notification in block 242 that the subscriber is unavailable. If the current time of day falls outside of the subscriber's restricted access time, the access payment due date is extracted from the subscriber's data record in block 246. Block 247 determines whether the current date is past the access payment due date. If the current date is past the subscriber's access payment due date, the land-line caller is notified in block 242 that the subscriber is unavailable. If the current date is not past the subscriber's access payment due date, the cellular switch signals the MTSO that there is an incoming call in block 248.

Returning now to FIG. 8A, the next available MTSO trunk channel is used to signal the MTSO 214 that there is an incoming call. If all of the MTSO channels are unavailable, the land-line caller is notified by a busy signal and the system returns to waiting for the LEC 200 to send a signal that there is an incoming call. Once there is an available MTSO trunk channel and the cellular switch 204 signals the MTSO 214 that there is an incoming call, the MTSO 214 winks back to the cellular switch 204 in Step Four 220 indicating that the MTSO 214 is ready to receive the dialed digits. If the MTSO 214 does not wink back in a specified period of time, the error is logged and the system returns to locating an available MTSO trunk channel and signaling the MTSO 214 that there is an incoming call. In Step Five 222, the cellular switch 204 sends a multi-frequency digit string to the MTSO 214 which comprises the cellular system subscriber's telephone number that the land-line caller is trying to call. The digit string is prefaced by a KP digit and flanked by a ST digit.

The inbound LEC trunk channel is then connected to the MTSO trunk channel in Step Six 224, thereby providing an audio path for the call and allowing the caller to hear ringing of the subscriber's telephone. If the MTSO 214 does not detect a connection (i.e. there is either a busy signal or no answer) within a specified period of time, the audio path between the LEC 200 and the MTSO 214 is disconnected, the call is logged, and the system returns to waiting for the LEC 200 to signal that there is another incoming call. Alternatively, if the MTSO 214 detects a valid answer indicating that the subscriber has taken their phone "off hook", the valid answer signal is sent to the cellular switch 204 in Step Seven 226 so that the account balance can be debited. The subscriber account balance is then debited per minute in accordance with previously described FIG. 7.

Prepaid Calling Cards

The security cellular telecommunication system of the present invention also includes a prepaid calling card procedure. The purpose of the prepaid calling card is to provide a convenient means for the cellular system subscribers to purchase additional air-time and pay monthly access fees. Calling cards for use with the inventive system are printed, bundled, and made widely available at outlets such as convenience stores, grocery stores, etc. The calling cards are sold in fixed denominations so that a subscriber can purchase a specific number of cards in order to raise their account to a desired balance. However, the prepaid calling

cards do not allow a subscriber or user to start an account, stop an account, or change restrictions or prompt language.

Calling cards for a specified area are printed with a unique and encrypted number which allows them to be tracked by a point-of-sale (POS) system. The encrypted number includes a special dialing string, the card type, possible card value, local area code, and a form of checksum. The special dialing string is an identifier to the system cellular switch that the incoming call is coming from a calling card and is to be handled as such. The card type identifies whether the card is an air-time credit or a monthly access credit. The card value provides variable credit values. The local area code identifies where the card was purchased so that cards purchased from the jurisdiction of one area's POS database could not be used in another. The checksum provides a cursory way of checking the entire number for a possible mis-dial when the subscriber calls the number in.

The POS system holds a database of all "spent" or "used" calling cards for its area. When a subscriber purchases a card and enters it into their telephone, the POS checks to see that the card has not been previously used by checking the card's number against a list of "spent" cards

A flow diagram showing the prepaid calling card method is illustrated in FIG. 9. A subscriber purchases one or more calling cards at block 250 from an outlet such as a convenience store or a grocery store, as previously described above. The prepaid calling cards are of two types, either air-time credit cards or monthly access credit cards. After purchasing a card, the subscriber enters the card number into the keypad of their system cellular telephone at block 252. After entering the number, the subscriber presses the "send" key just as in making a regular telephone call on the cellular telephone. The system cellular switch receives the number at block 254 and uses the special dialing string to determine that the call is to be processed as a calling card transaction.

