```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JOSEPH F. COYNE, JR., Cal. Bar No. 93707
JCoyne@sheppardmullin.com
GREGORY P. BARBEE, Cal. Bar No. 185156
GBarbee@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:  213-620-1780
Facsimile:  213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
SCOTT E. HENNIGH, Cal. Bar No. 184413
SHennigh@sheppardmullin.com
MEREDITH A. JONES, Cal. Bar No. 233301
MaJones@sheppardmullin.com
JAMES G. HIGGINS, Cal. Bar No. 238188
JHiggins@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Plaintiff
FREEDOM WIRELESS, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 0112

| | |
|---|---|
| FREEDOM WIRELESS, INC. | Civil Action No. |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | |
| Defendants. | |

-1-

W02-WEST:5SEH1\400650818.1    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Douglas Fougnies

    Larry L. Day

Dated: January 7, 2008

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *[signature]*
SCOTT E. HENNIGH
Attorneys for Plaintiff
FREEDOM WIRELESS, INC.