1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   JOSEPH F. COYNE, JR., Cal. Bar No. 93707
3  JCoyne@sheppardmullin.com
   GREGORY P. BARBEE, Cal. Bar No. 185156
4  GBarbee@sheppardmullin.com
   333 South Hope Street, 48th Floor
5  Los Angeles, California 90071-1448
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8      Including Professional Corporations
   SCOTT E. HENNIGH, Cal. Bar No. 184413
9  SHennigh@sheppardmullin.com
   MEREDITH A. JONES, Cal. Bar No. 233301
10 MaJones@sheppardmullin.com
   JAMES G. HIGGINS, Cal. Bar No. 238188
11 JHiggins@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111
   Telephone:    415- 434-9100
13 Facsimile:    415- 434-3947

14
   Attorneys for Plaintiff
15 FREEDOM WIRELESS, INC.

16                  IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19 ────────────────────────────────────
   FREEDOM WIRELESS, INC.              )  Civil Action No. CV-08-0112 JL
20                                     )
                  Plaintiff,           )  **DECLINATION TO PROCEED**
21                                     )  **BEFORE A MAGISTRATE JUDGE**
            v.                         )  **AND REQUEST FOR**
22                                     )  **REASSIGNMENT TO A UNITED**
   VERISIGN, INC., METROPCS            )  **STATES DISTRICT JUDGE**
23 COMMUNICATIONS, INC., CELLULAR      )
   SOUTH, INC., BROWN COUNTY MSA       )
24 CELLULAR LIMITED PARTNERSHIP,       )
   CALIFORNIA RSA NO. 3 LIMITED        )
25 PARTNERSHIP, ILLINOIS VALLEY        )
   CELLULAR, NTELOS HOLDINGS           )
26 CORP., INLAND CELLULAR              )
   TELEPHONE COMPANY, CAROLINA         )
27 WEST WIRELESS, INC., EDGE           )
   WIRELESS, LLC and SMITH BAGLEY,     )
28 INC.,                               )
                                       )
                  Defendants.

-1-

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party in the above-captioned civil matter hereby declines to
3  consent to the assignment of this case to a United States Magistrate Judge for trial and
4  disposition and hereby requests the reassignment of this case to a United States District
5  Judge.

7  Dated: January 28, 2008

9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11 By _____
   SCOTT E. HENNIGH
12 Attorneys for Plaintiff
   FREEDOM WIRELESS, INC.