### UNITED STATES DISTRICT COURT
#### Northern District of California
#### 450 Golden Gate Avenue
#### San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              415.522.2000

## January 30, 2008

**CASE NUMBER:  CV 08-00112 JL**
**CASE TITLE:  FREEDOM WIRELESS INC.-v-VERISIGN INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW (RS)**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/30/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                            Richard W. Wieking
                                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                              Entered in Computer 1/30/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA