1  JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  Email:         joeaddiego@dwt.com

5  Stuart R. Dunwoody
   (*Pro Hac Vice* Application Pending)
6  Davis Wright Tremaine LLP
   1201 Third Avenue, Suite 2200
7  Seattle, WA 98101-3045
   Telephone:     (206) 757-8034
8  Facsimile:     (206) 757-8034
   Email:         stuartdunwoody@dwt.com
9
   Attorneys for Defendant
10 EDGE WIRELESS, LLC

11

12                            IN THE UNITED STATES DISTRICT COURT

13                            THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | FREEDOM WIRELESS, INC.,                              | Case No.:  CV-08-00112 RMW (RS)

16 |         Plaintiff,

                                                         | **NOTICE OF APPEARANCE OF**
17 |    v.                                               | **DEFENDANT EDGE WIRELESS, LLC**

18 | VERISIGN, INC., METROPCS
    COMMUNICATIONS, INC., CELLULAR
19 | SOUTH, INC., BROWN COUNTY MSA
    CELLULAR LIMITED PARTNERSHIP,
20 | CALIFORNIA RSA NO. 3 LIMITED
    PARTNERSHIP, ILLINOIS VALLEY
21 | CELLULAR, NTELOS HOLDINGS CORP,
    INLAND CELLULAR TELEPHONE
22 | COMPANY, CAROLINA WEST WIRELESS,
    INC., EDGE WIRELESS, LLC and SMITH
23 | BAGLEY, INC.,

24 |         Defendants.

DAVIS WRIGHT TREMAINE LLP

NOTICE OF APPEARANCE                                                    Case No.  08-00112 RMW (RS)

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant, EDGE WIRELESS, LLC hereby appears in the above-entitled action by and through Joseph E. Addiego III, and Stuart Dunwoody (*pro hac vice* application pending), of DAVIS WRIGHT TREMAINE LLP and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon these attorneys at both of the addresses and email addresses above stated.

Dated:  February 1, 2008              Respectfully submitted,

                                                                       DAVIS WRIGHT TREMAINE LLP

                                                                       By:  _____/S/_____
                                                                           Joseph E. Addiego III

                                                                       Attorneys for Defendant
                                                                       EDGE WIRELESS, LLC.

DAVIS WRIGHT TREMAINE LLP