IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., et al.,<br><br>        Defendant. | ***E-FILED - 2/5/08***<br><br>CASE NO.: C-08-00112-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **April 18, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to file a revised Joint Case Management Statement by April 11, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: February 5, 2008

BY: _/s/ Jackie Garcia_
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |