| *Attorney or Party without Attorney:*<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>*Telephone No:* (415) 434-9100    *FAX No:* (415) 434-3947 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | | | |
| *Plaintiff:* FREEDOM WIRELESS, INC.<br>*Defendant:* VERISIGN, INC., et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS I** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08 0112 JL |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET JS 44; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITILA CASE MANAGMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE JAMES LASON LIST OF NOTICES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; USDC ECF REGISTRATION INFORMATION HANDOUT; USDC NORTHERN DISTRICT OF CALIFORNIA GUIDELINES; DROP BOX PROCEDURES.

3. a. *Party served:*           CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP
   b. *Person served:*          Cindy Huber, registered agent

4. *Address where the party was served:*   Cindy Huber, reg. agnt, Sierra Cellular
                                           49150 Road 426
                                           Oakhurst, CA 93644

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 3:41PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   Under CCP 416.40 (association or partnership)
   *Other:*   CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael D. Landry                           d. **The Fee** *for Service was:*
   b. **CLSS - NationWide Service Center (NWSC)** e. I am: (3) registered California process server
      2522 Lower Mason Creek Road                    (i)  Owner
      Bandera, TX 78003                              (ii) *Registration No.:*   69
   c. (800) 899-2577, FAX (800) 998-2577             (iii) *County:*            Merced

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Wed, Jan. 30, 2008

   *SEE ATTACHED*

   Judicial Council Form POS-010                PROOF OF SERVICE        (Michael D. Landry)
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS I                                    4349100.54741

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| . . . . . . . Telephone No: | |
| Attorney for: Plaintiff | Ref. No. or File No.: 54741 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: FREEDOM WIRELESS, INC.
Defendant: VERISIGN, INC., ET AL.

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div.: | Case Number: CV080112 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEY; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER; ~~ETC.~~

3. a. Party served:       GOLDEN STATE CELLULAR (CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP)
   b. Person served:      CINDY HUBER AGENT

4. Address where the party was served:    49150 ROAD 426
                                          Oakhurst, CA  93644

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 3:41PM

7. *Person Who Served Papers:*
   a. MICHAEL D. LANDRY.
   **b. CLSS-NATIONWIDE SERVICE CENTER**
   2522 LOWER MASON CREEK ROAD
   BANDERA, TX  78003
   c. 800.899-2577

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:   69
      (iii) County:             Merced

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Jan. 25, 2008

(signature) (MICHAEL D. LANDRY.)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

clss.200749