Case No. CV-08-0112 JL Pending in United States District Court Northern District of California San Francisco Division

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1] See attached for list of documents served.   DATE 1/22/08 @ 2:28 p.m.

Name of SERVER: **Royal Hebert**     TITLE: **Process Server**

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate
Edge Wireless c/o DWT Oregon Corp., Reg. Agent
by service upon Amanda Neff, Vice President / Clerk on Duty
Place where served: 1300 S.W. 5th Avenue, Suite 2300
Portland, Oregon 97201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/28/08
         Date

Signature of Server: Royal Hebert
CLSS - NationWide Service Center
2522 Lower Mason Creek Road
Address of Server
Bandera, TX 78003
(800) 899-2577 - telephone

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com



ORIGINAL

## Documents Served

4349100.54738

*Serve Docs To:* **EDGE WIRELESS, INC.**

SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET JS 44; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITILA CASE MANAGMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE JAMES LASON LIST OF NOTICES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; USDC ECF REGISTRATION INFORMATION HANDOUT; USDC NORTHERN DISTRICT OF CALIFORNIA GUIDELINES; DROP BOX PROCEDURES.