| *Attorney or Party without Attorney:*<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>*Telephone No:* (415) 434-9100    *FAX No:* (415) 434-3947 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | |
| *Plaintiff:* FREEDOM WIRELESS, INC.<br>*Defendant:* VERISIGN, INC., et al. | |

| **AFFIDAVIT OF SERVICE**<br>**SUMMONS I** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08 0112 JL |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET JS 44; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE JAMES LASON LIST OF NOTICES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; USDC ECF REGISTRATION INFORMATION HANDOUT; USDC NORTHERN DISTRICT OF CALIFORNIA GUIDELINES; DROP BOX PROCEDURES.

3.  *a. Party served:*              INLAND CELLULAR TELEPHONE COMPANY
    *b. Person served:*            Gregory Maras, legal department and person authorized to accept service of process

4. *Address where the party was served:*    JP Coonan
                                            9 S. Second St.
                                            Roslyn, WA 98941

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 11:05AM
6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   Under CCP 416.10 (corporation)
   Other:   INLAND CELLULAR TELEPHONE COMPANY
7. **Person Who Served Papers:**                                                *Fee for Service:*
   a. Rebecca Warn
   b. **CLSS - NationWide Service Center (NWSC)**
      2522 Lower Mason Creek Road
      Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

8. *I declare under penalty of perjury under the laws of the State of Washington and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
SUMMONS I                              (Rebecca Warn)                    *4349100.54736*