Case 5:08-cv-00112-RMW    Document 17    Filed 02/06/2008    Page 1 of 3
Freedom Wireless, Inc., vs. Verisign, Inc., et al.
Case No. CV-08-0112 JL Pending in United States District Court Northern District of California San Francisco Division

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1] See attached for list of documents served.

DATE: JAN. 22, 2008 @ 8:25AM

Name of SERVER: Scott L. Thomas

TITLE: Process Server SCH-1224

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): **Affidavit Attached**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JAN. 22, 2008
Date

Signature of Server SCH-1224

CLSS - NationWide Service Center
2522 Lower Mason Creek Road
Address of Server
Bandera, TX 78003
(800) 899-2577 - telephone

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com



ORIGINAL

# AFFIDAVIT OF SERVICE

Came to hand on the **21st** day of **January**, 2008, at **10:00** o'clock am.
Cause No. **CV 08 0112**

Executed at         701 Brazos Street, Suite 1050         Austin, Texas  78701
within the County of         **Travis**    at **8:25** o'clock  am  on the  **22nd**  day
of **January**  , 2008, by delivering to the within named:

**METROPCS COMMUNICATIONS,**
**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY dba CSC -**
**LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its designated agent,**
**VERONICA CORDELL, in person, a true copy of this Summons and Complaint,**
**(See attached for list of documents served), having first endorsed upon such**
**copy of such Summons the date of delivery.**

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $

By: _____
  Scott L. Thomas   ID# SCH-1224
    (Authorized Person)

| |
|---|
| FREEDOM WIRELESS, INC. |
| Plaintiff |
| V. |
| VERISIGN, INC, METROPCS COMMUNICATIONS, INC., ET AL |
| Defendant |

CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, TX 78003

## VERIFICATION

STATE OF TEXAS          §
COUNTY OF TRAVIS        §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Scott L. Thomas**                , known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
    Given  under  my  hand  and  seal  of  office  this  22nd  day of
January   , A.D., 2008.

_____
NOTARY PUBLIC, STATE OF TEXAS

J. R. KEYTON
Notary Public, State of Texas
My Commission Expires
November 03, 2011

36691/4010.54731

## Documents    Served

4349100.54731

*Serve Docs To:* **METROPCS COMMUNICATIONS, INC**

SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET JS 44; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE JAMES LASON LIST OF NOTICES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; USDC ECF REGISTRATION INFORMATION HANDOUT; USDC NORTHERN DISTRICT OF CALIFORNIA GUIDELINES; DROP BOX PROCEDURES.