| *Attorney or Party without Attorney:*<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>*Telephone No:* (415) 434-9100   *FAX No:* (415) 434-3947 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* FREEDOM WIRELESS, INC.
*Defendant:* VERISIGN, INC., et al.

| **AFFIDAVIT OF SERVICE SUMMONS I** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08 0112 JL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET JS 44; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE JAMES LASON LIST OF NOTICES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; USDC ECF REGISTRATION INFORMATION HANDOUT; USDC NORTHERN DISTRICT OF CALIFORNIA GUIDELINES; DROP BOX PROCEDURES.

3. a. *Party served:*     SMITH BAGLEY, INC.
    b. *Person served:*     Robert Higgins, person authorized to accept service of process

4. *Address where the party was served:*     Robert J Higgins c/o Higgins Law Firm
    1630 E White Mountain Blvd., Ste. B
    Pinetop, AZ 85935

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 25, 2008 (2) at: 11:59AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    Under CCP 416.10 (corporation)
    *Other:*    SMITH BAGLEY, INC.

7. **Person Who Served Papers:**          *Fee for Service:*
    a. Mark Hamilton
    **b. CLSS - NationWide Service Center (NWSC)**
      2522 Lower Mason Creek Road
      Bandera, TX 78003
    c. (800) 899-2577, FAX (800) 998-2577

8. *I declare under penalty of perjury under the laws of the State of Arizona and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
SUMMONS I
(Mark Hamilton)
4349100.54739