SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOSEPH F. COYNE, JR., Cal. Bar No. 93707
*JCoyne@sheppardmullin.com*
GREGORY P. BARBEE, Cal. Bar No. 185156
*GBarbee@sheppardmullin.com*
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:   213-620-1780
Facsimile:   213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT E. HENNIGH, Cal. Bar No. 184413
*SHennigh@sheppardmullin.com*
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:   415- 434-9100
Facsimile:   415- 434-3947

*Attorneys for Plaintiff*
*FREEDOM WIRELESS, INC.*

ARNOLD & PORTER LLP
  A Limited Liability Partnership
ANGEL L. TANG, Cal. Bar No. 205396
*Angel.Tang@aporter.com*
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Telephone:   213-243-4000
Facsimile:   213-243-4199

*Attorney for Defendant*
*VERISIGN, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FREEDOM WIRELESS, INC. | Civil Action No. CV-08-0112 RMW |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING THE TIME BY WHICH THE DEFENDANTS MUST RESPOND TO THE COMPLAINT OF PLAINTIFF FREEDOM WIRELESS, INC.** |
| v. | |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY | Complaint filed: January 7, 2008 |

-1-

W02-WEST:1ANS1\400689932.1

STIPULATION EXTENDING THE TIME BY WHICH THE
DEFENDANTS MUST RESPOND TO THE COMPLAINT OF
PLAINTIFF FREEDOM WIRELESS, INC.

| | |
|---|---|
| 1 | CELLULAR, NTELOS HOLDINGS ) |
| | CORP., INLAND CELLULAR ) |
| 2 | TELEPHONE COMPANY, CAROLINA ) |
| | WEST WIRELESS, INC., EDGE ) |
| 3 | WIRELESS, LLC and SMITH BAGLEY, ) |
| | INC., ) |
| 4 | ) |
| |           Defendants. ) |

## STIPULATION

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), and Defendant Verisign, Inc. ("Verisign") through their undersigned counsel, as follows:

1.    Freedom Wireless filed its COMPLAINT against Verisign, MetroPCS Communications, Inc., Cellular South, Inc., Brown County MSA Cellular Limited Partnership, California RSA No. 3 Limited Partnership, Illinois Valley Cellular, Ntelos Holdings Corp., Inland Cellular Telephone Company, Carolina West Wireless, Inc., Edge Wireless, LLC, and Smith Bagley, Inc. (collectively "the Defendants") on January 7, 2008 and has since served its COMPLAINT on the Defendants.

2.    Freedom Wireless and Verisign agree to extend the deadline by which the Defendants must respond to Freedom Wireless' COMPLAINT so that the Defendants' responses are now due on or before 30 days after they would otherwise be due pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12.

Dated: February 05, 2008    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    */s/ Gregory P. Barbee*
        GREGORY P. BARBEE

Attorneys for Plaintiff Freedom Wireless, Inc.

-2-

W02-WEST:1ANS1\400689932.1

STIPULATION EXTENDING THE TIME BY WHICH THE DEFENDANTS MUST RESPOND TO THE COMPLAINT OF PLAINTIFF FREEDOM WIRELESS, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 05, 2008 | ARNOLD & PORTER LLP |
| 3 | | |
| 4 | | By    /s/ Angel L. Tang |
| 5 | | ANGEL L. TANG |
| | | Attorneys for Defendant Verisign, Inc. |

W02-WEST:1ANS1\400689932.1

-3-

STIPULATION EXTENDING THE TIME BY WHICH THE
DEFENDANTS MUST RESPOND TO THE COMPLAINT OF
PLAINTIFF FREEDOM WIRELESS, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **February 6, 2008**, I served the following document described as

**STIPULATION EXTENDING THE TIME BY WHICH THE DEFENDANTS MUST RESPOND TO THE COMPLAINT OF PLAINTIFF FREEDOM WIRELESS, INC.**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 6, 2008**, at San Francisco, California.

_____
Fern Marder

W02-WEST:5SEH1\400701687.1                              PROOF OF SERVICE

## SERVICE LIST

| DEFENDANT | NAME/ADDRESS OF PERSON SERVED |
|---|---|
| Brown County MSA Cellular Limited Partnership | Lee Ann Ness, Paralegal<br>for Brown County MSA Cellular Limited Partnership<br>450 Security Blvd.<br>Green Bay, WI 54313 |
| California RSA No. 3 Limited Partnership<br>(Golden State Cellular) | Cindy Huber, reg. agent, Sierra Cellular<br>for California RSA No. 3 Limited Partnership<br>(Golden State Cellular)<br>49150 Road 426<br>Oakhurst, CA 93644 |
| Carolina West Wireless, Inc. | Raymond A. Parker, Attorney<br>105 S. Bridge St.<br>Jonesville, NC 28642 |
| Cellular South, Inc. | Judy Whitehead, Administrative Assistant<br>for Cellular South, Inc.<br>1018 Highland Colony Pkwy.<br>Ridgeland, MS 39157 |
| Edge Wireless | Joseph E. Addiego III<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| Illinois Valley Cellular | Debbie Drabmack<br>for Illinois Valley Cellular<br>913 S. 6th St.<br>Springfield, IL 62703 |
| Inland Cellular Telephone Company | JP Coonan<br>for Inland Cellular Telephone Company<br>9 S. Second St.<br>Roslyn, WA 98941 |
| MetroPCS Communications, Inc. | Veronica Cordell<br>for MetroPCS Communications, Inc.<br>701 Brazos St., Ste. 1050<br>Austin, Texas 78701 |
| NTelos Holding Corporation | Julie Wagner, Assistant Administor<br>for NTelos Holding Corporation<br>401 Spring Lane, #4300<br>Waynesboro, VA 22980 |

W02-WEST:5SEH1\400701687.1

PROOF OF SERVICE.

| | DEFENDANT | NAME/ADDRESS OF PERSON SERVED |
|---|---|---|
| 1 | | |
| 2 | Smith Bagley, Inc. | Robert J. Higgins<br>c/o Higgins Law Firm<br>1630 E. White Mountain Blvd., Ste. B<br>Pinetop, AZ 85935 |
| 3 | | |
| 4 | | |
| 5 | VeriSign, Inc. | Angel L. Tang<br>Arnold & Porter LLP<br>777 S. Figueroa Street, Suite 4400<br>Los Angeles, CA 90017 |
| 6 | | |