1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   JOSEPH F. COYNE, JR., Cal. Bar No. 93707
3  JCoyne@sheppardmullin.com
   GREGORY P. BARBEE, Cal. Bar No. 185156
4  GBarbee@sheppardmullin.com
   333 South Hope Street, 48th Floor
5  Los Angeles, California 90071-1448
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8     Including Professional Corporations
   SCOTT E. HENNIGH, Cal. Bar No. 184413
9  SHennigh@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111
   Telephone:    415- 434-9100
11 Facsimile:    415- 434-3947

12 *Attorneys for Plaintiff*
   *FREEDOM WIRELESS, INC.*

13

                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

                              SAN JOSE DIVISION

| FREEDOM WIRELESS, INC. | Civil Action No. CV-08-0112 RMW |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | Hon. Ronald M. Whyte |
| Defendants. | |

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **February 6, 2008**, I served the following document described as

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

**REASSIGNMENT ORDER**

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 6, 2008**, at San Francisco, California.

_____
Fern Marder

## SERVICE LIST

| DEFENDANT | NAME/ADDRESS OF PERSON SERVED |
|---|---|
| Brown County MSA Cellular Limited Partnership | Lee Ann Ness, Paralegal<br>for Brown County MSA Cellular Limited Partnership<br>450 Security Blvd.<br>Green Bay, WI 54313 |
| California RSA No. 3 Limited Partnership<br>(Golden State Cellular) | Cindy Huber, reg. agent, Sierra Cellular<br>for California RSA No. 3 Limited Partnership<br>(Golden State Cellular)<br>49150 Road 426<br>Oakhurst, CA 93644 |
| Carolina West Wireless, Inc. | Raymond A. Parker, Attorney<br>105 S. Bridge St.<br>Jonesville, NC 28642 |
| Cellular South, Inc. | Judy Whitehead, Administrative Assistant<br>for Cellular South, Inc.<br>1018 Highland Colony Pkwy.<br>Ridgeland, MS 39157 |
| Edge Wireless | Joseph E. Addiego III<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| Illinois Valley Cellular | Debbie Drabmack<br>for Illinois Valley Cellular<br>913 S. 6th St.<br>Springfield, IL 62703 |
| Inland Cellular Telephone Company | JP Coonan<br>for Inland Cellular Telephone Company<br>9 S. Second St.<br>Roslyn, WA 98941 |
| MetroPCS Communications, Inc. | Veronica Cordell<br>for MetroPCS Communications, Inc.<br>701 Brazos St., Ste. 1050<br>Austin, Texas 78701 |
| NTelos Holding Corporation | Julie Wagner, Assistant Administor<br>for NTelos Holding Corporation<br>401 Spring Lane, #4300<br>Waynesboro, VA 22980 |

| | **DEFENDANT** | **NAME/ADDRESS OF PERSON SERVED** |
|---|---|---|
| 1 | | |
| 2 | Smith Bagley, Inc. | Robert J. Higgins |
|   |                    | c/o Higgins Law Firm |
| 3 |                    | 1630 E. White Mountain Blvd., Ste. B |
|   |                    | Pinetop, AZ  85935 |
| 4 | | |
|   | VeriSign, Inc. | Angel L. Tang |
| 5 |                | Arnold & Porter LLP |
|   |                | 777 S. Figueroa Street, Suite 4400 |
| 6 |                | Los Angeles, CA  90017 |

W02-WEST:5SEH1\400701808.1                                    PROOF OF SERVICE.