1  Jeffrey L. Fillerup, State Bar No. 120543
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-Mail:    jfillerup@luce.com

5  Attorneys for Defendant
   BROWN COUNTY MSA
6  CELLULAR LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., | Case No. CV 08-0112 RMW |
| Plaintiff, | |
| v. | STIPULATION EXTENDING TIME FOR DEFENDANT BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP TO RESPOND TO THE COMPLAINT; AND ORDER THEREON |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY INC., | |
| Defendants. | |

1  Pursuant to N.D. Local Rule 7-12, it is hereby stipulated between plaintiff Freedom
2  Wireless, Inc. ("Freedom") and defendant Brown County MSA Cellular Limited Partnership
3  ("BCMSA"), that BCMSA shall have until March 14, 2008, in which to file a responsive
4  pleading in this case.  BCMSA has requested the extension of time and Freedom has consented
5  to the request.  BCMSA has not sought or obtained any prior extensions of time to respond to the
6  complaint, and BCMSA does not believe that the extension will affect any dates set in this case.
7  BCMSA has sought the extension because its counsel was just retained and counsel needs the
8  additional time in order to evaluate the claims and respond to the complaint.

Dated: February 12, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeffrey L. Fillerup
Attorneys for Defendant
BROWN COUNTY MSA CELLULAR LIMITED
PARTNERSHIP

Dated: February 13, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

By: _____
Gregory P. Barbee
Attorneys for Plaintiff
FREEDOM WIRELESS, INC.

### ORDER

Based upon the foregoing stipulation of the parties, IT IS HEREBY ORDERED that defendant Brown County MSA Cellular Limited Partnership will have until March 14, 2008 to file a responsive pleading to the complaint.

Dated: February    , 2008          By: _____
United States District Judge

301030691.1

Case No. CV 08-0112 RMW
STIP. EXTENDING TIME FOR DEFENDANT
BROWN COUNTY MSA CELLULAR TO RESPOND
TO THE COMPLAINT; ORDER THEREON