1 Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2 Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
3 Telephone No.: 415.356.4600
Fax No.: 415.356.4610
4 E-Mail:    jfillerup@luce.com

5 Attorneys for Defendant
BROWN COUNTY MSA
6 CELLULAR LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FREEDOM WIRELESS, INC., | Case No. CV 08-0112 RMW |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On February 13, 2008, I served true copies of the following document(s) described as

**STIPULATION EXTENDING TIME FOR DEFENDANT BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP TO RESPOND TO THE COMPLAINT; AND ORDER THEREON**

on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[X]   **ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 13, 2008, at San Francisco, California.

*/s/ Cheryl Cormier*
Cheryl Cormier

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

**Joseph Edward Addiego, III**
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
(415) 276-6500
(415) 276-6599 (fax)
joeaddiego@dwt.com
   *Assigned: 02/01/2008*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

representing    **Edge Wireless, LLC**
                *(Defendant)*

**Gregory Paul Barbee**
Sheppard Mullin et al
333 S. Hope St., 48th Floor
Los Angeles, CA 90071
213-617-4102
gbarbee@sheppardmullin.com
   *Assigned: 01/07/2008*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

representing    **Freedom Wireless, Inc.**
                *(Plaintiff)*

**Joseph F. Coyne, Jr.**
Sheppard Mullin Richter & Hampton
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213/620-1780
213-620-1398 (fax)
jcoyne@smrh.com
   *Assigned: 01/07/2008*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

representing    **Freedom Wireless, Inc.**
                *(Plaintiff)*

**Scott E. Hennigh**
Sheppard Mullin Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
415-434-9100
415-434-3947 (fax)
shennigh@sheppardmullin.com
   *Assigned: 01/07/2008*
   *LEAD ATTORNEY*

representing    **Freedom Wireless, Inc.**
                *(Plaintiff)*

Case No. CV 08-0112 RMW
CERTIFICATE OF SERVICE

|   |   |   |
|---|---|---|
| *ATTORNEY TO BE NOTICED* | | |
| **James George Higgins**<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>415-434-3947 (fax)<br>jhiggins@sheppardmullin.com<br>*Assigned: 01/07/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Freedom Wireless, Inc.**<br>*(Plaintiff)* |
| **Meredith Anne Jones**<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>415-434-3947 (fax)<br>majones@sheppardmullin.com<br>*Assigned: 01/07/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Freedom Wireless, Inc.**<br>*(Plaintiff)* |

301030705.1