Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    jfillerup@luce.com

Attorneys for Defendant
BROWN COUNTY MSA
CELLULAR LIMITED PARTNERSHIP

*E-FILED - 2/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., METROPCS COMMUNICATIONS, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY INC.,<br><br>    Defendants. | Case No. CV 08-0112 RMW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP TO RESPOND TO THE COMPLAINT; AND ORDER THEREON** |

1  Pursuant to N.D. Local Rule 7-12, it is hereby stipulated between plaintiff Freedom
2  Wireless, Inc. ("Freedom") and defendant Brown County MSA Cellular Limited Partnership
3  ("BCMSA"), that BCMSA shall have until March 14, 2008, in which to file a responsive
4  pleading in this case.  BCMSA has requested the extension of time and Freedom has consented
5  to the request.  BCMSA has not sought or obtained any prior extensions of time to respond to the
6  complaint, and BCMSA does not believe that the extension will affect any dates set in this case.
7  BCMSA has sought the extension because its counsel was just retained and counsel needs the
8  additional time in order to evaluate the claims and respond to the complaint.

Dated: February 13, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                  By: _____
                                      Jeffrey L. Fillerup
                                      Attorneys for Defendant
                                      BROWN COUNTY MSA CELLULAR LIMITED
                                      PARTNERSHIP

Dated: February 13, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

                                  By: _____
                                      Gregory P. Barbee
                                      Attorneys for Plaintiff
                                      FREEDOM WIRELESS, INC.

## ORDER

Based upon the foregoing stipulation of the parties, IT IS HEREBY ORDERED that defendant Brown County MSA Cellular Limited Partnership will have until March 14, 2008 to file a responsive pleading to the complaint.

Dated: February 21, 2008          By: _____
                                      Ronald M. Whyte
                                      United States District Judge

301030691.1

Case No. CV 08-0112 RMW
STIP. EXTENDING TIME FOR DEFENDANT
BROWN COUNTY MSA CELLULAR TO RESPOND
TO THE COMPLAINT; ORDER THEREON