ARNOLD & PORTER LLP
ANGEL L. TANG, Cal. Bar. No. 205396
*Angel.Tang@aporter.com*
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
Telephone: 213-243-4000
Fax: 213-243-4199

*Attorney for Defendant*
*VERISIGN, INC.*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JOSEPH F. COYNE, JR., Cal. Bar. No. 93707
*JCoyne@sheppardmullin.com*
GREGORY P. BARBEE, Cal. Bar No. 185156
*GBarbee@sheppardmullin.com*
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

*Attorneys for Plaintiff*
*FREEDOM WIRELESS, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY, INC.<br><br>    Defendants. | Civil Action No. CV-08-0112 RMW<br><br>**STIPULATION EXTENDING THE TIME BY WHICH THE DEFENDANTS MUST RESPOND TO THE COMPLAINT OF PLAINTIFF FREEDOM WIRELESS, INC.**<br><br>Complaint Filed: January 7, 2008 |

1

## STIPULATION

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), and Defendant VeriSign, Inc. ("VeriSign") through their undersigned counsel, as follows:

1. Freedom Wireless filed its Complaint against VeriSign, Inc.; MetroPCS Communications, Inc.; Cellular South, Inc.; Brown County MSA Cellular Limited Partnership; California RSA No. 3 Limited Partnership; Illinois Valley Cellular; Ntelos Holdings Corp.; Inland Cellular Telephone Company; Carolina West Wireless, Inc.; Edge Wireless, LLC; and Smith Bagley, Inc. on January 7, 2008, and has since served its Complaint on the Defendants.

2. On February 6, 2008, VeriSign and Freedom Wireless agreed to a stipulation to extend the deadline by which the Defendants must respond to Freedom Wireless' Complaint so that Defendants' responses would be due thirty (30) days after they would otherwise have been due pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. VeriSign and Freedom Wireless have agreed to extend the deadline by which the Defendants must respond to Freedom Wireless' Complaint by an additional thirty (30) days, so that Defendants responses would now be due sixty (60) days after they would otherwise have been due pursuant to Rule 12 of the Federal Rules of Civil Procedure.

4. Defendant Brown County MSA Cellular Limited Partnership ("Brown") entered into a separate stipulation with Freedom Wireless pursuant to N.D. Cal. Local Rule 7-12 on February 13, 2008 extending Brown's time to file a responsive pleading specifically to March 14, 2008. The stipulation being filed today extends the time within which Brown must file a responsive pleading in the same manner as the rest of the defendants.

DATED: March 5, 2007

By     /s Angel L. Tang

ANGEL L. TANG

Attorney for Defendant VeriSign, Inc.

By _____
GREGORY P. BARBEE

Attorney for Plaintiff Freedom Wireless, Inc.

By     /s Joseph E. Addiego, III

Joseph E. Addiego, III

Attorney for Defendant Edge Wireless, LLC