Sean P. DeBruine (SBN 168071)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    650-838-2000
Facsimile:    650-838-2001
Email:        sdebruine@akingump.com

Sanford Warren (*Pro Hac Vice* pending)
Garreth A. Sarosi (*Pro Hac Vice* pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:    214-969-2800
Facsimile:    214-969-4343

Attorneys for Defendant
METROPCS COMMUNICATIONS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FREEDOM WIRELESS, INC. | Civil Action No. CV 08 0112 RMW |
| Plaintiff, | |
| v. | |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | NOTICE OF APPEARANCE OF SEAN P. DeBRUINE |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Notice is hereby given that the undersigned attorney, Sean P. DeBruine, a member of the Bar of
3  this Court, enters his appearance in the above-captioned action on behalf of Defendant MetroPCS
4  Communications, Inc., and requests that he be added to the relevant service lists and receive, along
5  with existing counsel of record, all other pertinent information.

6  Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
7  2 Palo Alto Square
   3000 El Camino Real, Suite 400
8  Palo Alto, CA 94306
   Tel: 650.838.2000
9  Fax: 650.838.2001

10

11

12  Dated:  March 7, 2008        AKIN GUMP STRAUSS HAUER & FELD LLP

13
                                 By_____/s_____
14                                           Sean P. DeBruine

15                               Attorneys for Defendant
                                 METROPCS COMMUNICATIONS, INC.
16

17

18  6211520

19

20

21

22

23

24

25

26

27

28