Sean P. DeBruine (SBN 168071)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:     650-838-2000
Facsimile:      650-838-2001
Email:            sdebruine@akingump.com

Sanford Warren (*Pro Hac Vice* pending)
Garreth A. Sarosi (*Pro Hac Vice* pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:     214-969-2800
Facsimile:      214-969-4343

Attorneys for Defendant
METROPCS COMMUNICATIONS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC. | Civil Action No. CV 08 0112 RMW |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | |
| Defendants. | |

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF SANTA CLARA |

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Palo Alto Square, 3000 El Camino Real, Suite #400, Palo Alto, CA 94306.

On **March 7, 2008**, I served the foregoing document(s) described as:

**NOTICE OF APPEARANCE OF SEAN P. DEBRUINE**

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE   I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Palo Alto, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)   I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 7, 2008 at Palo Alto, California.

Gavin R. Struthers
[Print Name of Person Executing Proof]          [Signature]

1

Proof of Service

## SERVICE LIST

| DEFENDANT | NAME/ADDRESS OF PERSON SERVED |
|---|---|
| California RSA No. 3 Limited Partnership (Golden State Cellular) | Cindy Huber, reg. agent, Sierra Cellular for California RSA No. 3 Limited Partnership (Golden State Cellular) 49150 Road 426 Oakhurst, CA 93644 |
| Carolina West Wireless, Inc. | Raymond A. Parker, Attorney 105 S. Bridge St. Jonesville, NC 28642 |
| Cellular South, Inc. | Judy Whitehead, Administrative Assistant for Cellular South, Inc. 1018 Highland Colony Pkwy. Ridgeland, MS 39157 |
| Illinois Valley Cellular | Debbie Drabmack for Illinois Valley Cellular 913 S. 6th Street Springfield, IL 62703 |
| Inland Cellular Telephone Company | JP Coonan for Inland Cellular Telephone Company 9 S. Second Street Roslyn, WA 98941 |
| NTelos Holding Corporation | Julie Wagner, Assistant Administrator For NTelos Holding Corporation 401 Spring Lane, #4300 Waynesboro, VA 22980 |
| Smith Bagley, Inc. | Robert J. Higgins c/o Higgins Law Firm 1630 E. White Mountain Blvd., Ste. B Pinetop, AZ 85935 |