1  Sean P. DeBruine (SBN 168071)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:     650-838-2000
4  Facsimile:     650-838-2001
   Email:         sdebruine@akingump.com
5
   Sanford Warren (*Pro Hac Vice* pending)
6  Garreth A. Sarosi (*Pro Hac Vice* pending)
   AKIN GUMP STRAUSS HAUER & FELD LLP
7  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
8  Telephone:     214-969-2800
   Facsimile:     214-969-4343
9
   Attorneys for Defendant
10 METROPCS COMMUNICATIONS, INC.

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 | FREEDOM WIRELESS, INC.                      | Civil Action No. CV 08 0112 RMW
15 |                                             |
   |         Plaintiff,                          |
16 |                                             |
   |    v.                                       | APPLICATION FOR ADMISSION OF
17 |                                             | ATTORNEY PRO HAC VICE
   | VERISIGN, INC., METROPCS                    |
18 | COMMUNICATIONS, INC., CELLULAR              |
   | SOUTH, INC., BROWN COUNTRY MSA              |
19 | CELLULAR LIMITED PARTNERSHIP,               |
   | CALIFORNIA RSA NO. 3 LIMITED                |
20 | PARTNERSHIP, ILLINOIS VALLEY                |
   | CELLULAR, NTELOS HOLDINGS                   |
21 | CORP., INLAND CELLULAR                      |
   | TELEPHONE COMPANY, CAROLINA                 |
22 | WEST WIRELESS, INC., EDGE                   |
   | WIRELESS, LLC and SMITH BAGLEY,             |
23 | INC.,                                       |
   |                                             |
24 |         Defendants.                         |

25         Pursuant to Civil L.R. 11-3, Garreth A. Sarosi, an active member in good standing of the bar of

26 the State of Texas, hereby applies for admission to practice in the North District of California on a pro

27 hac vice basis representing MetroPCS Communications, Inc. in the above-entitled action.

28         In support of this application, I certify on oath that:

APPLICATION FOR ADMISSION OF                        1                              CV 08 0112 RMW
ATTORNEY PRO HAC VICE

FILED
ORIGINAL
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Sean P. DeBruine

AKIN GUMP STRAUSS HAUER & FELD LLP

2 Palo Alto Square

3000 El Camino Real

Palo Alto, CA 94306

Telephone: (650) 838-2000

Facsimile: (650) 838-2001

I declare under penalty that the foregoing is true and correct.

Dated: 3/6/08

Garreth A. Sarosi

2