1  Sean P. DeBruine (SBN 168071)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001
   Email:        sdebruine@akingump.com
5
   Sanford Warren (*Pro Hac Vice* pending)
6  Garreth A. Sarosi (*Pro Hac Vice* pending)
   AKIN GUMP STRAUSS HAUER & FELD LLP
7  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
8  Telephone:    214-969-2800
   Facsimile:    214-969-4343
9
   Attorneys for Defendant
10 METROPCS COMMUNICATIONS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC.,<br><br>Defendants. | Civil Action No. CV 08 0112 RMW<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Garreth A. Sarosi, an active member in good standing of the bar of the State of Texas whose business address and telephone number is:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AKIN GUMP STRAUSS HAUER & FELD LLP

1700 Pacific Avenue, Suite 4100

Dallas, Texas 75201

Telephone: 214-969-2800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing METROPCS COMMUNICATIONS, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____                         _____
                                              United States District Judge

6205661

(PROPOSED) ORDER GRANTING APPLICATION                    2                           CV 08 0112 RMW
FOR ADMISSION OF ATTORNEY PRO HAC VICE