1  Sean P. DeBruine (SBN 168071)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001
   Email:        sdebruine@akingump.com
5
   Sanford Warren (*Pro Hac Vice* pending)
6  Garreth A. Sarosi (*Pro Hac Vice* pending)
   AKIN GUMP STRAUSS HAUER & FELD LLP
7  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
8  Telephone:    214-969-2800
   Facsimile:    214-969-4343
9
   Attorneys for Defendant
10 METROPCS COMMUNICATIONS, INC.

11                    IN THE UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 FREEDOM WIRELESS, INC.              | Civil Action No. CV 08 0112 RMW

15            Plaintiff,

16       v.                             | APPLICATION FOR ADMISSION OF
                                        | ATTORNEY PRO HAC VICE
17 VERISIGN, INC., METROPCS
   COMMUNICATIONS, INC., CELLULAR
18 SOUTH, INC., BROWN COUNTRY MSA
   CELLULAR LIMITED PARTNERSHIP,
19 CALIFORNIA RSA NO. 3 LIMITED
   PARTNERSHIP, ILLINOIS VALLEY
20 CELLULAR, NTELOS HOLDINGS
   CORP., INLAND CELLULAR
21 TELEPHONE COMPANY, CAROLINA
   WEST WIRELESS, INC., EDGE
22 WIRELESS, LLC and SMITH BAGLEY,
   INC.,
23
              Defendants.
24

25     Pursuant to Civil L.R. 11-3, Sanford E. Warren, Jr., an active member in good standing of the

26 bar of the State of Texas, hereby applies for admission to practice in the North District of California on

27 a pro hac vice basis representing MetroPCS Communications, Inc. in the above-entitled action.

28     In support of this application, I certify on oath that:

APPLICATION FOR ADMISSION OF             1                                    CV 08 0112 RMW
ATTORNEY PRO HAC VICE

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Sean P. DeBruine

AKIN GUMP STRAUSS HAUER & FELD LLP

2 Palo Alto Square

3000 El Camino Real

Palo Alto, CA 94306

Telephone: (650) 838-2000

Facsimile: (650) 838-2001

I declare under penalty that the foregoing is true and correct.

Dated: 3/6/08

Sanford E. Warren, Jr.

2