| | |
|---|---|
| 1 | Sean P. DeBruine (SBN 168071) |
|   | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | Two Palo Alto Square |
|   | 3000 El Camino Real, Suite 400 |
| 3 | Palo Alto, California 94306-2112 |
|   | Telephone:    650-838-2000 |
| 4 | Facsimile:    650-838-2001 |
|   | Email:    sdebruine@akingump.com |
| 5 | |
|   | Sanford Warren (*Pro Hac Vice* pending) |
| 6 | Garreth A. Sarosi (*Pro Hac Vice* pending) |
|   | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 7 | 1700 Pacific Avenue, Suite 4100 |
|   | Dallas, Texas 75201 |
| 8 | Telephone:    214-969-2800 |
|   | Facsimile:    214-969-4343 |
| 9 | |
|   | Attorneys for Defendant |
| 10 | METROPCS COMMUNICATIONS, INC. |



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FREEDOM WIRELESS, INC. | Civil Action No. CV 08 0112 RMW |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | |
| Defendants. | |

Sanford E. Warren, Jr., an active member in good standing of the bar of the State of Texas whose business address and telephone number is:

1  AKIN GUMP STRAUSS HAUER & FELD LLP
2  1700 Pacific Avenue, Suite 4100
3  Dallas, Texas 75201
4  Telephone: 214-969-2800

5  having applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing METROPCS COMMUNICATIONS, INC.
7      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
9  Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements contained
11 in General Order No. 45, *Electronic Case Filing*.

Dated: _____    _____
                                                   United States District Judge

6205661