1  Sean P. DeBruine (SBN 168071)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001
   Email:        sdebruine@akingump.com
5
   Sanford Warren (*Pro Hac Vice* pending)
6  Garreth A. Sarosi (*Pro Hac Vice* pending)
   AKIN GUMP STRAUSS HAUER & FELD LLP
7  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
8  Telephone:    214-969-2800
   Facsimile:    214-969-4343
9
   Attorneys for Defendant
10 METROPCS COMMUNICATIONS, INC.

**FILED**

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

| | |
|---|---|
| 14  FREEDOM WIRELESS, INC. | Civil Action No. CV 08 0112 RMW |
| 15           Plaintiff, | |
| 16      v. | (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| 17  VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | |
| 23           Defendants. | |

25        Sanford E. Warren, Jr., an active member in good standing of the bar of the State of Texas

26 whose business address and telephone number is:

1                      AKIN GUMP STRAUSS HAUER & FELD LLP

2                          1700 Pacific Avenue, Suite 4100

3                              Dallas, Texas 75201

4                           Telephone: 214-969-2800

5 having applied in the above-entitled action for admission to practice in the Northern District of

6 California on a *pro hac vice* basis, representing METROPCS COMMUNICATIONS, INC.

7        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

9 Service of papers upon and communication with co-counsel designated in the application will

10 constitute notice to the party. All future filings in this action are subject to the requirements contained

11 in General Order No. 45, *Electronic Case Filing*.

13 Dated: 3/12/08

                                              *Ronald M. Whyte*
14                                                United States District Judge

6205661