1  Sean P. DeBruine (SBN 168071)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  Two Palo Alto Square
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306-2112
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001
   Email:        sdebruine@akingump.com
5
   Sanford Warren (*Pro Hac Vice* pending)
6  Garreth A. Sarosi (*Pro Hac Vice* pending)
   AKIN GUMP STRAUSS HAUER & FELD LLP
7  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
8  Telephone:    214-969-2800
   Facsimile:    214-969-4343
9
   Attorneys for Defendant
10 METROPCS COMMUNICATIONS, INC.

[Stamp: COPY FILED MAR 1 2 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

| | |
|---|---|
| 14  FREEDOM WIRELESS, INC. | Civil Action No. CV 08 0112 RMW |
| 15         Plaintiff, | |
| 16  v. | (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| 17  VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR | |
| 18  SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, | |
| 19  CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY | |
| 20  CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR | |
| 21  TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE | |
| 22  WIRELESS, LLC and SMITH BAGLEY, INC., | |
| 23         Defendants. | |

25     Garreth A. Sarosi, an active member in good standing of the bar of the State of Texas whose
26 business address and telephone number is:
27
28

(~~PROPOSED~~) ORDER GRANTING APPLICATION         1                                CV 08 0112 RMW
FOR ADMISSION OF ATTORNEY PRO HAC VICE

1  AKIN GUMP STRAUSS HAUER & FELD LLP

2  1700 Pacific Avenue, Suite 4100

3  Dallas, Texas 75201

4  Telephone: 214-969-2800

5  having applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing METROPCS COMMUNICATIONS, INC.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
9  Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements contained
11 in General Order No. 45, *Electronic Case Filing*.

13  Dated: 3/12/08

14  _____
    Ronald M. Whyte
    United States District Judge

16  6205661

(~~PROPOSED~~) ORDER GRANTING APPLICATION                 2                              CV 08 0112 RMW
FOR ADMISSION OF ATTORNEY PRO HAC VICE