# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Freedom Wireless, Inc.,<br><br>                Plaintiff(s),<br><br>   v.<br><br>VeriSign, Inc.,<br><br>                Defendant(s). | 08-00112 RMW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-00112 RMW                                          -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 3, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-00112 RMW                                                    -2-

PROOF OF SERVICE

Case Name:       Freedom Wireless, Inc. v. VeriSign, Inc.

Case Number:     08-00112 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Joseph F. Coyne Jr.
> Sheppard Mullin Richter & Hampton
> 333 South Hope Street
> 48th Floor
> Los Angeles, CA 90071-1448
> jcoyne@smrh.com
>
> James George Higgins
> Sheppard Mullin Richter & Hampton LLP
> Four Embarcadero Center
> 17th Floor
> San Francisco, CA 94111
> jhiggins@sheppardmullin.com
>
> Meredith Anne Jones
> Sheppard Mullin Richter & Hampton LLP
> Four Embarcadero Center
> 17th Floor
> San Francisco, CA 94111
> majones@sheppardmullin.com

Gregory Paul Barbee
Sheppard Mullin et al
333 S. Hope St., 48th Floor
Los Angeles, CA 90071
gbarbee@sheppardmullin.com

Scott E. Hennigh
Sheppard Mullin Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
shennigh@sheppardmullin.com

Angel Lisa Tang
Arnold & Porter
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Angel_Tang@aporter.com

Sean DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
sdebruine@akingump.com

Sanford E. Warren Jr.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
swarren@akingump.com

Garreth A. Sarosi
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Cellular South, Inc.
,

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP

Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105
jfillerup@luce.com

California RSA No.3 Limited Partnership
,

Illinois Valley Cellular
,

NTelos Holdings Corp.
,

Inland Cellular Telephone Company
,

Carolina West Wireless, Inc.
,

Joseph Edward Addiego III
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
joeaddiego@dwt.com

Smith Bagley, Inc.
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2008 in San Francisco, California.

                                        RICHARD W. WIEKING  
                                      Clerk  
                                      by:    Timothy J. Smagacz

_____  
ADR Administrative Assistant  
415-522-4205  
Tim_Smagacz@cand.uscourts.gov