ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendant*
*VERISIGN, INC.*

JOSEPH F. COYNE, JR. (State Bar No. 93707)
JCoyne@sheppardmullin.com
GREGORY P. BARBEE (State Bar No. 185156)
GBarbee@sheppardmullin.com
ANTHONY SBARDELLATI (State Bar No. 246431)
asbardellati@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

*Attorneys for Plaintiff*
*FREEDOM WIRELESS, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY, INC., <br><br> Defendants. | Case No. CV-08-0112 RMW <br><br> **STIPULATION TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS** <br><br> Complaint Filed: January 7, 2008 |

459488_1.DOC

**STIPULATION**

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), Defendant VeriSign, Inc. ("VeriSign"), and Defendant Edge Wireless LLC ("Edge") through their undersigned counsel, as follows:

1. On January 7, 2008, Freedom Wireless filed its Complaint against VeriSign, Inc.; MetroPCS Communications, Inc.; Cellular South, Inc.; Brown County MSA Cellular Limited Partnership; California RSA No. 3 Limited Partnership; Illinois Valley Cellular; Ntelos Holdings Corp.; Inland Cellular Telephone Company; Carolina West Wireless, Inc.; Edge Wireless, LLC; and Smith Bagley, Inc., and has since served its Complaint on the Defendants.

2. On February 6, 2008, VeriSign and Freedom Wireless agreed to extend the deadline by which the Defendants must respond to Freedom Wireless' Complaint so that each defendant's response would be due thirty (30) days after it would otherwise have been due pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. On March 5, 2008, VeriSign and Freedom Wireless agreed to extend the deadline by which the Defendants must respond to Freedom Wireless' Complaint by an additional thirty (30) days, so that each defendant's response would be due sixty (60) days after they would otherwise have been due pursuant to Rule 12 of the Federal Rules of Civil Procedure.

4. On February 13, 2008, Defendant Brown County MSA Cellular Limited Partnership ("Brown County MSA") entered into a separate stipulation with Freedom Wireless pursuant to N.D. Cal. Local Rule 7-12 extending Brown's time to file a responsive pleading specifically to March 14, 2008. The stipulation filed on March 5, 2008, extended the time within which Brown must file a responsive pleading in the same manner as the rest of the defendants -- by an additional 30 days.

5. According to this Court's order of February 5, 2008, a Case Management Conference is scheduled for April 18, 2008.

6. The parties hereby move for an order continuing the Case Management Conference for thirty-one (31) days from April 18, 2008, to May 19, 2008.

- 2 -

STIPULATION TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS – Case No. CV-08-0112 RMW

7. The parties further agree to extend the deadline by which Defendants must respond to Freedom Wireless' Complaint by an additional twenty-one (21) days, so that each defendant's response would now be due eighty-one (81) days after they otherwise have been due pursuant to Rule 12 of the Federal Rules of Civil Procedure. This twenty-one (21) day extension will also apply to Brown County MSA's time to file a responsive pleading.

8. The parties further move for an order extending the deadline for the filing of the parties' meet and confer report pursuant to the Federal Rules of Civil Procedure 26(f) to May 12, 2008 in accordance with the movement of the Case Management Conference date to May 19, 2008. Similarly, the parties move for an order extending the deadline for serving Rule 26(a) initial disclosures until May 12, 2008. Finally, the parties move for an order extending the deadline for the filing of the parties' ADR certifications under ADR Local Rule 3-5 to April 28, 2008, in accordance with the movement of the Case Management Conference date to May 19, 2008.

Dated: April 7, 2008

By: /s/ Angel L. Tang
ANGEL L. TANG
Attorneys for Defendant
VeriSign, Inc

By: [signature]
ANTHONY SBARDELLATI
Attorneys for Plaintiff
Freedom Wireless, Inc.

By: /s/ Joseph E. Addiego, III
JOSEPH E. ADDIEGO, III
Attorneys for Defendant
Edge Wireless, LLC

- 3 -

STIPULATION TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS – Case No. CV-08-0112 RMW