JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
SALLE E. YOO (CA State Bar No. 182703)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       joeaddiego@dwt.com

Stuart R. Dunwoody
(*Pro Hac Vice* Application Pending)
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:   (206) 757-8034
Facsimile:   (206) 757-8034
Email:       stuartdunwoody@dwt.com

Attorneys for Defendant
EDGE WIRELESS, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP, INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC.,<br><br>Defendants. | Case No.: CV-08-00112 RMW (RS)<br><br>**REQUEST OF COUNSEL FOR DEFENDANT EDGE WIRELESS, LLC TO APPEAR BY PHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>**Date: April 18, 2008**<br>**Time: 10:30 a.m.**<br>**Dept:  Honorable Ronald M. Whyte** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendant, EDGE WIRELESS, LLC, Stuart Dunwoody (*pro hac vice* application pending), of DAVIS WRIGHT TREMAINE LLP, hereby requests to appear by telephone at the Case Management Conference, set for April 18, 2008, 10:30 a.m., in the above-entitled action.  Counsel's telephone number is:  (206) 757-8034.

Dated:  April 10, 2008            Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP


By:  _____/S/_____
      Salle E. Yoo

Attorneys for Defendant
EDGE WIRELESS, LLC.

DAVIS WRIGHT TREMAINE LLP

Request to Appear by Telephone                                    Case No.  08-00112 RMW (RS)

1