JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
SALLE E. YOO (CA State Bar No. 182703)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         joeaddiego@dwt.com
Email:         salleyoo@dwt.com

STUART R. DUNWOODY (WA State Bar No. 13948) (*Pro Hac Vice* application pending)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:   (206) 757-8034
Facsimile:    (206) 757-7034
Email:         stuartdunwoody@dwt.com

Attorneys for Defendant
EDGE WIRELESS, LLC

**Filed**
APR 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP, INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIERLESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., <br><br> Defendants. | Case No. CV 08 0112 RMW <br><br> APPLICATION FOR ADMISSION OF STUART R. DUNWOODY TO THE BAR OF THIS COURT *PRO HAC VICE* <br><br> Date: <br> Time: <br> Department: |

Pursuant to Civil L.R. 11-3, STUART R. DUNWOODY, an active member in good standing of the bar of the State of Washington, the Washington Supreme Court, the United States District Court for the Western District of Washington, the United States District Court for the Eastern District of Washington, and the United States District Court for the District of Colorado,

1  hereby applies for admission to practice in the United States District Court for the Northern
2  District of California on a *pro hac vice* basis representing EDGE WIRELESS, LLC., in *Freedom*
3  *Wireless, Inc. v. VeriSign, Inc., et al.*, Case No. CV 08 0112 RMW.

4  In support of this application, I certify under penalty of perjury that:

5  1. I am an active member in good standing of a United States Court and of the highest
6  court of another State as indicated above;

7  2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-
8  4, and to become familiar with the Local Rules and Alternative Dispute Resolutions Programs of
9  this Court;

10  3. An attorney who is a member of this Court in good standing and who maintains an
11  office within the State of California has been designated as co-counsel in the above entitled action.
12  The name, address and telephone number of the attorney is:

13  Joseph E. Addiego III, California State Bar No. 169522
    Davis Wright Tremaine LLP
14  505 Montgomery Street, Suite 800
    San Francisco, CA 94111
15  Telephone: (415) 276-6500

16  I declare under penalty of perjury under the laws of the United States that the foregoing is
17  true and correct.

18  DATED this 10th day of April, 2008.

19
20  _____
    STUART R. DUNWOODY

21
22
23
24
25
26
27
28

2

APPLICATION FOR ADMISSION PRO HAC VICE
Case No. CV 08 0112 RMW

DWT 2347214v2 0054189-000054