JOSEPH E. ADDIGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       joeaddiego@dwt.com

STUART R. DUNWOODY (WA State Bar No. 13948) (*Pro Hac Vice* application pending)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:   (206) 757-8034
Facsimile:   (206) 757-7034
Email:       stuartdunwoody@dwt.com

Attorneys for Defendant
EDGE WIRELESS, LLC

RECEIVED
APR 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            08-112 RMW

| | |
|---|---|
| FREEDOM WIRELESS, INC., | Case No. C 07 3401 MMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION FOR STUART R. DUNWOODY |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP, INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIERLESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC., | Date: Time: Department: |
| Defendants. | |

STUART R. DUNWOODY, an active member in good standing of the bar of Washington, whose business address and telephone number are DAVIS WRIGHT TREMAINE LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101-3045, Telephone: (206) 757-8034, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing defendant Edge Wireless, LLC;

1  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the *Standing Orders for Civil Cases Assigned to the Honorable Ronald M. Whyte* and the *Standing Order for all Judges of the Northern District of California - Contents of Joint Cases Management Statement*.

IT IS SO ORDERED.

DATED: _____, 2008.

_____
The Honorable Ronald M. Whyte
United States District Judge

DAVIS WRIGHT TREMAINE LLP