IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., et al.,<br><br>Defendant. | ***E-FILED - 4/16/08***<br><br>CASE NO.: C-08-00112-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that pursuant to a stipulation filed with the court on April 7, 2008, the Case Management Conference in the above-entitled matter which was previously set for April 18, 2008, has been continued to **May 23, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by May 16, 2008.

If the above-entitled matter settles counsel are required to notify the court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: April 16, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2
3    Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28