1  DENNIS F. MORIARTY    (BAR NO. 37612)
   STEPHEN L. DAHM       (BAR NO. 114745)
2  CESARI, WERNER AND MORIARTY
   360 Post Street, Fifth Floor
3  San Francisco, CA 94108-4908
   Telephone: (415) 391-1113
4  Facsimile:  (415) 391-4626
   5088-3-10-15
5  Attorneys for Defendant,
   BROWN COUNTY MSA CELLULAR
6  LIMITED PARTNERSHIP

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | FREEDOM WIRELESS, INC.,                         | Case No. CV 08-0112 RMW
12 |                 Plaintiff,                      | **ASSOCIATION OF COUNSEL**
13 |      vs.                                        | Judge: Ronald M. Whyte
14 | VERISIGN, INC., METROPCS                        | Dept.: F
   | COMMUNICATIONS, INC., BROWN
15 | COUNTY MSA CELLULAR LIMITED
   | PARTNERSHIP, CALIFORNIA RSA NO. 3
16 | LIMITED PARTNERSHIP, ILLINOIS
   | VALLEY CELLULAR, NTELOS
17 | HOLDINGS CORP., INLAND CELLULAR
   | TELEPHONE COMPANY, CAROLINA
18 | WEST WIRELESS INC., EDGE WIRELESS,
   | LLC and SMITH BAGLEY INC.,
19 |
   |                 Defendants
20 |

21
22 TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
   RECORD:
23
24       PLEASE TAKE NOTICE that Dennis F. Moriarty, Esq. and Stephen L. Dahm, Esq.
   of Cesari, Werner & Moriarty have associated as counsel for defendant Brown County MSA
25
   Cellular Limited Partnership in the above-entitled litigation.
26
         Please provide service of all notices, documents and other mailings to:
27
         Dennis F. Moriarty, Esq.
28
         Cesari, Werner & Moriarty

| | |
|---|---|
| 1 | 360 Post St., Fifth Floor |
| 2 | San Francisco, CA 94108-4908 |
| 3 | Tel:   415-391-1113, Ext. 17 |
| 4 | Fax:  415-391-4626 |
| 5 | Email: dmoriarty@cwmlaw.com |
| 6 | AND |
| 7 | Stephen L. Dahm, Esq. |
| 8 | Cesari, Werner & Moriarty |
| 9 | 360 Post St., Fifth Floor |
| 10 | San Francisco, CA 94108-4908 |
| 11 | Tel:   415-391-1113, Ext. 12 |
| 12 | Fax:  415-391-4626 |
| 13 | Email: sdahm@cwmlaw.com |

DATED: April 3, 2008

CESARI, WERNER AND MORIARTY

BY _____
DENNIS MORIARTY
STEPHEN L. DAHM
Attorneys for Defendant
**BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP**

DATED: April 15, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

BY _____
JEFFREY L. FILLERUP
Attorneys for Defendant
**BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP**