```
 1  DENNIS F. MORIARTY    (BAR NO. 37612)
    STEPHEN L. DAHM       (BAR NO. 114745)
 2  CESARI, WERNER AND MORIARTY
    360 Post Street, Fifth Floor
 3  San Francisco, CA 94108-4908
    Telephone: (415) 391-1113
 4  Facsimile:  (415) 391-4626
    5088-3-10-15
 5  Attorneys for Defendant,
    BROWN COUNTY MSA CELLULAR
 6  LIMITED PARTNERSHIP
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| FREEDOM WIRELESS, INC., | Case No. CV 08-0112 RMW |
| Plaintiff, | **ASSOCIATION OF COUNSEL** |
| vs. | Judge: Ronald M. Whyte |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS INC., EDGE WIRELESS, LLC and SMITH BAGLEY INC., | Dept.: F |
| Defendants | |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Dennis F. Moriarty, Esq. and Stephen L. Dahm, Esq. of Cesari, Werner & Moriarty have associated as counsel for defendant Brown County MSA Cellular Limited Partnership in the above-entitled litigation.

Please provide service of all notices, documents and other mailings to:

Dennis F. Moriarty, Esq.

Cesari, Werner & Moriarty

-1-
ASSOCIATION OF COUNSEL

| | |
|---|---|
| 1 | 360 Post St., Fifth Floor |
| 2 | San Francisco, CA 94108-4908 |
| 3 | Tel: 415-391-1113, Ext. 17 |
| 4 | Fax: 415-391-4626 |
| 5 | Email: dmoriarty@cwmlaw.com |
| 6 | AND |
| 7 | Stephen L. Dahm, Esq. |
| 8 | Cesari, Werner & Moriarty |
| 9 | 360 Post St., Fifth Floor |
| 10 | San Francisco, CA 94108-4908 |
| 11 | Tel: 415-391-1113, Ext. 12 |
| 12 | Fax: 415-391-4626 |
| 13 | Email: sdahm@cwmlaw.com |

DATED: April 3, 2008

CESARI, WERNER AND MORIARTY

BY /s/ Stephen L. Dahm
DENNIS MORIARTY
STEPHEN L. DAHM
Attorneys for Defendant
**BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP**

DATED: April 15, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

BY /s/ Jeffrey L. Fillerup
JEFFREY L. FILLERUP
Attorneys for Defendant
**BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP**