Matthew P. Vafidis (California Bar #103578)
Andrew T. Caulfield (California Bar #238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
SMITH BAGLEY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO.3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY, INC., <br><br> Defendants. | Case No. CV-08-0112 RMW <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for Defendant SMITH BAGLEY, INC. in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

//

//

NOTICE OF APPEARANCE

1 | Matthew P. Vafidis (California Bar #103578)
2 | Andrew T. Caulfield (California Bar #238300)
3 | HOLLAND & KNIGHT LLP
4 | 50 California Street, 28th Floor
5 | San Francisco, California 94111
6 | Telephone: (415) 743-6900
7 | Facsimile: (415) 743-6910
8 | Email: matthew.vafidis@hklaw.com
9 | andrew.caulfield@hklaw.com
10 |
11 | Dated: April 28, 2008           Respectfully Submitted

HOLLAND & KNIGHT LLP

_____
Matthew P. Vafidis
Andrew T. Caulfield
Attorneys for Defendant
SMITH BAGLEY, INC.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

NOTICE OF APPEARANCE