ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendant*
*VERISIGN, INC.*

JOSEPH F. COYNE, JR. (State Bar No. 93707)
JCoyne@sheppardmullin.com
GREGORY P. BARBEE (State Bar No. 185156)
GBarbee@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

*Attorneys for Plaintiff*
*FREEDOM WIRELESS, INC.*

Additional Counsel Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY, INC., <br><br> Defendants. | Case No. CV-08-0112 RMW <br><br> **STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS** <br><br> Complaint Filed: January 7, 2008 |

## STIPULATION

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), Defendant VeriSign, Inc. ("VeriSign") and Defendant Edge Wireless LLC ("Edge") through their undersigned counsel, as follows:

1. On January 7, 2008, Freedom Wireless filed its Complaint against VeriSign, Inc.; MetroPCS Communications, Inc.; Cellular South, Inc.; Brown County MSA Cellular Limited Partnership; California RSA No. 3 Limited Partnership; Illinois Valley Cellular; Ntelos Holdings Corp.; Inland Cellular Telephone Company; Carolina West Wireless, Inc.; Edge Wireless, LLC; and Smith Bagley, Inc., and has since served its Complaint on the Defendants.

2. On February 6, 2008, VeriSign and Freedom Wireless agreed to extend the deadline by which the Defendants must respond to Freedom Wireless' Complaint so that each Defendant's response would be due thirty (30) days after it would otherwise have been due pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. On February 13, 2008, Defendant Brown County MSA Cellular Limited Partnership ("Brown County MSA") entered into a separate stipulation with Freedom Wireless pursuant to N.D. Cal. Local Rule 7-12 extending Brown's time to file a responsive pleading specifically to March 14, 2008.

4. On March 5, 2008, VeriSign and Freedom Wireless agreed to extend the deadline by which the Defendants, including Brown County MSA, must respond to Freedom Wireless' Complaint by an additional thirty (30) days, so that each defendant's response would be due sixty (60) days after they otherwise would have been.

5. On April 7, 2008, VeriSign and Freedom Wireless agreed to extend the deadline by which the Defendants must respond to Freedom Wireless' Complaint by an additional twenty-one (21) days, so that each defendant's response would be due eighty-one (81) days after they otherwise would have been.

6. On April 16, 2008, this Court continued the Case Management Conference until May 23, 2008.

1  7. The parties now agree to extend the deadline by which Defendants must respond to
2  Freedom Wireless' Complaint until May 15, 2008.

3

4  Dated: April 28, 2008

5                                          By /s/ Angel Tang
                                              ANGEL T. TANG
6                                             Attorney for Defendant
                                              VeriSign, Inc.
7                                           By _____
8                                             GREGORY P. BARBEE
                                              Attorney for Plaintiff
9                                             Freedom Wireless, Inc.

10                                          By /s/ Joseph E. Addiego, III
                                              JOSEPH E. ADDIEGO, III
11                                            State Bar No. 169522
                                              Davis, Wright, Tremaine
12                                            505 Montgomery Street
                                              Suite 800
13                                            San Francisco, CA
                                              Phone: (415) 276-6500
14                                            Fax: (415) 276-6599
                                              Joe.Addiego@dwt.com
15                                            Attorney for Defendant
                                              Edge Wireless, LLC
16
                                            By /s/ Matthew P. Vafidis
17                                            MATTHEW P. VAFIDIS
                                              State Bar No. 103578
18                                            Holland & Knight LLP
                                              50 California Street, Suite 2800
19                                            San Francisco, CA 94111
                                              Phone: (415) 743-6950
20                                            Fax:   (415) 743-6910
                                              Matthew.Vafidis@hklaw.com
21                                            Attorney for Defendant
                                              Smith Bagley, Inc.
22
                                            By /s/ Sean P. DeBruine
23                                            Sean P. DeBruine
                                              State Bar No. 168071
24                                            AKIN GUMP STRAUSS HAUER &
                                              FELD LLP
25                                            State Bar No. 168071
                                              2 Palo Alto Square, Suite 400
26                                            Palo Alto, CA 94306
                                              650.838.2121 phone
27                                            650.838.2001 fax
                                              sdebruine@akingump.com
28

- 3 -

STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS –
Case No. CV-08-0112 RMW