```
 1  ANGEL L. TANG (State Bar No. 205396)
    angel.tang@aporter.com
 2  ARNOLD & PORTER LLP
    777 South Figueroa Street, 44th Floor
 3  Los Angeles, California 90017-5844
    Telephone: (213) 243-4000
 4  Facsimile: (213) 243-4199

 5  Attorneys for Defendant
    VERISIGN, INC.
 6
    JOSEPH F. COYNE, JR. (State Bar No. 93707)
 7  JCoyne@sheppardmullin.com
    GREGORY P. BARBEE (State Bar No. 185156)
 8  GBarbee@sheppardmullin.com
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 9  333 South Hope Street, 48th Floor
    Los Angeles, CA 90071-1448
10
    Attorneys for Plaintiff
11  FREEDOM WIRELESS, INC.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., | Case No. CV-08-0112 RMW |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME BY WHICH THE PARTIES HAVE TO FILE JOINT ADR CERTIFICATION** |
| v. | |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY, INC., | Complaint Filed: January 7, 2008 |
| Defendants. | |

STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS –
Case No. CV-08-0112 RMW

## STIPULATION

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. and Defendant VeriSign, Inc. through their undersigned counsel, as follows:

1. On January 7, 2008, this Court ordered the parties to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by March 26, 2008, fourteen days before the Initial Case Management Conference was then scheduled.

2. On April 16, 2008, this Court continued the Case Management Conference until May 23, 2008.

3. In light of the state of dealings between the undersigned parties, there is agreement to postpone the date by which the parties will file a Joint ADR Certification until May 16, 2008.

Dated: May 9, 2008

By  /s/ Angel Tang
ANGEL L. TANG
Attorney for Defendant
VeriSign, Inc.

By _____
GREGORY P. BARBEE
Attorney for Plaintiff
Freedom Wireless, Inc.

- 2 -

STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS –
Case No. CV-08-0112 RMW