SEAN P. DEBRUINE (SBN 168071)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
sdebruine@akingump.com

SANFORD E. WARREN, JR. (*pro hac vice*)
GARRETH A. SAROSI (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:      214-969-2800
Facsimile:      214-969-4343

Attorneys for Defendant
METROPCS COMMUNICATIONS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **FREEDOM WIRELESS, INC.** | **Civil Action No. CV-08-0112 RMW** |
| **Plaintiff,** | |
| v. | |
| **VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTRY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC.,** | **ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>**JURY TRIAL DEMANDED** |
| **Defendants.** | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities, and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated:     May 9, 2008                /s/
J. Braxton Carter
Executive Vice President & Chief Financial Officer
MetroPCS Communications, Inc.
2250 Lakeside Boulevard
Richardson, Texas 75082
Tel: (214) 570-4877
Facsimile: (866) 685-9618

Dated:     May 9, 2008                /s/
Sean P. DeBruine, Esq. (*attorney of record*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for MetroPCS Communications, Inc.


Pursuant to section X of General Order 45, the undersigned hereby attests that he has obtained consent from J. Braxton Carter to the filing of this document with his signature.

Dated:     May 9, 2008                /s/
Sean P. DeBruine, Esq. (*attorney of record*)

AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for MetroPCS Communications, Inc.