| | |
|---|---|
| 1 | ANGEL L. TANG (State Bar No. 205396) |
|   | angel.tang@aporter.com |
| 2 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa Street, 44th Floor |
| 3 | Los Angeles, California 90017-5844 |
|   | Telephone: (213) 243-4000 |
| 4 | Facsimile: (213) 243-4199 |
| 5 | *Attorneys for Defendant* |
|   | *VERISIGN, INC.* |
| 6 | |
| 7 | JOSEPH F. COYNE, JR. (State Bar No. 93707) |
|   | JCoyne@sheppardmullin.com |
|   | GREGORY P. BARBEE (State Bar No. 185156) |
| 8 | GBarbee@sheppardmullin.com |
|   | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 9 | 333 South Hope Street, 48th Floor |
|   | Los Angeles, CA 90071-1448 |
| 10 | |
|    | *Attorneys for Plaintiff* |
| 11 | *FREEDOM WIRELESS, INC.* |
| 12 | Additional Counsel Listed on Signature Page |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC., | Case No. CV-08-0112 RMW |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS AND BY WHICH THE PARTIES HAVE TO FILE AN ADR CERTIFICATION** |
| v. | |
| VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC, and SMITH BAGLEY, INC., | Complaint Filed: January 7, 2008 |
| Defendants. | |

---

STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS –
Case No. CV-08-0112 RMW

**STIPULATION**

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. and Defendant VeriSign, Inc., through their undersigned counsel, as follows:

1. The current date by which Defendants have to file responsive pleadings is May 15, 2008, pursuant to the stipulation entered on April 28, 2008.

2. The current date by which the parties have to file an ADR certification is May 16, 2008, pursuant to the stipulation entered on May 9, 2008

3. In light of the state of dealings between the undersigned parties, there is agreement to postpone the date by which the Defendants will file responsive pleadings until May 19, 2008. There is further agreement to postpone the date by which the parties will file an ADR certification until May 20, 2008.

Dated: May 15, 2008

By /s/ Angel Tang
ANGEL L. TANG
Attorney for Defendant
VeriSign, Inc.

By _____
GREGORY P. BARBEE
Attorney for Plaintiff
Freedom Wireless, Inc.

By /s/ Matthew P. Vafidis
MATTHEW P. VAFIDIS
State Bar No. 103578
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Phone: (415) 743-6950
Fax:   (415) 743-6910
Matthew.Vafidis@hklaw.com
Attorney for Defendant
Smith Bagley, Inc.

STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS –
Case No. CV-08-0112 RMW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By  /s/ Sean P. DeBruine
    Sean P. DeBruine
    State Bar No.  168071
    AKIN GUMP STRAUSS HAUER & FELD LLP
    State Bar No. 168071
    2 Palo Alto Square, Suite 400
    Palo Alto, CA  94306
    650.838.2121 phone
    650.838.2001 fax
    sdebruine@akingump.com

By  /s/ Michael Lisi
    Michael Lisi
    State Bar No. 196974
    KELLOGG, KELLER, SLOAN, REILLLY & ROMAN
    114 Sansome St., 4th Floor
    San Francisco, CA 94101
    415-318-3571
    415-249-8333
    mlisi@kksrr.com

STIPULATION TO EXTEND THE TIME BY WHICH DEFENDANTS HAVE TO FILE RESPONSIVE PLEADINGS –
Case No. CV-08-0112 RMW