1  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
2  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
3  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
4  Facsimile:  (213) 243-4199

5  *Attorney for Defendant*
   *VERISIGN, INC.*

6
   JOSEPH F. COYNE, JR. (State Bar No. 93707)
7  JCoyne@sheppardmullin.com
   GREGORY P. BARBEE (State Bar No. 185156)
8  GBarbee@sheppardmullin.com
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9  333 South Hope Street, 48th Floor
   Los Angeles, CA 90071-1448

10
   *Attorneys for Plaintiff*
11 *FREEDOM WIRELESS, INC.*

12 Additional Counsel Listed on Signature Page

13          IN THE UNITED STATES DISTRICT COURT

14        FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16 FREEDOM WIRELESS, INC.,            ) Case No. CV-08-0112 RMW
                                      )
17          Plaintiff,                ) **STIPULATION TO EXTEND THE TIME**
                                      ) **BY WHICH DEFENDANTS HAVE TO**
18      v.                            ) **FILE RESPONSIVE PLEADINGS AND**
                                      ) **BY WHICH THE PARTIES HAVE TO**
19 VERISIGN, INC., METROPCS           ) **FILE AN ADR CERTIFICATION**
   COMMUNICATIONS, INC., CELLULAR     )
20 SOUTH, INC., BROWN COUNTY MSA      ) Complaint Filed: January 7, 2008
   CELLULAR LIMITED PARTNERSHIP,      )
21 CALIFORNIA RSA NO. 3 LIMITED       )
   PARTNERSHIP, ILLINOIS VALLEY       )
22 CELLULAR, NTELOS HOLDINGS CORP., )
   INLAND CELLULAR TELEPHONE          )
23 COMPANY, CAROLINA WEST             )
   WIRELESS, INC., EDGE WIRELESS, LLC, )
24 and SMITH BAGLEY, INC.,            )
                                      )
25          Defendants.               )
                                      )
26 _____    )

27

28

## STIPULATION

IT IS HEREBY STIPULATED by and between:

Plaintiff Freedom Wireless, Inc. and Defendant VeriSign, Inc., through their undersigned counsel, as follows:

    1.    The current date by which Defendants have to file responsive pleadings is May 19, 2008, pursuant to the stipulation entered on May 15, 2008.

    2.    The current date by which the parties have to file an ADR certification is May 20, 2008, pursuant to the stipulation entered on May 15, 2008.

    3.    In light of the state of dealings between the undersigned parties, there is agreement to postpone both the date by which the Defendants will file responsive pleadings and the date by which the parties will file an ADR certification until May 21, 2008.

Dated:  May 19, 2008

By  /s/ Angel Tang
    ANGEL L. TANG
    Attorney for Defendant
    VeriSign, Inc.

By  /s/ Gregory P. Barbee
    GREGORY P. BARBEE
    Attorney for Plaintiff
    Freedom Wireless, Inc.

By  /s/ Matthew P. Vafidis
    MATTHEW P. VAFIDIS
    State Bar No. 103578
    Holland & Knight LLP
    50 California Street, Suite 2800
    San Francisco, CA 94111
    Phone: (415) 743-6950
    Fax:    (415) 743-6910
    Matthew.Vafidis@hklaw.com
    Attorney for Defendant
    Smith Bagley, Inc.

By  /s/ Joseph E. Addiego, III
    JOSEPH E. ADDIEGO, III
    State Bar No. 169522
    Davis, Wright, Tremaine
    505 Montgomery Street
    Suite 800
    San Francisco, CA

- 2 -

1

2

Phone: (415) 276-6500
Fax: (415) 276-6599
Joe.Addiego@dwt.com
Attorney for Defendant
Edge Wireless, LLC

3

4

By  /s/ Sean P. DeBruine
      Sean P. DeBruine
      State Bar No. 168071
      AKIN GUMP STRAUSS HAUER &
      FELD LLP
      State Bar No. 168071
      2 Palo Alto Square, Suite 400
      Palo Alto, CA 94306
      650.838.2121 phone
      650.838.2001 fax
      sdebruine@akingump.com
      Attorney for Defendant
      MetroPCS Communications, Inc.

5

6

7

8

9

10

By  /s/ Michael Lisi
      Michael Lisi
      State Bar No. 196974
      Krieg, Keller, Sloan, Reilley &
      Roman LLP
      114 Sansome St., 4th Floor
      San Francisco, CA 94101
      415-318-3571
      415-249-8333
      mlisi@kksrr.com
      Attorney for Defendant
      Carolina West Wireless, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -