1  CYNTHIA J. LARSEN (STATE BAR NO. 123994)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4497
3  Telephone: (916) 447-9200
   Facsimile: (916) 329-4900
4  E-mail: clarsen@orrick.com

Attorneys for Defendant
Inland Cellular Telephone Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC, <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED, GOLDEN STATE CELLULAR (CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP), ILLINOIS VALLEY CELLULAR, NTELOS HOLDING CORPORATION, INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, and SMITH BAGLEY, INC., <br><br> Defendants. | Case No. C-08-00112-RMW <br><br> **NOTICE OF APPEARANCE OF DEFENDANT INLAND CELLULAR TELEPHONE COMPANY** <br><br> Complaint Filed: January 7, 2008 |

OHS West:260439287.1

NOTICE OF APPEARANCE
C-08-00112-RMW

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant INLAND CELLULAR TELEPHONE COMPANY hereby appears in the above-entitled action by and through Cynthia J. Larsen of ORRICK, HERRINGTON & SUTCLIFFE LLP and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and e-mail address above stated.

Dated: May 19, 2008

CYNTHIA J. LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Cynthia J. Larsen
CYNTHIA J. LARSEN
Attorneys for Defendant
Inland Cellular Telephone Company