SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
JOSEPH F. COYNE, JR., Cal. Bar No. 93707
JCoyne@sheppardmullin.com
GREGORY P. BARBEE, Cal. Bar No. 185156
GBarbee@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
SCOTT E. HENNIGH, Cal. Bar No. 184413
SHennigh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    415- 434-9100
Facsimile:    415- 434-3947

*Attorneys for Plaintiff*
*FREEDOM WIRELESS, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREEDOM WIRELESS, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., METROPCS COMMUNICATIONS, INC., CELLULAR SOUTH, INC., BROWN COUNTY MSA CELLULAR LIMITED PARTNERSHIP, CALIFORNIA RSA NO. 3 LIMITED PARTNERSHIP, ILLINOIS VALLEY CELLULAR, NTELOS HOLDINGS CORP., INLAND CELLULAR TELEPHONE COMPANY, CAROLINA WEST WIRELESS, INC., EDGE WIRELESS, LLC and SMITH BAGLEY, INC.,<br><br>            Defendants. | Civil Action No. CV-08-0112 RMW<br><br>**PLAINTIFF FREEDOM WIRELESS, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: January 7, 2008 |

-1-

-2-

1  PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil
2  Procedure 41(a)(l), plaintiff Freedom Wireless, Inc., by and through its counsel of record,
3  hereby dismisses this action *without prejudice* as against defendants Verisign, Inc.,
4  MetroPCS Communications, Inc., Cellular South, Inc., Brown County MSA Cellular
5  Limited Partnership, California RSA No. 3 Limited Partnership, Illinois Valley Cellular,
6  Ntelos Holdings Corp., Inland Cellular Telephone Company, Carolina West Wireless, Inc.,
7  Edge Wireless, LLC and Smith Bagley, Inc.

Dated: May 20, 2008                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                   By  _____/s/ Gregory P. Barbee_____
                                           GREGORY P. BARBEE
                                   Attorneys for Plaintiff Freedom Wireless, Inc.