1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JOSEPH F. COYNE, JR., Cal. Bar No. 93707
3  *JCoyne@sheppardmullin.com*
   GREGORY P. BARBEE, Cal. Bar No. 185156
4  *GBarbee@sheppardmullin.com*
   333 South Hope Street, 48th Floor
5  Los Angeles, California 90071-1448
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8    Including Professional Corporations
   SCOTT E. HENNIGH, Cal. Bar No. 184413
9  *SHennigh@sheppardmullin.com*
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111
   Telephone:    415- 434-9100
11 Facsimile:    415- 434-3947

12 *Attorneys for Plaintiff*
   *FREEDOM WIRELESS, INC.*

13

14              IN THE UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17 | FREEDOM WIRELESS, INC.               ) Civil Action No. CV-08-0112 RMW
18 |                                      )
   |               Plaintiff,             )
19 |                                      )
   |        v.                            ) **PROOF OF SERVICE**
20 |                                      )
   | VERISIGN, INC., METROPCS             )
21 | COMMUNICATIONS, INC., CELLULAR       )
   | SOUTH, INC., BROWN COUNTY MSA        )
22 | CELLULAR LIMITED PARTNERSHIP,        ) Hon. Ronald M. Whyte
   | CALIFORNIA RSA NO. 3 LIMITED         )
23 | PARTNERSHIP, ILLINOIS VALLEY         )
   | CELLULAR, NTELOS HOLDINGS            )
24 | CORP., INLAND CELLULAR               )
   | TELEPHONE COMPANY, CAROLINA          )
25 | WEST WIRELESS, INC., EDGE            )
   | WIRELESS, LLC and SMITH BAGLEY,      )
26 | INC.,                                )
   |                                      )
27 |               Defendants.            )

28

                                  1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **May 20, 2008**, I served the following document described as

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 20, 2008**, at Los Angeles, California.

Heidi Charlip

## SERVICE LIST

Dennis F. Moriarty
Cesari Werner and Moriarty
360 Post Street
5th Floor
San Francisco, CA  94108

Garreth A. Sarosi
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX  75201

W02-WEST:1BLH1\400847632.1                                             PROOF OF SERVICE.