The cellular switch then performs a cursory checksum check of the number entered at block 256 to validate that the number was entered correctly and not mis-dialed. If an invalid checksum results, a possible mis-dial is reported to the subscriber at block 258 and the call is disconnected at block 260 without incurring any charges. If a valid checksum results, the system cellular switch reports the subscriber's current account balance to the subscriber at block 262 and the cellular switch sends the received card number and the subscriber's telephone number to the POS system at block 264. At this point, air-time charges begin to accrue and are incurred by the subscriber for the duration of the transaction.

The card number is validated at block 266 where the card number entered is compared with a list of card numbers that have already been "used" or "spent". If the card number entered is found on the "used" list, the subscriber is informed of the card's "spent" status at block 268 and the call is disconnected at block 260. The validation step at block 266 also instructs the POS to check that the card being entered is a card that is valid for the specific POS system by comparing the local area code field of the card number with the POS area code identifier. If the area code relating to the calling card is found to be invalid for the area covered by the POS, the invalid area is reported to the subscriber at block 268 and the call is disconnected at block 260.

If the card number is determined to be valid at block 266, the subscriber's account is credited at block 272 according to the card type and value. The new credit balance is then reported to the subscriber at block 274 and the call is disconnected at block 260.

When a prepaid access fee credit card is entered into the system, the access fee is covered for another month and the

US 6,236,851 B1

13

access fee due date is updated accordingly. Multiple access fee due dates being entered during any one given month will result in the access fee due date moving farther and farther out in time. The entire procedure outlined in FIG. 9 must be repeated for each individual calling card.

**Interface Between System Cellular Switch and Point-of-Sale (POS)**

The system cellular switch is connected to the Point-of-Sale system via an Ethernet link. Messages and data packets are passed back and forth to perform desired transactions. FIG. 10 illustrates the possible types of transactions between the system cellular switch 300 and the POS 302.

A number of transactions are carried out by sending or transferring information from the cellular switch 300 to the POS 302. For example, the call activity logging function in block 304 involves passing information about a specific call that was recently terminated from the cellular switch 300 to the POS 302 for insertion into the database. The information is then archived in the system and can be used to provide a detailed report on call activity. Further, the calling card validation and account crediting function in block 306 transfers the subscriber's telephone number and the calling card number they entered into their cellular telephone from the cellular switch 300 to the POS 302 for card validation and subsequent account crediting.

Also, the cellular switch 300 in block 308 confirms to the POS 302 that requested updates to a subscriber's data record have been successfully executed. Finally, the switch error annunciation function in block 310 sends information about a switch error from the cellular switch 300 to the POS 302 so that those viewing a terminal are alerted that there is a problem.

There are also s number of transactions that are carried out by sending or transferring information from the POS 302 to the cellular switch 300. For example, the call activity logging acknowledgment function in block 312 confirms to the cellular switch 300 that the received activity record has been successfully archived into the POS database. Also, the calling card validation response function in block 314 informs the cellular switch 300 that the received calling card number for a specified subscriber is either valid or invalid. Further, acknowledgment for receiving an error message from the cellular switch is sent from the POS 302 to the cellular switch 300 in block 316 to indicate that the error message has been successfully archived and that the proper notification has taken place. Finally, the subscriber update function in block 318 sends the modified subscriber data record which has been updated at the POS 302 from the POS 302 to the cellular switch 300 where it replaces the current record information for that subscriber.

Thus, in the present invention, the disadvantages of the prior art are overcome, particularly as those disadvantages would affect a cellular user. By eliminating the need for the user to make unnecessary dialing entries and limit the user's dialing entry only to the destination number the present invention represents a valuable and needed advance in the art. Additionally, by using the ANI to identify the subscriber, rather than the situs of the call, the present invention provides for transparent call processing for the end-user and achieves a fraud tolerance level not presently available to service providers.

Further, the present invention allows for prepaid cellular subscribers to accept incoming calls even when their cellular service requires payment for incoming calls. Also, the present invention includes a prepaid calling card means which allows subscribers to conveniently purchase and add additional air time as well as pay for monthly access fees.

14

Finally, the present invention provides for a unique interface between the system cellular switch and the pint-of-sale (POS) which enables specifically desired transactions to take place such as providing particular reports, validating cards and crediting accounts, validating account updates, and identifying problems within the system.

While the invention has been described with reference to its preferred embodiments, those skilled in the art will understand and appreciate from the foregoing that variations in equipment, operating conditions and configuration may be made and still fall within the spirit and scope of the present invention which is to be limited only by the claims appended hereto.

what is claimed is:

1. A method of increasing a level of credit in a user account in a preauthorized telecommunications service, the method comprising:

receiving information from a wireless communications device, the information comprising an identifier, and user-input, obtained from a vended medium, that represents a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input, wherein modification of the account comprises increasing a level of credit available for wireless telecommunications service by the predetermined level of credit.

2. The method of claim 1 in which the wireless service provider comprises a prepaid wireless service provider.

3. The method of claim 1 in which the identifier comprises an automated number identifier (ANI) or an electronic serial number (ESN) or both.

4. The method of claim 1 in which the identifier comprises information other than an automated number identifier (ANI) or an electronic serial number (ESN).

5. The method of claim 1 in which the identifier comprises information identifying a prepaid wireless subscriber.

6. The method of claim 1 in which the identifier comprises information identifying the wireless communications device.

7. The method of claim 1 in which the routing of the identifier is transparent to a user of the wireless communications device.

8. The method of claim 1 in which the wireless communications device comprises a cellular telephone.

9. The method of claim 1 in which the user-input comprises data generated by a user-input device associated with the wireless communications device.

10. The method of claim 9 in which the user-input device comprises a keypad on the wireless communications device.

11. The method of claim 1 in which the user-input comprises an encrypted number.

12. The method of claim 1 in which the user-input comprises information representing one or more fields of data.

13. The method of claim 12 in which the fields of data comprise one or more of the following: a dialing string field indicating that an account is to be modified, a card type field, a card value field, a local area code field, and a checksum field.

14. The method of claim 1 in which the user-input comprises information other than a destination number (DNIS).

15. The method of claim 1 in which the user-input comprises an alphanumeric sequence.

16. The method of claim 15 in which the alpha/numeric sequence input by the user corresponds to one or more telecommunications service units.

**17.** The method of claim **15** in which the alpha/numeric sequence input by the user corresponds to information obtained from a prepaid wireless telecommunications card.

**18.** The method of claim **17** in which data associated with previously used preauthorized telecommunications cards is stored in a database.

**19.** The method of claim **15** in which the alpha/numeric sequence input by the user uniquely identifies a prepaid wireless telecommunications card purchased by or for the user of the wireless telecommunications device.

**20.** The method of claim **1** in which the credit is available for air-time credit or monthly access credit or both.

**21.** The method of claim **1** in which modification of the account further comprises identifying a wireless subscriber from the received information and adjusting that wireless subscriber's account based on the user-input.

**22.** The method of claim **1** in which at least a portion of the received information indicates that a wireless subscriber's account is to be modified.

**23.** The method of claim **1** in which routing comprises identifying a specific wireless service provider based on the information received from the wireless communications device.

**24.** The method of claim **1** in which the user-input is associated with a record in a database.

**25.** The method of claim **24** wherein the record in the database correlates the user-input with the specific, predetermined level of credit.

**26.** A method, performed at a wireless service provider, of managing preauthorized telecommunications service, the method comprising:

receiving, at the wireless service provider, a transmission sequence from a wireless communications device comprising user-input corresponding to information obtained from a prepaid wireless telecommunications card containing an alpha/numeric value that represents a specific, predetermined level of credit; and

modifying, at the wireless service provider, accounting data associated with the wireless communications device based on information in the transmission sequence.

**27.** The method of claim **26** in which the accounting data is modified in response to receipt of a single transmission sequence from a wireless communications device.

**28.** The method of claim **26** in which the transmission sequence is delimited by entry of a transmit command on the wireless communications device.

**29.** The method of claim **28** in which entry of the transmit command comprises pressing a "send" key on a keypad of the wireless communications device.

**30.** The method of claim **26** further comprising receiving, at the wireless service provider, a static identifier of the wireless communications device.

**31.** The method of claim **30** in which the user-input corresponds to information obtained from a prepaid wireless telecommunications card.

**32.** The method of claim **30** in which the static identifier comprises an automated number identifier (ANI) or an electronic serial number (ESN) or both.

**33.** The method of claim **32** further comprising transmitting the static identifier with the user-input in a manner that is transparent to a user of the wireless communications device.

**34.** The method of claim **26** further comprising, prior to receipt of the transmission sequence at the wireless service provider, receiving the transmission sequence from the wireless communications device at a wireless telecommunications center and passing it on to the wireless service provider.

**35.** The method of claim **26** further comprising receiving, at the wireless service provider, an identifier of an account of the user of the wireless communications device.

**36.** The method of claim **26** wherein the alpha/numeric value includes a checksum.

**37.** The method of claim **26** in which an account associated with the wireless communications device is located based on an identifier of the wireless communications device.

**38.** The method of claim **37** in which the identifier is an ANI.

**39.** The method of claim **37** in which the identifier is an ESN.

**40.** The method of claim **37** in which the identifier is transmitted to the wireless service provider transparently to the user of the wireless communications device.

**41.** A method of managing preauthorized telecommunications service, the method comprising:

entering an alpha/numeric sequence corresponding to and obtained from a preauthorized wireless telecommunications card into a wireless communications device the alpha/numeric sequence representing a specific, predetermined level of credit;

transmitting to a wireless telecommunications center the entered alphanumeric sequence and information indicative of the wireless communications device;

identifying a wireless service provider based on the information indicative of the wireless communications device;

routing the entered alphanumeric sequence and the information indicative of the wireless communications device to the identified wireless service provider; and

modifying an account associated with the wireless communications device based on the entered alphanumeric sequence.

**42.** A method of managing preauthorized telecommunications service, the method comprising:

receiving information from a wireless communications device, the information comprising an identifier and user-input, obtained from a vended medium, that comprises an encrypted number and that represents a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input.

**43.** The method of claim **42** wherein at least a portion of the encrypted number is used to locate a record in a database.

**44.** The method of claim **42** wherein the encrypted number is derived using a cryptographic process that encodes a predetermined level of credit associated with the card into the encrypted number.

**45.** A method of managing preauthorized telecommunications service, the method comprising:

receiving information from a wireless communications device, the information comprising an identifier and user-input, obtained from a vended medium, that comprises information other than a destination number (DNIS) and that represents a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input.

**46.** A method of managing preauthorized telecommunications service, the method comprising:

17          18

receiving information from a wireless communications device, the information comprising an identifier and user-input, obtained from a vended medium, that comprises an alpha/numeric sequence input by the user that corresponds to one or more telecommunications service units, the user-input representing a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input.

47. A method of managing preauthorized telecommunications service, the method comprising:

receiving information from a wireless communications device, the information comprising an identifier and user-input that comprises an alpha/numeric sequence input by the user that corresponds to information obtained from a prepaid wireless telecommunications card and that represents a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input.

48. A method of managing preauthorized telecommunications service, the method comprising:

receiving information from a wireless communications device, the information comprising an identifier and user-input that comprises an alpha/numeric sequence input by the user that uniquely identifies a prepaid wireless telecommunications card purchased by or for the user of the wireless telecommunications device, the user-input representing a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input.

49. A method of managing preauthorized telecommunications service, the method comprising:

receiving information from a wireless communications device, the information comprising an identifier and user-input, obtained from a vended medium, that represents a specific, predetermined level of credit;

routing the received information to a wireless service provider based on the identifier; and

modifying an account at the wireless service provider based on the user-input, wherein modification of the account comprises increasing a level of credit available for wireless telecommunications service.

50. The method of claim 49 in which the credit is available for air-time credit or monthly access credit or both.

51. A method, performed at a wireless service provider, of managing preauthorized telecommunications service, the method comprising:

at the wireless service provider, receiving from a wireless communications device a transmission sequence that comprises user-input that corresponds to information obtained from a prepaid wireless telecommunications card and that represents a specific, predetermined level of credit, the transmission sequence further comprising a static identifier of the wireless communications device; and

modifying, at the wireless service provider, accounting data associated with the wireless communications device based on information in the transmission sequence.

52. A method of managing preauthorized telecommunications service, the method comprising:

entering into a wireless communications device an alpha/numeric sequence corresponding to a preauthorized wireless telecommunications card containing an alpha/numeric value that represents a specific, predetermined level of credit;

transmitting to a wireless telecommunications center the entered alpha/numeric sequence and information indicative of the wireless communications device;

identifying a wireless service provider based on the information indicative of the wireless communications device;

routing the entered alpha/numeric sequence and the information indicative of the wireless communications device to the identified wireless service provider; and

increasing a level of credit available for wireless telecommunications service in an account associated with the wireless communications device based on the predetermined level of credit associated with the entered alpha/numeric sequence.

53. A method of increasing the level of credit of user accounts in a prepaid wireless telecommunications system, the method comprising:

receiving, at a wireless service provider, information from the user of a wireless communications device, the information comprising user-input and an identifier of a user account, wherein the user-input comprises an alpha/numeric value supplied to the user in response to the user purchasing a specific, predetermined level of credit to be applied to the user account, the user-input representing the specific, predetermined level of credit;

determining, at the wireless service provider, the level of credit associated with the user input; and

increasing a level of credit available for wireless telecommunications service in the user account by the determined level of credit associated with the user-input.

54. An article of manufacture for use in a preauthorized wireless telecommunications system comprising:

a card; and

at least one surface of the card on which is displayed an alpha/numeric value;

the alpha/numeric value representing a specific, predetermined level of credit to be applied to an account of a user of a wireless telecommunications device, wherein upon receipt of the alpha/numeric value and an identifier of the wireless telecommunication device by a wireless service provider, the level of credit in the account is increased by the predetermined level.

55. A method of increasing a level of credit in a user account associated with a wireless telecommunications device used in a prepaid wireless telecommunications system comprising the steps of:

(a) providing a user of the wireless telecommunication device an alpha/numeric value in exchange for a monetary payment for wireless telecommunication services, wherein the alpha/numeric value represents the amount of the monetary payment;

(b) entering the alpha/numeric value into the wireless communications device;

(c) sending an identifier of an account of a subscriber to the prepaid wireless communications system and the alpha/numeric value to a computer having access to a database containing information associated with the accounts of subscribers to the prepaid wireless tele-

US 6,236,851 B1

| 19 | 20 |
|---|---|

communications system, wherein the computer retrieves the account identified by the identifier, determines the predetermined level of credit associated with the alpha/numeric value, and increases the level of credit in the account identified by the identifier by the predetermined level of credit.

56. A method of increasing the level of credit in a user account in a preauthorized telecommunications service, the method comprising:

receiving information comprising an identifier and user-input corresponding to and obtained from a preauthorized wireless telecommunications card containing an

alpha/numeric value that represents a specific, predetermined level of credit at a computer with access to a database containing information associated with the accounts of subscribers to the preauthorized telecommunications service; and

modifying an account of a user identified by the identifier, wherein modification of the account comprises increasing a level of credit available for wireless telecommunications service by the predetermined level of credit.

\* \* \* \* \*